UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

---------------------------------------------------------x
                                                         :
*In re:*                                                 :     **Chapter 11**
                                                         :
**GT ADVANCED TECHNOLOGIES**                             :     Case No. 14-_____ (____)
**INC.,**                                                :
                                                         :
                                                         :
        Debtor.                                          :
                                                         :     Joint Administration Requested
---------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS

      GT Advanced Technologies Inc., named as the debtor in this case, will file its list of equity security holders within 14 days of the petition date pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

Dated: October 6, 2014

                                                          Name: Hoil Kim
                                                          Title: General Counsel