# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:                                                                           Bk. No. 14-11916
                                                                                 Chapter 11
GT Advanced Technologies, Inc.,
       Debtor

## ORDER

    Pursuant to 28 U.S.C. § 455(b)(4), I hereby recuse myself from presiding over the above-captioned case.

    ENTERED at Manchester, New Hampshire.


Date:  October 7, 2014          /s/ Bruce A. Harwood
                                              Bruce A. Harwood
                                              Chief Bankruptcy Judge