# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>GT ADVANCED TECHNOLOGIES INC., et. al.,<br><br>Debtors[1] | Case No. 14-11916-HJB<br>Chapter 11<br><br>**Hearing Date: October 9, 2014**<br>**Hearing Time: 10:00 a.m.**<br><br>Joint Administration Requested |

## NOTICE OF HEARING

Please be advised that a hearing on the **DEBTORS' FIRST DAY MOTIONS [Dkt. No.'s 3, 4, 5, 6, 7, 8, 12, 13, 15, 17, 18, 19 and 20]** will be held on **October 9, 2014 at 10:00 a.m.** at the United States Bankruptcy Court for the District of New Hampshire, 1000 Elm Street, 11th Floor, Courtroom 2, Manchester, New Hampshire 03101.  **Objections may be filed until 9:00 a.m. on October 9, 2014 with service upon the DEBTORS.**

Respectfully submitted,

GT ADVANCED TECHNOLOGIES INC., et. al

By their attorneys,

NIXON PEABODY LLP

Date: October 7, 2014    /s/ *Daniel W. Sklar*
Daniel W. Sklar, Esq.
BNH# 01433
Holly J. Barcroft, Esq.
BNH# 06912
Nixon Peabody LLP
900 Elm Street
Manchester, NH 03101
Phone: (603) 628-4000
Fax: (603) 628-4040

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtors' tax identification number, as applicable are:  GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), GT Advanced Equipment Holding LLC (8329), GT Equipment Holdings, Inc. (0040), Lindbergh Acquisition Corp. (5073), GT Sapphire Systems Holding LLC (4417), GT Advanced Cz LLC (9815), GT Sapphire Systems Group LLC (5126), and GT Advanced Technologies Limited (1721).  The Debtors' corporate headquarters are located at 243 Daniel Webster Highway, Merrimack, NH 03054.

1

15165856.1

Email:dsklar@nixonpeabody.com
Email:hbarcroft@nixonpeabody.com

-and-

Luc A. Despins, Esq.
Andrew V. Tenzer, Esq.
James T. Grogan, Esq.
PAUL HASTINGS LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, New York 10022
Phone: (212) 318-6000
Fax: (212) 319-4090

Email:Lucdespins@paulhastings.com
Email:Andrewtenzer@paulhastings.com
Email:Jamesgrogan@paulhastings.com

*Proposed Co-Counsel for the Debtors
and Debtors in Possession*

2

15165856.1