**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| GT Advanced Technologies, Inc. ) | |
| ) | Bankruptcy Case No. 14-11916-HJB |
| Debtor ) | |

**STATEMENT OF PARENT COMPANIES AND PUBLIC COMPANIES**

Pursuant to Local Rule 1074-1, PC Connection Sales Corp., by its attorneys Devine Millimet & Branch, P.A., hereby makes the following statement of identification of parent companies and public companies:

1. PC Connection Sales Corp. is a wholly-owned subsidiary of PC Connection, Inc., a public company.

2. The shares of PC Connection, Inc., are traded on NASDAQ, symbol: PCCC.

Respectfully submitted,

**PC CONNECTION SALES CORP.**

By its attorneys,

**Devine, Millimet & Branch**
**Professional Association**

Dated: October 8, 2014         By: /s/ Steven E. Grill
Steven E. Grill, Esq., #03220
Devine, Millimet & Branch, P.A.
111 Amherst Street
Manchester, NH 03101
603-669-1000
sgrill@devinemillimet.com