UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

---------------------------------------------------------------
*In re:*
**GT ADVANCED TECHNOLOGIES INC.,** *et al.*,
**Debtors**
---------------------------------------------------------------

Case No. 14-11916-HJB
Ch. 11
Jointly Administered

### ORDER ON EMERGENCY MOTION TO SEAL UNDER SEAL AND AUTHORIZE RELATED HEARINGS TO BE CONDUCTED IN CAMERA (Doc. 55)  FILED BY DEBTOR

**Allowed in part and denied in part as follows:**

**The Debtors are ORDERED TO:**

1. file forthwith the so-called Supplemental Squiller Declaration, which shall be maintained by the Court under seal, absent further court order;

2. file forthwith:

   a) Debtors' Emergency Motion For (A) Entry of Order, Pursuant to Bankruptcy Code section 107(b) and Bankruptcy Rule 9018, Authorizing Filing Under Seal Of  Unredacted Versions Of Supplemental First Day Declaration, Motion to Reject, Wind Down Motion, Motion to Expedite Or (B) alternatively, Entry of Order, Pursuant to Bankruptcy Code Sections 105(a) and 107(a) Directing Debtors to File Unredacted Versions Thereof  (Document "A");

   b) Debtors' Emergency Motion for Expedited Hearings On Debtors' (I) Motion to Wind Down Certain Operations, (II) Motion To Reject Certain Executory Contracts and Unexpired Leases In Connection With Such Wind Down, (III) Motion To Seal Foregoing Motions And Supplemental First Day Declaration, and (IV) Motion To Seal the Sealing Motion (Document "B");

   c) Debtors' Emergency Motion, Pursuant to Bankruptcy Code Sections 105(a) And 365(a), for Entry Of Order Authorizing debtors To Reject Certain Executory contracts And Unexpired leases *Nun Pro Tunc* to Petition Date (Document "C") and

  d) **Debtors' Emergency Motion, Pursuant to Bankruptcy Code sections 105(a) and 363(b), For Entry Of order (I) Authorizing Debtors To Wind Down Operations At Sapphire Manufacturing Facilities And (II) Approving Wind down Employee Incentive Plan In Connection With Wind Down of Such Operations (Document "D"),**

**none of which shall be maintained under seal; and**

**3. Provide all such information as shall be reasonably requested to any party in interest and the United States Trustee and, in the Debtor's sole discretion, to the public press, except that in the event that any such information relates to the details of the Debtors' business relationship with Apple, the substance of information proposed to be disclosed shall first be provided to counsel for Apple no less than 3 Court days beforehand, within which time Apple may move the Court to prohibit disclosure of such information.**

  **It is further ORDERED that a hearing on the relief such by documents A, B, C, and D will be held at <u>2:00 p.m.</u> (prevailing time) on <u>October 15, 2014</u> before this Court sitting in Springfield, Massachusetts (300 State Street, Springfield, Massachusetts in the Berkshire Courtroom). The hearing may be evidentiary. Any objection to the relief sought must be filed by October 14, 2014 at 2:00 p.m. (prevailing time).**

**Dated: October 9, 2014**         /s/ <u>Henry J. Boroff</u>
                   **United States Bankruptcy Judge**