UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

*************************************
In re:                              *
                                    *       Chapter 11
GT Advanced Technologies, Inc., *et al.*  *
                                    *       Case No. 14-11916-HJB
    Debtors                       *
                                    *       Jointly Administered
*************************************

## APPEARANCE AND
## DEMAND FOR NOTICES AND PLEADINGS

    PLEASE TAKE NOTICE that John M. Sullivan and Preti Flaherty Beliveau & Pachios, PLLP hereby appear for Apple, Inc., and request that all notices given or required to be given in the above case and all pleadings and other papers served in the case be given to, and served upon the undersigned at their offices pursuant to the Bankruptcy Code, Bankruptcy Rules and the Local Bankruptcy Rules.

    PLEASE TAKE FURTHER NOTICE that pursuant to the Bankruptcy Code, Bankruptcy Rules and the Local Bankruptcy Rules, the foregoing demand includes all orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegram, telex or otherwise which affects the Debtor or the property of the Debtor.

    PLEASE TAKE FURTHER NOTICE that the undersigned also requests copies of all financial information, reports and statements filed by the Debtor with the office of the United States Trustee.

                              Respectfully submitted,

                              APPLE, INC.
                              By Its Attorneys
                              PRETI, FLAHERTY, BELIVEAU
                              & PACHIOS, PLLP

Date: October 10, 2014        By: /s/ John M. Sullivan
                                      John M. Sullivan (BNH #01456)
                                      PRETI FLAHERTY BELIVEAU
                                          & PACHIOS PLLP
                                      57 North Main Street
                                      P.O. Box 1318
                                      Concord, NH 03302-1318
                                      Tel.: 603-410-1500
                                      jsullivan@preti.com

7308445.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2014, a copy of the *Appearance and Demand for Notice* was sent to the U.S. Trustee; Daniel Sklar and Holly Barcroft, proposed counsel to the Debtors; and all other parties listed on the Court's CM/ECF register.

By: /s/ John M. Sullivan
John M. Sullivan (BNH # 01456)