UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
| | |
|---|---|
| In re: | * |
| | *  Chapter 11 |
| GT Advanced Technologies, Inc., *et al.* | * |
| | *  Case No. 14-11916-HJB |
| Debtors | * |
| | *  Jointly Administered |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPEARANCE AND
## DEMAND FOR NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that Gregory A. Moffett and Preti Flaherty Beliveau & Pachios, PLLP hereby appear for Apple, Inc., and request that all notices given or required to be given in the above case and all pleadings and other papers served in the case be given to, and served upon the undersigned at their offices pursuant to the Bankruptcy Code, Bankruptcy Rules and the Local Bankruptcy Rules.

PLEASE TAKE FURTHER NOTICE that pursuant to the Bankruptcy Code, Bankruptcy Rules and the Local Bankruptcy Rules, the foregoing demand includes all orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegram, telex or otherwise which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that the undersigned also requests copies of all financial information, reports and statements filed by the Debtor with the office of the United States Trustee.

Respectfully submitted,

APPLE, INC.
By Its Attorneys
PRETI, FLAHERTY, BELIVEAU
& PACHIOS, PLLP

Date:   October 10, 2014                          By: /s/ Gregory A. Moffett
                                                  Gregory A. Moffett (BNH #01998)
                                                  PRETI FLAHERTY, PLLP
                                                  57 North Main Street
                                                  P.O. Box 1318
                                                  Concord, NH 03302-1318
                                                  Tel.: 603-410-1500
                                                  gmoffett@preti.com

1359916.1

7307735.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2014, a copy of the *Appearance and Demand for Notice* was sent to the U.S. Trustee; Daniel Sklar and Holly Barcroft, proposed counsel to the Debtors; and all other parties listed on the Court's CM/ECF register.

                                         By: /s/ Gregory A. Moffett
                                              Gregory A. Moffett (BNH #01998)

1359916.1

7307735.1