UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In re: * | |
| * | Chapter 11 |
| GT Advanced Technologies, Inc. * | |
| * | Case No. 14-11916-HJB |
| Debtor * | |
| * | Jointly Administered |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Before the Court is the Motion for Admission Pro Hac Vice (the "Motion") pursuant to LR 83.2 of the U.S. District Court for the District of New Hampshire and LBR 2090-1(b).  It is hereby ordered that:

(1) The Motion is granted;

(2) Christopher R. Mirick, Esq. of Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway Avenue, New York, New York is authorized to appear *pro hac vice* in the above-captioned chapter 11 case and in any and all proceedings arising in, under, or related to this case.

Entered in Manchester, New Hampshire.

  October 10, 2014                               /s/ Henry J. Boroff
                                                 Henry J. Boroff
                                                 Bankruptcy Judge

7392072.1