**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

-----------------------------------------------------------------x
                                     :

| | |
|---|---|
| *In re:* | :    **Chapter 11** |
| | : |
| **GT ADVANCED TECHNOLOGIES INC.,** *et al.,* | :    **Case No. 14-11916-HJB** |
| | : |
| **Debtors.**[1] | : |
| | :    **Jointly Administered** |

-----------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF DANIEL W. SQUILLER IN SUPPORT OF**
**CHAPTER 11 PETITIONS AND FIRST-DAY MOTIONS**

*[FILED UNDER SEAL IN ACCORDANCE WITH THE ORDER OF THE COURT, DATED*
*OCTOBER 9, 2014 (DOCKET No. 86)]*

---

[1]      The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), GT Advanced Equipment Holding LLC (8329), GT Equipment Holdings, Inc. (0040), Lindbergh Acquisition Corp. (5073), GT Sapphire Systems Holding LLC (4417), GT Advanced Cz LLC (9815), GT Sapphire Systems Group LLC (5126), and GT Advanced Technologies Limited (1721). The Debtors' corporate headquarters are located at 243 Daniel Webster Highway, Merrimack, NH 03054.