UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
In re                                    \*
                                         \*      Chapter 11
GT Advanced Technologies, Inc., et al.   \*      Case No. 14-11916-HJB et al.
                                         \*
           Debtors                       \*      Jointly Administered
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OBJECTION TO DEBTORS' EMERGENCY MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. SECTIONS 105 AND 363 FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS NUNC PRO TUNC TO THE PETITION DATE

Now comes Sumitomo (SHI) Cryogenics of America Inc. ("SCAI"), through counsel, and files its objection to the Debtors' Motion for an Order Authorizing the Debtors to Reject Certain Executory Contracts in connection with the wind down of sapphire manufacturing operations ("the Wind Down Rejection Motion") In support of this objection, SCAI states as follows:

### JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. Venue is proper pursuant to 28 U.S.C. Sections 1408 and 1409.

### PARTIES AND BACKGROUND

2. GT Advanced Technologies Inc. and its affiliates (collectively "GTAT"), with a principal place of business in Merrimack, New Hampshire, design, manufacture and supply certain sapphire production equipment and materials for, inter alia, the consumer electronics market. GTAT also manufactures equipment and provides services to the solar energy industry.

3. Sumitomo (SHI) Cryogenics of America Inc. ("SCAI") is a corporation based in

Allentown, Pennsylvania which manufactures and distributes, among other things, helium compressors for use in sapphire crystallization furnaces.

4. In October 6, 2014 GTAT filed for relief under Chapter 11 of the U.S. Bankruptcy Code. On the Petition Date, Debtors also filed a number of "First Day" motions, including the Reclamation Motion.

5. SCAI holds a claim of approximately $1.9 million.

6. On information and belief, many of the helium compressors sold by SCAI to GTAT have been installed into sapphire crystallization furnaces and are now located in various factories in the United States; others are in warehouse locations or elsewhere. These helium compressors are integral to the performance of Debtors' contracts with Apple, which Debtors now seek to reject and to the sapphire manufacturing operations the Debtors now seek to discontinue.

## OBJECTION

7. Through the Wind Down Rejection Motion, Debtors Seek to discontinue a substantial portion of their business Operations and to reject substantial business contracts with Apple. Debtors' Wind Down Rejection Motion was filed just four days into a large, complex Chapter 11 case. Debtors have not yet filed their schedules and statements of financial affairs, no Creditors Committee has yet been appointed, and the financial and other data necessary to a proper evaluation of the Wind Down Rejection Motion has been hidden from creditors through motions to seal. Based on the record to date, it is premature for the debtors to seek to reject such vital business contracts.

8. SCAI respectfully asserts the Court should deny the Wind Down Rejection Motion, or at the very least, continue hearing on such motion until a Creditors' Committee is in place and has had time to evaluate the substance of the contracts at issue and the relevant financial data

related to those contracts.

                                                     Respectfully submitted,

Dated:  14 October 2014                  Sumitomo (SHI) Cryogenics of America, Inc.

                                                     By its attorney:

/s/ Jennifer Rood, Esq.
Jennifer Rood, BNH#01395
BERNSTEIN SHUR SAWYER & NELSON, P.A.
PO BOX 1120
670 North Commercial Street, Suite 108
Manchester, NH 03105
Phone: (603) 623-8700
jrood@bernsteinshur.com

CERTIFICATE OF SERVICE

    I hereby certify that on October 14, 2014, I caused the document listed above to be served upon all parties receiving notice through the CM/ECF system and to be served by regular U.S. mail on the parties identified on the attached list of thirty largest unsecured creditors.

                                                     /s/ Jennifer Rood
                                                     Jennifer Rood, Esq.

*Via regular mail*

**AEG POWER SUPPLY SYSTEMS GMBH**
EMIL-SIEPMANN-STR 32
WARSTEIN-BELECKE, 59581 GERMANY

**AEROTEK INC**
ATTN TODD M. MOHR, PRESIDENT

7301 PARKWAY DRIVE SOUTH
HANOVER, MD 21076

**AIRGAS USA, LLC**
ATTN ANDREW R. CICHOCKI, PRESIDENT
259 N RADNOR CHESTER RD #100
RADNOR, PA 19087

**ATLANTA TRUST LTD**
ATTN CHIEF FINANCIAL OFFICER
615-623 ROMCES ROAD
DARTFORD, DA2 6DY UNITED KINGDOM

**BAIKOWSKI INTERNATIONAL CORP.**
ATTN JUSTIN OTTO, VICE PRESIDENT/GENERAL
6601 NORTHPARK BLVD., SUITE H
CHARLOTTE, NC 28216

**BENCHMARK ELECTRONICS DE MEXICO, S. DE R.L. DE C.V**
ATTN CHIEF FINANCIAL OFFICER
A, CIRCUITOS DE LA PRODUCTIVDAD 132
PARQUE INDUSTRIAL GUADALAJARA
EL SALTO, JALISCO, 45690 MEXICO

**DIAMOND MATERIALS TECH, INC.**
ATTN TOM DEVINE, CHIEF EXECUTIVE OFFICER
3505 N. STONE AVE.
COLORADO SPRINGS, CO 80907

**ELMET TECHNOLOGIES**
ATTN ERIC SCHEINERMAN, CHIEF EXECUTIVE O
1560 LIBSON STREET
LEWISTON, ME 04240

**GRAFTECH INTERNATIONAL HOLDINGS INC.**
ATTN ERICK R. ASMUSSEN, CHIEF FINANCIAL
12900 SNOW ROAD
PARMA, OH 44130

**H.C STARCK INC.**
ATTN JOHN NOTEMAN, VICE PRESIDENT OF SAL
45 INDUSTRIAL PLACE
NEWTON, MA 02461-1951

**HANGZHOU DAHE THERMO-MAGNETICS CO**
ATTN KENKAN GA, VICE CHAIRMAN/PRESIDENT
777 BINKANG ROAD, BINJIANG DISTRICT
HANGZHOU, ZHEJIANG PROVINCE, 310053 CHI

**HEBEI HENGBO FINE CERAMICS MATERIAL**

ATTN CHIEF FINANCIAL OFFICER
LUOZHUANG INDUSTRIAL, QUZHOU COUNTY
HANDAN CITY, 56000 CHINA

**INTEGO GMBH**
ATTN DR. PETER PLANKENSTEINER, MANAGING
HENRI DUNANT STR. 8
ERLANGEN, 91058 GERMANY

**MANZ AG**
STEIGAECKERSTRASSE 5
REUTLINGEN, 72768 GERMANY

**MBT SYSTEMS LTD.**
ATTN PETER PAULI, CHIEF EXECUTIVE OFFICE
309 ROUTE 94
COLUMBIA, NJ 07832

**NESCO RESOURCE**
ATTN CHIEF FINANCIAL OFFICER
4500 S. LAKESHORE DR.
TEMPE, AZ 85282

**OXFORD INSTRUMENTS AUSTIN INC**
ATTN CHIEF FINANCIAL OFFICER
1340 AIRPORT COMMERCE DR #175
AUSTIN, TX 78741

**PLANSEE SE**
ATTN DR. MICHAEL SCHWARZKOPF,
CHAIRMAN OF THE EXECUTIVE BOARD
METALLWERK PLANSEE STRASSE 71,
01234 AUSTRIA

**RANOR, INC.**
C/O MCCAUSLAND, KEEN, BUCKMAN
ATTN GARTH G. HOYT, ESQUIRE
RADNOR COURT, SUITE 160
259 NORTH RADNER-CHESTER RD.
RADNOR, PA 19087-5257

**SANMINA CORPORATION**
ATTN JURE SOLA, CHAIRMAN AND CHIEF EXECUTIVE OFFICER
2700 NORTH FIRST STREET
SAN JOSE, CA 95134

**SAS CO, LTD.**
ATTN CHIEF FINANCIAL OFFICER
666-153, BONGAM-DONG
MASAN-SI, KYUNGNAM, KOREA, REPUBLIC OF

**SGL CARBON, LLC**
ATTN CHIEF FINANCIAL OFFICER
10130 PERIMETER PARKWAY SUITE 500
CHARLOTTE, NC 28216

**SUMITOMO (SHI) CRYOGENICS**
ATTN DAVID DEDMAN, PRESIDENT AND CHIEF E
OF AMERICA, INC.
1833 VULTEE STREET,
ALLENTOWN, PA 18103

**SUMITOMO ELECTRIC USA INC.**
ATTN CHIEF FINANCIAL OFFICER
21241 S. WESTERN AVE., SUITE #120
TORRANCE, CA 90501

**T&D MATERIALS MANUFACTURING LLC**
ATTN MIN YU, PRESIDENT
1101 SUSSEX BLVD, SUITE 2
BROOMALL, PA 19008

**TERA XTAL CORPORATION**
ATTN CHIEF FINANCIAL OFFICER
HSINCHU SCIENCE PARK
NO. 9-1, PARK AVENUE 2
HSINCHU, 30075 TAIWAN, PROVINCE OF CHIN

**U.S. BANK NATIONAL ASSOCIATION**
ATTN HAZRAT RAY HANIFF, ASSISTANT VICE P
AS TRUSTEE
100 WALL STREET, SUITE 1600
NEW YORK, NY 10005

**U.S. BANK NATIONAL ASSOCIATION**
ATTN HAZRAT RAY HANIFF, AS TRUSTEE
100 WALL STREET, SUITE 1600
NEW YORK, NY 10005

**ULTRA CLEAN MICRO-ELECTRONICS EQUIP**
ATTN CHIEF FINANCIAL OFFICER
SHANGHAI CO., LTD
BLDG. 56,369 CHUANG YE RD, KANGQIAO
SHANGHAI, 201315 CHINA

**ULTRA CLEAN TECHNOLOGY**
ATTN CLARENCE GRANGER, CHAIRMAN & CHIEF
2642 CORPORATE AVENUE
HAYWARD, CA 94545