UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

-------------------------------------------------------------x
: 
*In re:* : Chapter 11
:
**GT ADVANCED TECHNOLOGIES INC.,** *et al.*,: Case No. 14-11916-HJB
:
Debtors.[1] :
: Jointly Administered
-------------------------------------------------------------x

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON
OCTOBER 15, 2014 AT 2:00 P.M.

Location of Hearing: United States Bankruptcy Court for the District of Massachusetts, before the Honorable Henry J. Boroff, United States Bankruptcy Judge, **Berkshire Courtroom**, 300 State Street, Springfield, Massachusetts 01105.

I.  ADJOURNED MATTERS

1.  **Docket No. 92 -** Debtors' Emergency Motion for (A) Entry of Order Pursuant to Bankruptcy Code Section 107(b) and Bankruptcy Rule 9018, Authorizing Filing Under Seal of Unredacted Versions of Supplemental First Day Declaration, Motion to Reject, Wind Down Motion, Motion to Expedite or (B) Alternatively, Entry of Order, Pursuant to Bankruptcy Code Sections 105(a) and 107(a) Directing Debtors to File Unredacted Versions Thereof

    Related Documents:

    A.  **Docket No. 86** - Order On Emergency Motion To Seal Under Seal And Authorize Related Hearings To Be Conducted In Camera (Doc. 55) Filed By Debtor

    B.  **Docket No. 110** - Supplemental Declaration of Daniel W. Squiller in Support of Chapter 11 Petitions and First-Day Motions [FILED UNDER SEAL]

---

[1] The Debtors, along with the last four digits of each debtor's tax identification number, as applicable, are: GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), GT Advanced Equipment Holding LLC (8329), GT Equipment Holdings, Inc. (0040), Lindbergh Acquisition Corp. (5073), GT Sapphire Systems Holding LLC (4417), GT Advanced Cz LLC (9815), GT Sapphire Systems Group LLC (5126), and GT Advanced Technologies Limited (1721). The Debtors' corporate headquarters are located at 243 Daniel Webster Highway, Merrimack, NH 03054.

Responses Received:

C. **Docket No. 111** – U.S. Trustee's Response to Debtors' Emergency Motion for (A) Entry of Order Pursuant to Bankruptcy Code Section 107(b) and Bankruptcy Rule 9018, Authorizing Filing Under Seal of Unredacted Versions of Supplemental First Day Declaration, Motion to Reject, Wind Down Motion, Motion to Expedite or (B) Alternatively, Entry of Order, Pursuant to Bankruptcy Code Sections 105(a) and 107(a) Directing Debtors to File Unredacted Versions Thereof

D. **Docket No. 116** - State of New Hampshire's Objection to the Debtors' Motion to File Documents Under Seal

Status: This matter is adjourned to October 21, 2014 at 2:00 p.m. upon consent of the Debtors, Apple, Inc. and the Official Committee of Unsecured Creditors.

2. **Docket No. 93** - Debtors' Emergency Motion for Expedited Hearing on Debtors' (I) Motion to Wind Down Certain Operations, (II) Motion to Reject Certain Executory Contracts and Unexpired Leases in Connection With Such Wind Down, (III) Motion to Seal Foregoing Motions and Supplemental First Day Declaration, and (IV) Motion to Seal the Sealing Motion

   Related Documents:

   A. **Docket No. 86** - Order On Emergency Motion To Seal Under Seal And Authorize Related Hearings To Be Conducted In Camera (Doc. 55) Filed By Debtor

   B. **Docket No. 110** - Supplemental Declaration of Daniel W. Squiller in Support of Chapter 11 Petitions and First-Day Motions [FILED UNDER SEAL]

   Responses Received:  None

   Status: This matter is adjourned to October 21, 2014 at 2:00 p.m. upon consent of the Debtors, Apple, Inc. and the Official Committee of Unsecured Creditors.

3. **Docket No. 96** - Debtors' Emergency Motion, Pursuant to Bankruptcy Code Sections 105(a) and 365(a), For Entry of Order Authorizing Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to Petition Date

   Related Documents:

    A.    **Docket No. 86** - Order On Emergency Motion To Seal Under Seal And Authorize Related Hearings To Be Conducted In Camera (Doc. 55) Filed By Debtor

    B.    **Docket No. 110** - Supplemental Declaration of Daniel W. Squiller in Support of Chapter 11 Petitions and First-Day Motions [FILED UNDER SEAL]

Responses Received:

    C.    **Docket No. 108** - PC Connection Sales Corp's Objection to Debtors' Emergency Motion, Pursuant to Bankruptcy Code Sections 105(a) and 365(a), For Entry of Order Authorizing Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to Petition Date

    D.    **Docket No. 112** – U.S. Trustee's Response to Debtors' Emergency Motion, Pursuant to Bankruptcy Code Sections 105(a) and 365(a), For Entry of Order Authorizing Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to Petition Date

    E.    **Docket No. 115** – SCAI's Objection to Debtors' Emergency Motion for an Order Pursuant to 11 U.S.C Sections 105 and 363 for an Order Authorizing Debtors to Reject Certain Executory Contracts Nunc Pro Tunc to the Petition Date

    F.    **Docket No. 123** - Apple, Inc.'s Ex Parte Motion for Order Authorizing Filing Under Seal Objection to Debtors' Motion to Reject

Status: This matter is adjourned to October 21, 2014 at 2:00 p.m. upon consent of the Debtors, Apple, Inc. and the Official Committee of Unsecured Creditors. Certain stipulations with respect to this adjournment will be made on the record at the hearing on October 15, 2014.

4.    **Docket No. 97** - Debtors' Emergency Motion, Pursuant to Bankruptcy Code Sections 105(a) and 363(b), for Entry of Order (I) Authorizing Debtors to Wind Down Operations at Sapphire Manufacturing Facilities and (II) Approving Wind Down Employee Incentive Plan in Connection with Wind Down of Such Operations

Related Documents:

    A.    **Docket No. 86** - Order On Emergency Motion To Seal Under Seal And Authorize Related Hearings To Be Conducted In Camera (Doc. 55) Filed By Debtor

      B.      **Docket No. 110** - Supplemental Declaration of Daniel W. Squiller in Support of Chapter 11 Petitions and First-Day Motions [FILED UNDER SEAL]

Responses Received:

      C.      **Docket No. 109** - PC Connection Sales Corp's Objection Debtors' Emergency Motion, Pursuant to Bankruptcy Code Sections 105(a) and 363(b), for Entry of Order (I) Authorizing Debtors to Wind Down Operations at Sapphire Manufacturing Facilities and (II) Approving Wind Down Employee Incentive Plan in Connection with Wind Down of Such Operations

      D.      **Docket No. 113** – U.S. Trustee's Response to Debtors' Emergency Motion, Pursuant to Bankruptcy Code Sections 105(a) and 363(b), for Entry of Order (I) Authorizing Debtors to Wind Down Operations at Sapphire Manufacturing Facilities and (II) Approving Wind Down Employee Incentive Plan in Connection with Wind Down of Such Operations

      E.      **Docket No. 114** – SCAI's Objection to Debtors' Emergency Motion, Pursuant to Bankruptcy Code Sections 105 and 363 for an Order Authorizing Debtors to Wind Down Sapphire Manufacturing Operations and Approving Certain Incentive Pay in Connection with Wind Down of Such Operations

      F.      **Docket No. 118** – Turner Tooling Company's Objection to Debtors' Emergency Motion, For an Order Pursuant to Bankruptcy Code Sections 105(a) and 363(b), for Entry of Order Authorizing Debtors to Wind Down Sapphire Manufacturing Operations and Approving Certain Incentive Pay in Connection with Wind Down of Such Operations

Status: This matter is adjourned to October 21, 2014 at 2:00 p.m. upon consent of the Debtors, Apple, Inc. and the Official Committee of Unsecured Creditors. Certain stipulations with respect to this adjournment will be made on the record at the hearing on October 15, 2014.

5.      **Docket No. 123** - Apple, Inc.'s *Ex Parte* Motion for Order Authorizing Filing Under Seal Objection to Debtors' Motion to Reject

Related Documents: None

Responses Received: None

Status: This matter is adjourned to October 21, 2014 at 2:00 p.m. upon consent of the Debtors, Apple, Inc. and the Official

> Committee of Unsecured Creditors. Certain stipulations with respect to this adjournment will be made on the record at the hearing on October 15, 2014.

6. **Docket No. 119** - Motion to Intervene of Interested Party Dow Jones & Company, Inc. for the Limited Purpose of Seeking Public Access to Materials Under Seal

    Related Documents:

    A. **Docket No. 124** – Proposed Order Granting Dow Jones & Company, Inc.'s Motion to Intervene for the Limited Purpose of Seeking Public Access to Materials Under Seal

    Responses Received: None

    Status: This motion is related to Docket No. 92, the hearing on which is being adjourned to October 21, 2014 at 2:00 p.m.

Dated: October 15, 2014  Respectfully submitted,
Manchester, NH

/s/Daniel W. Sklar_____
Daniel W. Sklar, Esq.
Holly J. Barcroft, Esq.
NIXON PEABODY LLP
900 Elm Street
Manchester, NH 03101-2031
Telephone: (603) 628-4000
Facsimile: (603) 628-4040

- and -

Luc A. Despins, Esq.
Andrew V. Tenzer, Esq.
James T. Grogan, Esq.
PAUL HASTINGS LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

5