UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In re: * | |
| * | Chapter 11 |
| GT Advanced Technologies, Inc., *et al.*[1] * | |
| * | Case No. 14-11916-HJB |
| Debtors * | |
| * | Jointly Administered |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Before the Court is the Motion for Admission Pro Hac Vice (the "Motion") pursuant to LR 83.2 of the U.S. District Court for the District of New Hampshire and LBR 2090-1(b). It is hereby ordered that:

(1) The Motion is granted;

(2) Camden B. Hillas, Esq. of Preti Flaherty Beliveau & Pachios PLLP, 57 North Main Street, P.O. Box 1318, Concord, NH 03302 is authorized to appear *pro hac vice* in the above-captioned chapter 11 case and in any and all proceedings arising in, under, or related to this case.

Entered in Manchester, New Hampshire.

October 15, 2014

/s/ Henry J. Boroff
Henry J. Boroff
Bankruptcy Judge

---

[1] The Debtors, along with the last four digits of each debtor's tax identification number, as applicable, are: GT Advanced Technologies, Inc. (6749), GTAT Corporation (1760), GT Advanced Equipment Holding LLC (8329), GT Equipment Holdings, Inc. (0040), Lindbergh Acquisition Corp. (5073), GT Sapphire Systems Holding LLC (4417), GT Advanced Cz LLC (9815), GT Sapphire Systems Group LLC (5126), and GT Advanced Technologies Limited (1721). The Debtors' corporate headquarters are located at 243 Daniel Webster Highway, Merrimack, NH 03054.

7307846.1