United States Bankruptcy Court
United States Courthouse
300 State Street
Springfield, MA 01105

October 16th 2014

Re: GTAT Bankruptcy Proceedings

Dear Judge Henry J. Boroff,

I write this as a concerned Parent and Tax Paying Citizen.
I took a huge stake in GT Advanced Technologies.
I stand to lose most of my retirement account.
I believed in the company and I believed in its product.
When they filed for Chapter 11, it felt like a punch in the gut.
I thought of my wife and my 1 year old girl. I cried for 24 hours knowing I ruined the future for my family.

Look, I know the stock market is a huge risk and I'm not asking for anyone's sympathy. I made the decisions and I'm the one who is ultimately responsible.

I just pray that someone or something will take a stand for the small shareholders who have ultimately the most to lose from this bankruptcy.

I pray that the decisions made inside the court room will have the shareholders like me and many others in mind!

I pray for the best! There has to be a better way. Too many lives and futures are at stake here.

My intention of this letter is to raise a small voice from the people who stand to lose the most. The GTAT execs and the AAPL execs are millionaires regardless of the outcome. I will lose my retirement and my little daughter will lose a part of her future as well.

Please listen to us. Please listen to the shareholders who have been blindsided by this action. Please stand up for us! I can pray... that is all I got. I hope somebody will listen.

God Bless and Best Regards,

Chad Cooper
73 Wagon Wheel Rd
Dracut, MA 01826
978-790-7109