# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

---

In re:                                                              Bk. No. 14−11916−HJB
                                                                    Chapter 11
GT Advanced Technologies, Inc.
    Debtor

---

## NOTICE OF DISMISSAL
## (CONTINGENT)

On October 6, 2014, a Chapter 11 Voluntary Petition was filed in this case (Doc. No. 1). As required by Administrative Order 5005−4, the attorney filing the document is required to submit a Declaration regarding Electronic Filing, LBF 5005−4 (the "Declaration"). It appears the Declaration was not submitted as required. The case cannot be administered without said Declaration. Accordingly, this case shall be dismissed for failure to submit said Declaration unless the Declaration is submitted on or before **November 7, 2014**.

Date: October 17, 2014                                              Bonnie L. McAlary, Clerk
                                                                    By: /s/ G. Llewellyn
                                                                    Deputy Clerk

Form ntcdisdec−316