# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

---

In re:                                                    Bk. No. 14−11916−HJB
                                                          Chapter 11
GT Advanced Technologies, Inc.
      Debtor

---

### NOTICE OF DISMISSAL
### (CONTINGENT)

Administrative Order 5005−4 requires an attorney filing documents electronically to submit a Declaration regarding Electronic Filing, LBF 5005−4 (the "Declaration") for certain documents. The case cannot be administered without said Declarations. It appears that Declarations for the documents listed below were not submitted as required. Accordingly, this case shall be dismissed for failure to submit said Declarations unless the Declarations for the documents listed below are submitted on or before **November 7, 2014**.

| Filed Date | Document Name | Doc. No. |
|---|---|---|
| October 6, 2014 | List of 20 Largest Unsecured Creditors | 23 |
| October 8, 2014 | Verified Statement re: Debtor's Matrix | 50 |

Date: October 17, 2014                                   Bonnie L. McAlary, Clerk
                                                          By: /s/ G. Llewellyn
                                                          Deputy Clerk

Form ntcdisdec−316