UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

----------------------------------------------------------------x
:
*In re:* : Chapter 11
:
**GT ADVANCED TECHNOLOGIES INC.,** *et al.*, : Case No. 14-11916 (HJB)
:
Debtors.[1] :
: Jointly Administered
:
----------------------------------------------------------------x

**NOTICE OF FILING OF LIST OF EQUITY SECURITY HOLDERS PURSUANT TO RULE 1007(a)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, attached hereto as Exhibit A is a list of registered holders of equity securities of GT Advanced Technologies Inc. ("GT"), whose equity securities are publicly traded under the symbol "GTAT".

Dated: October 20, 2014
Manchester, NH

/s/ *James T. Grogan*
Luc A. Despins, Esq.
Andrew V. Tenzer, Esq.
James T. Grogan, Esq.
PAUL HASTINGS LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

- and -

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), GT Advanced Equipment Holding LLC (8329), GT Equipment Holdings, Inc. (0040), Lindbergh Acquisition Corp. (5073), GT Advanced Sapphire Systems Holding LLC (4417), GT Advanced Cz LLC (9815), GT Sapphire Systems Group LLC (5126), and GT Advanced Technologies Limited (1721). The Debtors' corporate headquarters are located at 243 Daniel Webster Highway, Merrimack, NH 03054.

Daniel W. Sklar, Esq.
Holly J. Barcroft, Esq.
NIXON PEABODY LLP
900 Elm Street
Manchester, NH 03101-2031
Telephone: (603) 628-4000
Facsimile: (603) 628-4040

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

## **EXHIBIT A**

Case No. 14-11916 (HJB)
GT Advanced Technologies Inc., et al.
Holders of Common Stock

| Name | Notice Name | Address | City | State | Zip | Country | Total Shares |
|---|---|---|---|---|---|---|---|
| ADAM HEAVENRICH CUST | ARYEH HEAVENRICH | 144 CABLES AVE | Waterbury | CT | 06710 | USA | 10 |
| ADAM HEAVENRICH CUST | DAVID HEAVENRICH | 144 CABLES AVE | Waterbury | CT | 06710 | USA | 10 |
| ADAM HEAVENRICH CUST | HILLEL HEAVENRICH | 144 CABLES AVE | Waterbury | CT | 06710 | USA | 10 |
| ADAM HEAVENRICH CUST | SHIRA HEAVENRICH | 144 CABLES AVE | Waterbury | CT | 06710 | USA | 10 |
| ADAM HEAVENRICH CUST | YAEL HEAVENRICH | 144 CABLES AVE | Waterbury | CT | 06710 | USA | 10 |
| CAROL DOWNS | | 113 POPLAR ST | Roslindale | MA | 02131-3636 | USA | 4 |
| CEDE & CO | | PO BOX 20 | New York | NY | 10274 | USA | 137,607,845 |
| CHANDRA KHATTAK | | 11 FORSYTHIA DRIVE | Nashua | NH | 03062-3082 | USA | 41,024 |
| CLEVELAND B HOLLOWAY JR | | 1309 OVERLAND DR | Rock Springs | WY | 82901 | USA | 350 |
| JAMES P WALLBILLICH | | 2513 PANTHER VALLEY RD | Pottsville | PA | 17901-8206 | USA | 200 |
| JAMES P WALLBILLICH CUST THADDEUS ROSS WALLBILLICH | | 2513 PANTHER VALLEY RD | Pottsville | PA | 17901-8206 | USA | 400 |
| MARK GARVIN | | 7417 TALBRYN WAY | Chapel Hill | NC | 27516-7858 | USA | 100 |
| MARSHALL WOLF | | BOX 730 STATION A | Toronto | ON | M5W 1G2 | CAN | 1 |
| MILES H RIGGS | | 5811 188TH ST | Flushing | NY | 11365 | USA | 1,000 |
| MR LIONEL RUPERT FOWLER | | 60 WANGI POINT ROAD | Wangi Wangi | NSW | 02267 | AUS | 500 |
| MR LIONEL RUPERT FOWLER MRS AILEEN KATHAYLIA FOWLER | FOWLER SUPERFUND TEN | 60 WANGI POINT ROAD | Wangi Wangi | NSW | 02267 | AUS | 1,500 |
| NIGEL BRUCE DONOVAN | | 78 KOHIMARAMARA RD | AUCKLAND | | | NZL | 94 |
| PATSY S STEWART TR UA THE REV TRUST AGMT OF PATSY S STEWART | | P.O BOX 174 | Lookout Mtn | TN | 37350-0174 | USA | 100 |
| RUDOLPH MAZUROSKY | | 69 QUAIL RUN RD | Woodbury | CT | 06798 | USA | 200 |
| STEVEN FISHOFF | | 2648 FEATHERWOOD ST | Westlake Vlg | CA | 91362 | USA | 700 |
| STEVEN H HERSH | | 3115 ORANGE BRACE | Riverwoods | IL | 60015-3727 | USA | 3,000 |
| TRISTINE M REILLY | | 18 MARSHALL ST UNIT 1 | Milford | NH | 03055-3714 | USA | 4,856 |
| WILLIAM F STEWART TR UA WILLIAM F STEWART REV TRUST | | P.O BOX 174 | Lookout Mtn | TN | 37350-0174 | USA | 100 |