UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

---------------------------------------------------------------x
:
*In re:* : **Chapter 11**
:
**GT ADVANCED TECHNOLOGIES INC.,** *et al.*,: **Case No. 14-11916 (HJB)**
:
**Debtors.**[1] :
: **Jointly Administered**
:
---------------------------------------------------------------x

## SUPPLEMENTAL DISCLOSURE BY DEBTORS OF APPLE AGREEMENTS

**PLEASE TAKE NOTICE** that GT Advanced Technologies Inc. and its affiliated debtors as debtors in possession in the above-captioned cases (collectively, "GTAT" or the "Debtors") hereby file this Supplemental Disclosure to make the various agreements among (i) certain of the Debtors and (ii) Apple Inc. and its affiliates (collectively, the "Apple Agreements") available to GTAT's creditors and other parties in interest.

**PLEASE TAKE FURTHER NOTICE** that the Apple Agreements, which are attached as Exhibits A through O, consist of the following:

- Master Development and Supply Agreement, between Apple Inc. and GTAT Corporation, #C56-13-02947, dated October 31, 2013;

- Statement of Work #1 to the Master Development and Supply Agreement, between Apple Inc. and GTAT Corporation, #C56-13-02947, dated October 31, 2013;

- Prepayment Agreement, between Apple Inc. and GTAT Corporation, #C56-13-03457, dated October 31, 2013;

- Membership Interest Pledge Agreement, between Apple Inc. and GTAT Corporation, #C56-13-03451, dated October 31, 2013;

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), GT Advanced Equipment Holding LLC (8329), GT Equipment Holdings, Inc. (0040), Lindbergh Acquisition Corp. (5073), GT Advanced Sapphire Systems Holding LLC (4417), GT Advanced Cz LLC (9815), GT Sapphire Systems Group LLC (5126), and GT Advanced Technologies Limited (1721).  The Debtors' corporate headquarters are located at 243 Daniel Webster Highway, Merrimack, NH 03054.

- Master Equipment Purchase Agreement, between Apple Inc. GTAT Corporation, and GT Advanced Technologies Limited, #C56-13-02494, dated October 31, 2013;

- Equipment Lease, between Apple Inc. and GT Advanced Equipment Holding LLC, #C56-13-03455, dated October 31, 2013;

- Intellectual Property Agreement, between Apple Inc., GTAT Corporation, GT Advanced Technologies Limited, GT Sapphire Systems Holding LLC, GT Sapphire Systems Group LLC, #C56-13-03388, dated October 31, 2013;

- Conditional Assignment, by GTAT Corporation in favor of Apple Inc., #C56-13-03456, dated October 31, 2013;

- Security Agreement, between Apple Inc. and GTAT Corporation, #C56-13-03453, dated October 31, 2013;

- Secured Guaranty, by GT Advanced Equipment Holding LLC for the benefit of GTAT Corporation and in favor of Apple Inc., #C56-13-03450, dated October 31, 2013;

- Confidentiality Agreement (Mutual), between Apple Inc. and GTAT Corporation, dated August 24, 2012;

- Confidentiality Agreement (Mutual), between Apple Inc. and GT Advanced Equipment Holding LLC, dated October 31, 2013;

- Apple Restricted Project Agreement, between Apple Inc. and GTAT Corporation, dated October 31, 2013;

- Apple Restricted Information Agreement, between Apple Inc. and GTAT Corporation, dated October 31, 2013; and

- Facility Lease Agreement, between Platypus Development LLC and GTAT Corporation, dated October 31, 2013.

[*remainder of page intentionally left blank*]

Dated: October 22, 2014
      Manchester, NH

                                                  */s/ James T. Grogan*
                                                  Luc A. Despins, Esq.
                                                  Andrew V. Tenzer, Esq.
                                                  James T. Grogan, Esq. (BNH07394)
                                                  PAUL HASTINGS LLP
                                                  Park Avenue Tower
                                                  75 East 55th Street, First Floor
                                                  New York, New York 10022
                                                  Telephone: (212) 318-6000
                                                  Facsimile: (212) 319-4090

                                                  - and -

                                                  Daniel W. Sklar, Esq.
                                                  Holly J. Barcroft, Esq.
                                                  NIXON PEABODY LLP
                                                  900 Elm Street
                                                  Manchester, NH 03101-2031
                                                  Telephone: (603) 628-4000
                                                  Facsimile: (603) 628-4040

                                                  *Proposed Co-Counsel for the Debtors and Debtors in Possession*