# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:                                                                                       Bk. No. 14-11916-HJB
                                                                                                                 Chapter 11

GT Advanced Technologies, Inc. and GT Advanced Equipment Holding LLC,
            Debtor(s)

## ORDER OF THE COURT

Hearing Date:         10/21/2014

Nature of Proceeding:    Doc# 119 Motion to Intervene for the Limited Purpose of Seeking Access to Documents Under Seal Filed by Interested Party Dow Jones & Company, Inc. (Attachments: # 1 Exhibit Proposed Response to Debtors Motions 55 and 92 to Seal Records)

Outcome of Hearing:     GRANTED.

IT IS SO ORDERED:

/s/ Henry J. Boroff       10/21/2014

Henry J. Boroff
Bankruptcy Judge