UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br>GT Advanced Technologies, Inc., et al,<br>Debtors[1] | Chapter 11<br>Case No. 14-11916-HJB et al<br>Jointly Administered |

**AMENDED APPOINTMENT OF AN OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. § 1102(a), William K. Harrington, United States Trustee, hereby files this *Amended* Appointment of Official Committee of Unsecured Creditors for these jointly administered cases. This Amendment is being filed to reflect the resignation of Elmet Technologies, Inc. and the appointment of Tera Xtal Technology Corp. The Amendment also reflects the precise name for member "Fidelity Convertible Securities Investment Trust." The members of the Official Committee of Unsecured Creditors are as follows:

1. Manz, AG
   Steigaeckrstr. 5
   72768 Reutlingen
   Germany
   Attn: Mr. Martin Hipp, CFO

2. US Bank National Association, as Trustee
   60 Livingston Avenue
   St. Paul, MN 55107
   USA
   Attn: Mr. Barry Ihrke, Vice President

3. Fidelity Convertible Securities Investment Trust
   245 Summer Street
   Boston, MA 02110
   USA
   Attn: Mr. Nate Van Duzer, Managing Director

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), GT Advanced Equipment Holding LLC (8329), GT Equipment Holdings, Inc. (0040), Lindbergh Acquisition Corp. (5073), GT Sapphire Systems Holding LLC (4417), GT Advanced Cz LLC (9815), GT Sapphire Systems Group LLC (5126), and GT Advanced Technologies Limited (1721).

4. Meyer Burger AG
   Schorenstrasse 39
   CH-3645 Gwatt (Thun)
   Switzerland
   Attn: Mr. Derek B. Taylor, CFO for
   Subsidiary, Diamond Materials Tech, Inc.

5. SGL Carbon LLC
   10130 Perimeter Parkway, Suite 500
   Charlotte, NC  28216-2442
   USA
   Attn: Mr. Jason Lang

6. Sanmina Corporation
   2700 N. First Street
   San Jose, CA  95134
   USA
   Attn: Mr. Edward T. Attanasio, Vice President
   and Legal Counsel

7. Tera Xtal Technology Corp.
   No.9-1, Yuanqu 2nd Rd.,
   Hsinchu Science and Industrial Park
   Hsinchu City 30075
   Taiwan (R.O.C.)
   Attn: Mr. Henry Lin, General Counsel

                WILLIAM K. HARRINGTON,
                UNITED STATES TRUSTEE

By:   /s/ Geraldine Karonis
       Geraldine Karonis
       Assistant U.S. Trustee
       Office of the United States Trustee
       1000 Elm Street, Suite 605
       Manchester, NH 03101
       (603) 666-7908
       Bnh 01853

Dated: October 31, 2014

CERTIFICATE OF SERVICE

       I hereby certify that on this October 31, 2014, I caused to be served a copy of the foregoing upon the following:

Upon the Committee Members by Email:

    Manz, AG
    Attn: Mr. Martin Hipp, CFO

    US Bank National Association, as Trustee
    Attn:  Mr. Barry Ihrke, Vice President

    Fidelity Financial Trust: Fidelity Convertibles Securities Investment Fund
    Attn: Mr. Nate Van Duzer, Managing Director

    Meyer Burger AG
    Attn: Mr. Derek B. Taylor, CFO for
    Subsidiary, Diamond Materials Tech, Inc.

    SGL Carbon LLC
    Attn: Mr. Jason Lang

    Sanmina Corporation
    Attn: Mr. Edward T. Attanasio, Vice President
    and Legal Counsel

    Tera Xtal Technology Corp.
    Attn: Mr. Henry Lin, General Counsel

And upon the attorneys of record, via CM/ECF:

**14-11916-HJB Notice will be electronically mailed to:**

Jason R. Adams
Christopher J. Allwarden
David P. Azarian
William R. Baldiga
Holly Barcroft
Mark I. Bernstein
Peter Breslauer
Christopher M. Candon
James S. Carr
Eleanor Wm Dahar
Daniel M. Deschenes

Ann Marie Dirsa
Christopher M. Dube
Jeremy R. Fischer
Christopher Fong
Edmond J. Ford
Kelly J. Gagliuso
William S. Gannon
Dustin N. Gauthier
Steven E. Grill
James T. Grogan, III
Honor S. Heath
Andrew Helman
Camden B. Hillas
Gary T. Holtzer
Nancy Isaacson
Matthew R. Johnson
Brad M. Kahn
James S. LaMontagne
Robert J. Lemons
Colin P. Maher
Benjamin E. Marcus
Bruce S. Meyer
Gregory A. Moffett
Steven M. Notinger
Paul F. O'Donnell, III
Thomas J. Pappas
Richard C. Pedone
Lori L. Pines
Charles R. Powell, III
Jennifer Rood
Peter C.L. Roth
Sage M. Sigler
Daniel W. Sklar
Jeffrey C. Spear
John M. Sullivan
Peter N. Tamposi
Lisa Snow Wade
Michael F. Walsh
Jason H. Watson
Jack S. White

                                               /s/ Geraldine Karonis
                                               Geraldine Karonis

Dated: October 31, 2014