**Exhibit 2**

Page: 1

# Invoice

**GT ADVANCED TECHNOLOGIES**

1911 AIRPORT BLVD, SANTA ROSA, CA 95403
TELEPHONE (707) 571-1911 • FAX (707) 571-8098

Invoice Number: 0416241-IN
Invoice Date: 10/3/2014

Order Number: 0112044
Order Date: 4/10/2014
Salesperson: DRH
Customer Number: BEC0030

Sold To:

Ship To:

Confirm To:   Sara McKinney 518-395-6235
Job#:         1761-14  IR: No

Sales Tax Code:   000000001

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 104352 | * SEE BELOW | Destination | Net 30 Days |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| **SHIP VIA: AIRRIDE/PADDEDVAN/PPA/INS | | | | | | |
| Furnace Serial No. F1404009 | | | | | | |
| Field Service: Reference Job 4348 (1761)-14 | | | | | | |
| * | LOT | 1.00 | 1.00 | 0.00 | | |
| Model 912M 25 Ton Hot Press Furnace System per specification | | | | | | |
| * | LOT | 1.00 | 1.00 | 0.00 | | |
| Critical Spare Parts consisting of: | | | | | | |
| - One Heating Element Set | | | | | | |
| - One Complete Set of O-Rings | | | | | | |
| - One Control Thermocouple | | | | | | |

Continued

Page: 2

Invoice



1911 AIRPORT BLVD, SANTA ROSA, CA 95403
TELEPHONE (707) 571-1911 • FAX (707) 571-8098

Invoice Number: 0416241-IN
Invoice Date: 10/3/2014

Order Number: 0112044
Order Date: 4/10/2014
Salesperson: DRH
Customer Number: BEC0030

Sold To:

Ship To:

Confirm To: Sara McKinney 518-395-6235
Job#: 1761-14  IR: No

Sales Tax Code: 000000001

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 104352 | * SEE BELOW | Destination | Net 30 Days |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| * | EACH | 1.00 | 1.00 | 0.00 | | |

Complete Documentation Package (CD)

Shipped Expeditors PPA - Freight Charges
to follow under separate invoice.

Net Invoice:
Less Discount:
Freight:
Sales Tax:
Invoice Total:

PLEASE REMIT TO:  GT SAPPHIRE SYSTEMS GROUP
1911 AIRPORT BLVD.
SANTA ROSA, CALIFORNIA 95403-1001

Sales Tax Certificate, Sales Certificate or Sales Tax Exemption is required for every order.

*SELLER REPRESENTS TO THE BEST OF ITS KNOWLEDGE AND BELIEF THAT WITH RESPECT TO THE PRODUCTION OF THE ARTICLES AND/OR THE PERFORMANCE OF SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE US.S DEPT. OF LABOR ISSUED UNDER SECT. 14 THEREOF. * OUR LIABILITY SHALL BE LIMITED TO THE REPLACEMENT, AT OUR EXPENSE OF ANY PARTS WHICH MAY BE DEFECTIVE IN MATERIAL OR WORKMANSHIP, FOR WHICH CLAIM IS MADE, AND SAID PRTS RETURNED TO OUR PLAN UPON OUR WRITTEN AUTHORIZATION WITHIN THIRTY DAYS AFTER RECEIPT BY YOU.