# EXHIBIT A



GTAT Corporation
3740 S Signal Butte Rd
Mesa  AZ  85212, USA

www.gtat.com

08/25/2014

# Purchase Order

**Billing Address**

GTAT Corporation
243 Daniel Webster Highway
Merrimack, NH  03054
USA

**Vendor Address**

SUMITOMO ELECTRIC USA INC.
21241 S. WESTERN AVE., SUITE #120
TORRANCE CA  90501
Attention: RACHELLE GARCIA

| Information | |
|---|---|
| Purchase Order No. | 4500054654 |
| Date | 08/21/2014 |
| Vendor No. | 303043 |
| Currency | USD |
| Buyer | Cheryl Lesser |
| Phone | |
| Email | cheryl.lesser@gtat.com |
| Tax ID. | |

**Confidential Treatment:** THIS PURCHASE ORDER INCLUDING, BUT NOT LIMITED TO, THE DELIVERY ADDRESS, DELIVERY DATE, NUMBER, TYPE OR DESCRIPTION OF UNITS/PARTS, AND PRICING, IS CONFIDENTIAL OR COMMERCIALLY SENSITIVE INFORMATION OF GTAT.  BY ACCEPTING, ACKNOWLEDGING OR FULFILLING THIS PURCHASE ORDER, YOU AGREE TO TREAT THE SAME AS CONFIDENTIAL TO GTAT AND WILL NOT DISCLOSE ANY PORTION OF THIS PURCHASE ORDER TO ANY THIRD PARTY OR MAKE ANY PUBLIC ANNOUNCEMENTS RELATING TO THIS ORDER, IN FULL OR IN PART, WITHOUT THE EXPRESS WRITTEN PERMISSION OF GTAT.

**International Shipments:** International shipment paperwork must be reviewed and approved by GT prior to shipment departing.

**Delivery Address:**
GTAT Corporation
3740 S Signal Butte Rd
MESA AZ  85212
USA

**Terms of Payment:** Net due in 45 days

**Terms of Delivery:** DAP(Delivered at Place) /Mesa, AZ

**Vendor Phone # / Fax #:** 310-782-0227 /  310-782-0211

**Vendor Email:** rdeobil@shicryogenics.com

This Purchase Order is expressly conditioned upon your acceptance of GT Advanced Technologies (GTAT) Standard Purchase Order Terms and Conditions, attached here to or previously provided to you, without any amendment by you.  (If needed for acceptance of PO, please request a copy)
Please acknowledge Price and Delivery of this Order.
Reference e-mail quote from Yasu Morita dated 08/20/14 for details

Below information must be referenced on all paperwork, invoice & packaging.
# PO Number
# GT Part Number & Revision Level (if any)
# PO Line Item Number & Quantity

All materials purchased must meet the requirements of the U.S. Dodd-Frank Act to ensure that raw materials sourced for manufacturing and fabrication can be verified to not include "conflict minerals". GTAT requires all of its vendors to complete the EICC Conflict Minerals Reporting Template to ensure that no "Conflict Minerals" are used.

Page 1 of 3

**Exhibit A, p. 1**



GTAT Corporation
3740 S Signal Butte Rd
Mesa, AZ  85212, USA

www.gtat.com

08/25/2014

# Purchase Order

For shipments less than 120 lbs., please ship Bill Recipient - UPS account E342F5

For shipment over 120 lbs up to 8 pallets in size please ship using UPS LTL - Freight Collect.

For Truckload or customized freight arrangements please contact:
Don Baker
480-249-2551
don.baker@gtat.com

GTAT will not pay Expedited Shipping Charges unless authorized.

Packaging:

All packaging shall be properly packaged to withstand the shipment to assigned destination.

A packing slip shall be attached to every shipment in a conspicuous manner.

The packing list should contain the following:
GT Purchase Order #
GT Part number

All invoices should be emailed to ap@gtat.com for payment

"Final payment from GTAT to Supplier/Vendor is subject to Supplier/Vendor executing GTAT's standard confidentiality agreement, a copy of which will be provided by GTAT as soon as possible."

Material Certification and QC Documentation Required

| Item | Material/Description | Quantity | UM | Unit Price | Net Amount |
|------|----------------------|----------|-----|------------|------------|
| 10 | 1037484 | 70.00 | EA | 3,800.00/ EA | 266,000.00 |
| | CRUCIBLE,MOLYBDENUM,1.7 | | | | |

Revision Level A0

See attached drawing # 1037484 (Rev A) for details.  These items were formerly drawing # 1025364 (Rev 02) and an ADR will be issued to accept the deviation of these items.

Delivery schedule:

| Line | Quantity | Unit | Date | Received Qty |
|------|----------|------|------|--------------|
| 0001 | 15.000 | EA | 09/02/2014 | 0.000 |

**Exhibit A, p. 2**



GTAT Corporation
3740 S Signal Butte Rd
Mesa, AZ  85212, USA

www.gtat.com

08/25/2014

# Purchase Order

| Item | Material/Description | | | Quantity | UM | Unit Price | Net Amount |
|------|----------------------|---|---|----------|-----|-----------|-----------|
| | 0002 | 30.000 | EA  09/17/2014 | | | 0.000 | |
| | 0003 | 25.000 | EA  09/26/2014 | | | 0.000 | |
| 20 | | | | 70.00 | EA | 220.00/ EA | 15,400.00 |
| | Expedited Air Freight Charges | | | | | | |
| | Delivery date:   09/02/2014 | | | | | | |

| | | USD | |
|---|---|---|---|
| **Total NET Value Excl. Tax** | | **USD** | **281,400.00** |

| | |
|---|---|
| Net value incl. disc. | 281,400.00 |
| Tax | 0.00 |
| Total Amount | 281,400.00 |

**Terms and Conditions:**
THIS PURCHASE ORDER IS EXPRESSLY CONDITIONED UPON YOUR ACCEPTANCE OF GT ADVANCED
TECHNOLOGIES' STANDARD PURCHASE ORDER TERMS AND CONDITIONS WITHOUT ANY AMENDMENT BY YOU.
PLEASE REFERENCE THE FOLLOWING LINK FOR THE LATEST REVISION: **https://partners.gtat.com**

**Note:** PURCHASE ORDER AND PURCHASE ORDER LINE ITEM NUMBERS MUST BE SHOWN ON PACKING LISTS AND
INVOICES. NOT DOING SO WILL DELAY PAYMENT PROCESSING

**Exhibit A, p. 3**

# ◆ SUMITOMO ELECTRIC U.S.A., INC.

21241 South Western Avenue, Suite 120
Torrance, CA 90501
Tel: (310) 782-0227
Fax: (310) 782-0211

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST. NO. |
|---|---|---|---|---|
| 1 | 578646 | | 9/16/2014 | GTA121 |

## INVOICE

| | |
|---|---|
| S O L D T O | GT CRYSTAL SYSTEMS LLC<br>20 TRAFALGAR SQUARE<br>SUITE 601<br>NASHUA, NH  03063 |
| S H I P T O | GT ADVANCED TECHNOLOGIES PRODUCTI<br>3740 S. SIGNAL BUTTE RD<br>MEZA, AZ  85212 |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 9/16/2014 | 4500054654 | TRUCK | DAP MESA, AZ | NET 45 DAYS |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| CHERYL LESSER | 9/16/2014 | | DAIKI KUWAHARA | TSG |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORDER | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| 1. | MOLY CRUCIBLE<br>DWG# 1037484 REV. A<br>MATERIAL:  MOP | 55.0 | 25.0 | 30.0 | 3,800.000 | 114,000.00 | |
| 2. | EXPEDITE AIR FREIGHT CHARGES<br><br><br><br>CASE NO. 906154    (30 PALLETS) | 55.0 | 25.0 | 30.0 | 220.000 | 6,600.00 | |

| SUBTOTAL | | | | | | |
|---|---|---|---|---|---|---|
| 120,600.00 | | | | | | $ 120,600.00 |
| | | | | INVOICE NO.<br>578646 | | PLEASE REMIT<br>THIS AMOUNT |

## Exhibit A, p. 4

## Elizabeth Miranda

| | |
|---|---|
| **From:** | Cheryl Lesser <cheryl.lesser@gtat.com> |
| **Sent:** | Tuesday, September 16, 2014 2:29 PM |
| **To:** | Yasu Morita (ymorita@sumitomo.com); 'Elizabeth Miranda' (Emiranda@sumitomo.com) |
| **Cc:** | Jeffrey Johnston; Gregory Brown; Brian Harrison; Luis Calderon; Ernest Dominguez |
| **Subject:** | FW: Invoice and Packing List for GT PO# 4500054654 |
| **Attachments:** | DOC090414-09042014114622.pdf; DOC090414-09042014095629.pdf |

**Importance:** High

Hi Yasu,

My receiving department received the second shipment of crucibles today against PO# 4500054654 and there was no paperwork included with the shipment. Attached is the documents for the first 15 pcs. you e-mailed us on 09/04/14 and we will need the same paperwork reflecting the 30 pc. shipment.

Please e-mail the documents as soon as possible so we can receive these in our system.

Thank you

Cheryl

Cheryl Lesser
**GT Advanced Technologies** | Senior Buyer
c: +1 480-381-9390
3740 South Signal Butte Road
Mesa, AZ 85212
cheryl.lesser@gtat.com

CONFIDENTIAL NOTICE: This e-mail transmission (and the attachments, if any, accompanying it) may contain confidential information. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any forwarding, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.

 **Please consider the environment before printing this e-mail.**

**From:** Yasu Morita [mailto:ymorita@sumitomo.com]
**Sent:** Thursday, September 04, 2014 1:49 PM
**To:** Cheryl Lesser
**Cc:** Terri Walterscheid; Ron Dawley; Jeffrey Johnston; hmorigami@sumitomo.com; ksasaki@sumitomo.com; Elizabeth Miranda
**Subject:** Invoice and Packing List for GT PO# 4500054654

Hi Cheryl,

Re: ) GT PO: 4500054654
Part#: 1037484 Rev.A (old part#: 1025364 Rev.2)
Total PO qty: 70pcs
First shipped: 15pcs

Pls find the attached invoice and packing list for the above shipment.

We have tried to check the exact delivery date to Mesa, AZ, and we just found out today that it has been already delivered to Mesa, AZ on 9/3/14 (yesterday).
Apologize for the delay in sending the document.

**Exhibit A, p. 5**



**GTAT Corporation**
3740 S Signal Butte Rd
Mesa AZ 85212, USA

www.gtat.com

09/15/2014

# Purchase Order

| Billing Address | Information | |
|---|---|---|
| GTAT Corporation | Purchase Order No. | 4500055111 |
| 243 Daniel Webster Highway | Date | 09/10/2014 |
| Merrimack, NH 03054 | Vendor No. | 303043 |
| USA | Currency | USD |
| | Buyer | Cheryl Lesser |
| | Phone | |
| **Vendor Address** | Email | cheryl.lesser@gtat.com |
| SUMITOMO ELECTRIC USA INC. | Tax ID. | |
| 21241 S. WESTERN AVE., SUITE #120 | Delivery Date | 09/15/2014 |
| TORRANCE CA 90501 | | |
| Attention: RACHELLE GARCIA | | |

| | |
|---|---|
| **Confidential Treatment:** | THIS PURCHASE ORDER INCLUDING, BUT NOT LIMITED TO, THE DELIVERY ADDRESS, DELIVERY DATE, NUMBER, TYPE OR DESCRIPTION OF UNITS/PARTS, AND PRICING, IS CONFIDENTIAL OR COMMERCIALLY SENSITIVE INFORMATION OF GTAT. BY ACCEPTING, ACKNOWLEDGING OR FULFILLING THIS PURCHASE ORDER, YOU AGREE TO TREAT THE SAME AS CONFIDENTIAL TO GTAT AND WILL NOT DISCLOSE ANY PORTION OF THIS PURCHASE ORDER TO ANY THIRD PARTY OR MAKE ANY PUBLIC ANNOUNCEMENTS RELATING TO THIS ORDER, IN FULL OR IN PART, WITHOUT THE EXPRESS WRITTEN PERMISSION OF GTAT. |
| **International Shipments:** | International shipment paperwork must be reviewed and approved by GT prior to shipment departing. |
| **Delivery Address:** | GTAT Corporation |
| | Attention: Jeff Johnston |
| | 3740 S Signal Butte Rd |
| | MESA AZ 85212 |
| | USA |
| **Terms of Payment:** | Net due in 45 days |
| **Terms of Delivery:** | DAP(Delivered at Place) /Mesa, AZ |
| **Vendor Phone # / Fax #:** | / 310-782-0211 |
| **Vendor Email:** | ymorita@sumitomo.com |

This Purchase Order is expressly conditioned upon your acceptance of GT Advanced Technologies (GTAT) Standard Purchase Order Terms and Conditions, attached here to or previously provided to you, without any amendment by you. (If needed for acceptance of PO, please request a copy) Please acknowledge Price and Delivery of this Order.

Reference Quotation # LA-H-8890 dated 09/07/14 for details

Below information must be referenced on all paperwork, invoice & packaging.
# PO Number
# GT Part Number & Revision Level (if any)
# PO Line Item Number & Quantity

All materials purchased must meet the requirements of the U.S. Dodd-Frank Act to ensure that raw materials sourced for manufacturing and fabrication can be verified to not include "conflict minerals". GTAT requires all of its vendors to complete the EICC Conflict Minerals Reporting Template to ensure that no "Conflict Minerals" are used.

**Exhibit A, p. 6**



GTAT Corporation
3740 S Signal Butte Rd
Mesa, AZ  85212, USA

www.gtat.com

09/15/2014

# Purchase Order

For shipments less than 120 lbs., please ship Bill Recipient - UPS account E342F5

For shipment over 120 lbs up to 8 pallets in size please ship using UPS LTL - Freight Collect.

For Truckload or customized freight arrangements please contact:
Don Baker
480-249-2551
don.baker@gtat.com

GTAT will not pay Expedited Shipping Charges unless authorized.

Packaging:

All packaging shall be properly packaged to withstand the shipment to assigned destination.

A packing slip shall be attached to every shipment in a conspicuous manner.

The packing list should contain the following:
GT Purchase Order #
GT Part number

All invoices should be emailed to ap@gtat.com for payment

"Final payment from GTAT to Supplier/Vendor is subject to Supplier/Vendor executing GTAT's standard confidentiality agreement, a copy of which will be provided by GTAT as soon as possible."

Material Certification and QC Documentation Required

| Item | Material/Description | Quantity | UM | Unit Price | Net Amount |
|------|---------------------|----------|-----|------------|------------|
| 10 | | 1.00 | EA | 25,000.00/ EA | 25,000.00 |
| | Shared Tooling Charges for 18" Crucibles | | | | |
| | Delivery date:    09/15/2014 | | | | |
| | **Total NET Value Excl. Tax** | | | USD | 25,000.00 |

**Exhibit A, p. 7**



GTAT Corporation
3740 S Signal Butte Rd
Mesa, AZ  85212, USA

www.gtat.com

09/15/2014

# Purchase Order

| Net value incl. disc. | 25,000.00 |
|---|---|
| Tax | 0.00 |
| Total Amount | 25,000.00 |

**Terms and Conditions:**
THIS PURCHASE ORDER IS EXPRESSLY CONDITIONED UPON YOUR ACCEPTANCE OF GT ADVANCED
TECHNOLOGIES' STANDARD PURCHASE ORDER TERMS AND CONDITIONS WITHOUT ANY AMENDMENT BY YOU.
PLEASE REFERENCE THE FOLLOWING LINK FOR THE LATEST REVISION: **https://partners.gtat.com**

**Note:** PURCHASE ORDER AND PURCHASE ORDER LINE ITEM NUMBERS MUST BE SHOWN ON PACKING LISTS AND
INVOICES. NOT DOING SO WILL DELAY PAYMENT PROCESSING

**Exhibit A, p. 8**

# ❖ SUMITOMO ELECTRIC U.S.A., INC.

21241 South Western Avenue, Suite 120
Torrance, CA 90501
Tel: (310) 782-0227
Fax: (310) 782-0211

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST. NO. |
|---|---|---|---|---|
| 1 | 578664 | | 9/19/2014 | GTA121 |

## INVOICE

| | | |
|---|---|---|
| **S O L D  T O** | GT CRYSTAL SYSTEMS LLC<br>243 DANIEL WEBSTER HIGHWAY<br>MERRIMACK, NH  03054 | **S H I P  T O** GT ADVANCED TECHNOLOGIES PRODUCTI<br>3740 S. SIGNAL BUTTE RD<br>MEZA, AZ  85212 |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 9/19/2014 | 4500055111 | | | NET 45 DAYS |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| CHERYL LESSER | 9/19/2014 | | YASUFUMI MORITA | TSG |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORDER | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| 1. | SHARED TOOLING CHARGE<br>FOR 18" CRUCIBLES<br><br><br><br>TOOLING TO REMAIN IN FACTORY<br><br>CASE NO. 906212 | 1.0 | | 1.0 | 25,000.000 | 25,000.00 | |

| SUBTOTAL | | | | |
|---|---|---|---|---|
| 25,000.00 | | | | **$ 25,000.00** |
| | | INVOICE NO.<br>578664 | | **PLEASE REMIT THIS AMOUNT** |

## Exhibit A, p. 9



08/25/2014

# Purchase Order

GTAT Corporation
3740 S Signal Butte Rd
Mesa, AZ  85212, USA

www.gtat.com

**Billing Address**
GTAT Corporation
243 Daniel Webster Highway
Merrimack, NH  03054
USA

| Information | |
|---|---|
| Purchase Order No. | 4500054654 |
| Date | 08/21/2014 |
| Vendor No. | 303043 |
| Currency | USD |
| Buyer | Cheryl Lesser |
| Phone | |
| Email | cheryl.lesser@gtat.com |
| Tax ID. | |

**Vendor Address**
SUMITOMO ELECTRIC USA INC.
21241 S. WESTERN AVE., SUITE #120
TORRANCE CA  90501
Attention: RACHELLE GARCIA

| | |
|---|---|
| **Confidential Treatment:** | THIS PURCHASE ORDER INCLUDING, BUT NOT LIMITED TO, THE DELIVERY ADDRESS, DELIVERY DATE, NUMBER, TYPE OR DESCRIPTION OF UNITS/PARTS, AND PRICING, IS CONFIDENTIAL OR COMMERCIALLY SENSITIVE INFORMATION OF GTAT. BY ACCEPTING, ACKNOWLEDGING OR FULFILLING THIS PURCHASE ORDER, YOU AGREE TO TREAT THE SAME AS CONFIDENTIAL TO GTAT AND WILL NOT DISCLOSE ANY PORTION OF THIS PURCHASE ORDER TO ANY THIRD PARTY OR MAKE ANY PUBLIC ANNOUNCEMENTS RELATING TO THIS ORDER, IN FULL OR IN PART, WITHOUT THE EXPRESS WRITTEN PERMISSION OF GTAT |
| **International Shipments:** | International shipment paperwork must be reviewed and approved by GT prior to shipment departing. |
| **Delivery Address:** | GTAT Corporation<br>3740 S Signal Butte Rd<br>MESA AZ  85212<br>USA |
| **Terms of Payment:** | Net due in 45 days |
| **Terms of Delivery:** | DAP(Delivered at Place) /Mesa, AZ |
| **Vendor Phone # / Fax #:** | 310-782-0227 /  310-782-0211 |
| **Vendor Email:** | rdeobil@shicryogenics.com |

This Purchase Order is expressly conditioned upon your acceptance of GT Advanced Technologies (GTAT) Standard Purchase Order Terms and Conditions, attached here to or previously provided to you, without any amendment by you.  (If needed for acceptance of PO, please request a copy)

Please acknowledge Price and Delivery of this Order.

Reference e-mail quote from Yasu Morita dated 08/20/14 for details

Below information must be referenced on all paperwork, invoice & packaging.
# PO Number
# GT Part Number & Revision Level (if any)
# PO Line Item Number & Quantity

All materials purchased must meet the requirements of the U.S. Dodd-Frank Act to ensure that raw materials sourced for manufacturing and fabrication can be verified to not include "conflict minerals". GTAT requires all of its vendors to complete the EICC Conflict Minerals Reporting Template to ensure that no "Conflict Minerals" are used.

Page 1 of 3

**Exhibit A, p. 10**



GTAT Corporation
3740 S Signal Butte Rd
Mesa, AZ 85212, USA

www.gtat.com

08/25/2014

# Purchase Order

For shipments less than 120 lbs., please ship Bill Recipient - UPS account E342F5

For shipment over 120 lbs up to 8 pallets in size please ship using UPS LTL - Freight Collect.

For Truckload or customized freight arrangements please contact:
Don Baker
480-249-2551
don.baker@gtat.com

GTAT will not pay Expedited Shipping Charges unless authorized.

Packaging:

All packaging shall be properly packaged to withstand the shipment to assigned destination.

A packing slip shall be attached to every shipment in a conspicuous manner.

The packing list should contain the following:
GT Purchase Order #
GT Part number

All invoices should be emailed to ap@gtat.com for payment

"Final payment from GTAT to Supplier/Vendor is subject to Supplier/Vendor executing GTAT's standard confidentiality agreement, a copy of which
will be provided by GTAT as soon as possible."

Material Certification and QC Documentation Required

| Item | Material/Description | Quantity | UM | Unit Price | Net Amount |
|------|---------------------|----------|-----|-----------|-----------|
| 10 | 1037484 | 70.00 | EA | 3,800.00/ EA | 266,000.00 |
|  | CRUCIBLE,MOLYBDENUM,1.7 | | | | |

Revision Level A0

See attached drawing # 1037484 (Rev A) for details.  These items were formerly drawing # 1025364 (Rev 02) and an ADR will be issued to
accept the deviation of these items.

Delivery schedule:

| Line | Quantity | Unit | Date | Received Qty |
|------|----------|------|------|-------------|
| 0001 | 15.000 | EA | 09/02/2014 | 0.000 |

Page 2 of 3

**Exhibit A, p. 11**



GTAT Corporation
3740 S Signal Butte Rd
Mesa, AZ  85212, USA

www.gtat.com

08/25/2014

# Purchase Order

| Item | Material/Description | | | | Quantity | UM | Unit Price | Net Amount |
|---|---|---|---|---|---|---|---|---|
| | 0002 | 30.000 | EA | 09/17/2014 | | | 0.000 | |
| | 0003 | 25.000 | EA | 09/26/2014 | | | 0.000 | |
| 20 | | | | | 70.00 | EA | 220.00/ EA | 15,400.00 |
| | Expedited Air Freight Charges | | | | | | | |
| | Delivery date: 09/02/2014 | | | | | | | |

---

| | | | |
|---|---|---|---|
| **Total NET Value Excl. Tax** | | USD | **281,400.00** |

---

| | |
|---|---|
| Net value incl. disc. | 281,400.00 |
| Tax | 0.00 |
| Total Amount | 281,400.00 |

---

**Terms and Conditions:**
THIS PURCHASE ORDER IS EXPRESSLY CONDITIONED UPON YOUR ACCEPTANCE OF GT ADVANCED
TECHNOLOGIES' STANDARD PURCHASE ORDER TERMS AND CONDITIONS WITHOUT ANY AMENDMENT BY YOU.
PLEASE REFERENCE THE FOLLOWING LINK FOR THE LATEST REVISION: https://partners.gtat.com

**Note:** PURCHASE ORDER AND PURCHASE ORDER LINE ITEM NUMBERS MUST BE SHOWN ON PACKING LISTS AND
INVOICES NOT DOING SO WILL DELAY PAYMENT PROCESSING

**Exhibit A, p. 12**

# ◆ SUMITOMO ELECTRIC U.S.A., INC.

21241 South Western Avenue, Suite 120
Torrance, CA 90501
Tel: (310) 782-0227
Fax: (310) 782-0211

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST. NO. |
|---|---|---|---|---|
| 1 | 578703 | | 9/25/2014 | GTA121 |

## INVOICE

**S O L D T O**
GT CRYSTAL SYSTEMS LLC
20 TRAFALGAR SQUARE
SUITE 601
NASHUA, NH 03063

**S H I P T O**
GT ADVANCED TECHNOLOGIES PRODUCTI
3740 S. SIGNAL BUTTE RD
MEZA, AZ 85212

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 9/25/2014 | 4500054654 | TRUCK | DAP MESA, AZ | NET 45 DAYS |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| CHERYL LESSER | 9/25/2014 | | DAIKI KUWAHARA | TSG |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORDER | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| 1. | MOLY CRUCIBLE<br>DWG# 1037484 REV. A<br>MATERIAL: MOP | 25.0 | | 25.0 | 3,800.000 | 95,000.00 | |
| 2. | EXPEDITE AIR FREIGHT CHARGES | 25.0 | | 25.0 | 220.000 | 5,500.00 | |
| | CASE NO. 906154 (25 PALLETS) | | | | | | |

| SUBTOTAL | | | |
|---|---|---|---|
| 100,500.00 | | | $ 100,500.00 |

| | INVOICE NO. 578703 | PLEASE REMIT THIS AMOUNT |
|---|---|---|

**Exhibit A, p. 13**