**Elizabeth Miranda**

| | |
|---|---|
| **From:** | Queeny Cheng <queeny.cheng@kwe.com> |
| **Sent:** | Friday, September 26, 2014 1:06 PM |
| **To:** | Yasu Morita |
| **Cc:** | Hank Hara; hmorigami@sumitomo.com; ksasaki@sumitomo.com; Elizabeth Miranda; Edward Wong; Amanda Ribstein; Mas Oga; Alma Garcia; Nagisa Lai |
| **Subject:** | Re: Next AIR Shipment for GT |

Hi Morita san,

All 55pcs were delivered yesterday to GT Advanced Technology. Plesae find below POD info.

POD information
Date:  Sep. 25
Time:  16:35PM
Name: Gary Breed


Thanks & Best Regards,

Queeny Cheng
Import Brokerage (LAX)
Kintetsu World Express (USA), Inc.
I 711 Glasgow Avenue I Inglewood I CA 90301 I



☎TEL: 310-568-8211 ext.2527

Fax: 310-568-1003

Queeny.Cheng@kwe.com



On Thu, Sep 25, 2014 at 4:51 PM, Yasu Morita <ymorita@sumitomo.com> wrote:

Hi Hara-san & Queeny,


We just want to confirm that GT Mesa, AZ shipment has been made today (9/25 Thu) or not for all 55pcs (25pcs of 17" & 30pcs of 18").

Pls confirm and send us the Delivery Order within tomorrow 2pm.

Thank you much!

**Exhibit A, p. 14**



GTAT Corporation
3740 S Signal Butte Rd
Mesa, AZ  85212, USA

www.gtat.com

09/30/2014

# Purchase Order

**Billing Address**
GTAT Corporation
243 Daniel Webster Highway
Merrimack, NH 03054
USA

**Information**
| | |
|---|---|
| Purchase Order No. | 4500054859 |
| Date | 08/29/2014 |
| Vendor No. | 303043 |
| Currency | USD |
| Buyer | Cheryl Lesser |
| Phone | |
| Email | cheryl.lesser@gtat.com |
| Tax ID. | |

**Vendor Address**
SUMITOMO ELECTRIC USA INC.
21241 S. WESTERN AVE., SUITE #120
TORRANCE CA 90501
Attention: RACHELLE GARCIA

| | |
|---|---|
| **Confidential Treatment:** | THIS PURCHASE ORDER INCLUDING, BUT NOT LIMITED TO, THE DELIVERY ADDRESS, DELIVERY DATE, NUMBER, TYPE OR DESCRIPTION OF UNITS/PARTS, AND PRICING, IS CONFIDENTIAL OR COMMERCIALLY SENSITIVE INFORMATION OF GTAT. BY ACCEPTING, ACKNOWLEDGING OR FULFILLING THIS PURCHASE ORDER, YOU AGREE TO TREAT THE SAME AS CONFIDENTIAL AND WILL NOT DISCLOSE ANY PORTION OF THIS PURCHASE ORDER TO ANY THIRD PARTY OR MAKE ANY PUBLIC ANNOUNCEMENTS RELATING TO THIS ORDER, IN FULL OR IN PART, WITHOUT THE EXPRESS WRITTEN PERMISSION OF GTAT. |
| **International Shipments:** | International shipment paperwork must be reviewed and approved by GT prior to shipment departing. |
| **Delivery Address:** | GTAT Corporation
3740 S Signal Butte Rd
MESA AZ  85212
USA |
| **Terms of Payment:** | Net due in 45 days |
| **Terms of Delivery:** | DAP(Delivered at Place) /Mesa, AZ |
| **Vendor Phone # / Fax #:** | 310-782-0227 / 310-782-0211 |
| **Vendor Email:** | ymorita@sumitomo.com |

This Purchase Order is expressly conditioned upon your acceptance of GT Advanced Technologies (GTAT) Standard Purchase Order Terms and Conditions, attached here to or previously provided to you, without any amendment by you. (If needed for acceptance of PO, please request a copy) Please acknowledge Price and Delivery of this Order.

Reference e-mail quote from Greg Brown dated 08/29/14 for details

GTAT may terminate performance of work under this contract, in whole or in part, when it is within the specified lead-time. GTAT shall terminate by issuing to the contractor a written Notice of Termination specifying the extent of termination and the effective date. After receipt of Notice of Termination, the contractors shall immediately stop work and place no further subcontracts or orders necessary to complete the continued portion of this contract at no charge to GTAT.

Below information must be referenced on all paperwork, invoice & packaging.
# PO Number
# GT Part Number & Revision Level (if any)
# PO Line Item Number & Quantity



GTAT Corporation
3740 S Signal Butte Rd
Mesa, AZ 85212, USA

www.gtat.com

09/30/2014

# Purchase Order

All materials purchased must meet the requirements of the U.S. Dodd-Frank Act to ensure that raw materials sourced for manufacturing and fabrication can be verified to not include "conflict minerals". GTAT requires all of its vendors to complete the EICC Conflict Minerals Reporting Template to ensure that no "Conflict Minerals" are used.

For shipments less than 120 lbs., please ship Bill Recipient - UPS account E342F5

For shipment over 120 lbs up to 8 pallets in size please ship using UPS LTL - Freight Collect.

For Truckload or customized freight arrangements please contact:
Don Baker
480-249-2551
don.baker@gtat.com

GTAT will not pay Expedited Shipping Charges unless authorized.

Packaging:

All packaging shall be properly packaged to withstand the shipment to assigned destination.

A packing slip shall be attached to every shipment in a conspicuous manner.

The packing list should contain the following:
GT Purchase Order #
GT Part number

All invoices should be emailed to ap@gtat.com for payment

"Final payment from GTAT to Supplier/Vendor is subject to Supplier/Vendor executing GTAT's standard confidentiality agreement, a copy of which will be provided by GTAT as soon as possible."

Material Certification and QC Documentation Required

| Item | Material/Description | Quantity | UM | Unit Price | Net Amount |
|---|---|---|---|---|---|
| 10 | 1035364<br>CRUCIBLE,MOLYBDENUM,1.8<br>Revision Level 01<br>See attached drawing number 1035364 (Rev 01) for details | 2,160.00 | EA | 3,625.00/ EA | 7,830,000.00 |



GTAT Corporation
3740 S Signal Butte Rd
Mesa, AZ 85212, USA

www.gtat.com

09/30/2014

# Purchase Order

| Item | Material/Description | | | Quantity | UM | Unit Price | Net Amount |
|---|---|---|---|---|---|---|---|
| | Delivery schedule: | | | | | | |
| | Line | Quantity | Unit | Date | | Received Qty | |
| | 0001 | 30.000 | EA | 10/01/2014 | | 0.000 | |
| | 0002 | 120.000 | EA | 10/07/2014 | | 0.000 | |
| | 0003 | 120.000 | EA | 10/17/2014 | | 0.000 | |
| | 0004 | 120.000 | EA | 10/27/2014 | | 0.000 | |
| | 0005 | 320.000 | EA | 11/07/2014 | | 0.000 | |
| | 0006 | 150.000 | EA | 11/14/2014 | | 0.000 | |
| | 0007 | 150.000 | EA | 11/21/2014 | | 0.000 | |
| | 0008 | 300.000 | EA | 12/05/2014 | | 0.000 | |
| | 0009 | 215.000 | EA | 12/12/2014 | | 0.000 | |
| | 0010 | 215.000 | EA | 12/19/2014 | | 0.000 | |
| | 0011 | 420.000 | EA | 01/03/2015 | | 0.000 | |
| 20 | | | | 2,160.00 | EA | 175.00/ EA | 378,000.00 |
| | Expedited Air Freight Charges | | | | | | |
| | Delivery schedule: | | | | | | |
| | Line | Quantity | Unit | Date | | Received Qty | |
| | 0001 | 30.000 | EA | 09/26/2014 | | 0.000 | |
| | 0002 | 120.000 | EA | 10/07/2014 | | 0.000 | |
| | 0003 | 120.000 | EA | 10/17/2014 | | 0.000 | |
| | 0004 | 120.000 | EA | 10/27/2014 | | 0.000 | |
| | 0005 | 320.000 | EA | 11/07/2014 | | 0.000 | |
| | 0006 | 150.000 | EA | 11/14/2014 | | 0.000 | |
| | 0007 | 150.000 | EA | 11/21/2014 | | 0.000 | |
| | 0008 | 300.000 | EA | 12/05/2014 | | 0.000 | |
| | 0009 | 215.000 | EA | 12/12/2014 | | 0.000 | |
| | 0010 | 215.000 | EA | 12/19/2014 | | 0.000 | |
| | 0011 | 420.000 | EA | 01/03/2015 | | 0.000 | |

| Total NET Value Excl. Tax | USD | 8,208,000.00 |
|---|---|---|
| Net value incl. disc. | | 8,208,000.00 |
| Tax | | 0.00 |
| Total Amount | | 8,208,000.00 |

**Terms and Conditions:**
THIS PURCHASE ORDER IS EXPRESSLY CONDITIONED UPON YOUR ACCEPTANCE OF GT ADVANCED TECHNOLOGIES' STANDARD PURCHASE ORDER TERMS AND CONDITIONS WITHOUT ANY AMENDMENT BY YOU. PLEASE REFERENCE THE FOLLOWING LINK FOR THE LATEST REVISION: https://partners.gtat.com

**Note:** PURCHASE ORDER AND PURCHASE ORDER LINE ITEM NUMBERS MUST BE SHOWN ON PACKING LISTS AND INVOICES. NOT DOING SO WILL DELAY PAYMENT PROCESSING

Exhibit A, p. 17

# SUMITOMO ELECTRIC U.S.A., INC.

21241 South Western Avenue, Suite 120
Torrance, CA 90501
Tel: (310) 782-0227
Fax: (310) 782-0211

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST. NO. |
|---|---|---|---|---|
| 1 | 578704 | | 9/25/2014 | GTA121 |

## INVOICE

**SOLD TO:**
GT CRYSTAL SYSTEMS LLC
20 TRAFALGAR SQUARE
SUITE 601
NASHUA, NH 03063

**SHIP TO:**
GT ADVANCED TECHNOLOGIES PRODUCTI
3740 S. SIGNAL BUTTE RD
MEZA, AZ 85212

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 9/25/2014 | 4500054859 | TRUCK | DAP MESA, AZ | NET 45 DAYS |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| CHERYL LESSER | 9/25/2014 | | DAIKI KUWAHARA | TSG |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORDER | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| 1. | CRUCIBLE MOLY BDENUM 1.8<br>DWG# 1035364 REV. 01<br>MATERIAL: MOP | 1,310.0 | 1,280.0 | 30.0 | 3,625.000 | 108,750.00 | |
| 2. | EXPEDITE AIR FREIGHT CHARGES<br><br>CASE NO. 906175  (30 PALLETS) | 1,310.0 | 1,280.0 | 30.0 | 175.000 | 5,250.00 | |

**SUBTOTAL**
114,000.00

INVOICE NO. 578704

**$ 114,000.00**
PLEASE REMIT
THIS AMOUNT

**Exhibit A, p. 18**

**Elizabeth Miranda**

| | |
|---|---|
| From: | Queeny Cheng <queeny.cheng@kwe.com> |
| Sent: | Friday, September 26, 2014 1:06 PM |
| To: | Yasu Morita |
| Cc: | Hank Hara; hmorigami@sumitomo.com; ksasaki@sumitomo.com; Elizabeth Miranda; Edward Wong; Amanda Ribstein; Mas Oga; Alma Garcia; Nagisa Lai |
| Subject: | Re: Next AIR Shipment for GT |

Hi Morita san,

All 55pcs were delivered yesterday to GT Advanced Technology. Plesae find below POD info.

POD information
Date: Sep. 25
Time: 16:35PM
Name: Gary Breed


Thanks & Best Regards,

**Q**ueeny Cheng
Import Brokerage (LAX)
**K**intetsu **W**orld **E**xpress (USA), Inc.
I 711 Glasgow Avenue I Inglewood I *CA* 90301 I


☎TEL: 310-568-8211 ext.2527

Fax: 310-568-1003

Queeny.Cheng@kwe.com



On Thu, Sep 25, 2014 at 4:51 PM, Yasu Morita <ymorita@sumitomo.com> wrote:

Hi Hara-san & Queeny,


We just want to confirm that GT Mesa, AZ shipment has been made today (9/25 Thu) or not for all 55pcs (25pcs of 17" & 30pcs of 18").

Pls confirm and send us the Delivery Order within tomorrow 2pm.

Thank you much!

**Exhibit A, p. 19**



04/17/2014

# Purchase Order

GTAT Corporation d/b/a
GT Crystal Systems
35 Congress Street
Salem, Massachusetts 01970, USA
Phone: (978) 745 - 0088

| Billing Address | | |
|---|---|---|
| GTAT Corporation | | |
| 20 Trafalgar Square | | |
| Suite 601 | | |
| Nashua, NH 03063 | | |
| USA | | |

| Information | |
|---|---|
| Purchase Order No. | 4500050224 |
| Date | 04/17/2014 |
| Vendor No. | 303043 |
| Currency | USD |
| Buyer | Kelly Wilson |
| Phone | |
| Email | kelly.wilson@gtat.com |
| Tax ID. | |

**Vendor Address**
SUMITOMO ELECTRIC USA INC.
21241 S. WESTERN AVE., SUITE #120
TORRANCE CA 90501
Attention: RACHELLE GARCIA

**Confidential Treatment:** THIS PURCHASE ORDER INCLUDING, BUT NOT LIMITED TO, THE DELIVERY ADDRESS, DELIVERY DATE, NUMBER, TYPE OR DESCRIPTION OF UNITS/PARTS, AND PRICING, IS CONFIDENTIAL OR COMMERCIALLY SENSITIVE INFORMATION OF GTAT. BY ACCEPTING, ACKNOWLEDGING OR FULFILLING THIS PURCHASE ORDER, YOU AGREE TO TREAT THE SAME AS CONFIDENTIAL TO GTAT AND WILL NOT DISCLOSE ANY PORTION OF THIS PURCHASE ORDER TO ANY THIRD PARTY OR MAKE ANY PUBLIC ANNOUNCEMENTS RELATING TO THIS ORDER, IN FULL OR IN PART, WITHOUT THE EXPRESS WRITTEN PERMISSION OF GTAT.

**International Shipments:** International shipment paperwork must be reviewed and approved by GT prior to shipment departing.

**Delivery Address:** GTAT Corporation d/b/a GT Crystal Systems
35 Congress Street
SALEM, MA 01970

**Terms of Payment:** Net due in 45 days
**Terms of Delivery:** EXW(Ex Works) /Boston, MA
**Vendor Phone # / Fax #:** 310-782-0227 / 310-782-0211
**Vendor Email:** rdeobil@shicryogenics.com

Quote 9076 Rev 3 Line 1
Invoices to AP@GTAT.com referencing this PO
If Shipment is over 150 lbs, ship Expeditors Domestic Freight. CONTACT IS DAVE BREEN @ # 978-531-0001.
Freight transportation must be booked directly with expeditors international domestic cargo services. Service required: 3 TO 5 DAYS TO SCHEDULE PICK-UPS AND EMAIL DAVID BREEN @ DAVID.BREEN@EXPEDITORS.COM WITH A SUBJECT THAT CONTAINS "GT P/U FOLLOWED BY GT'S PO NUMBER. The email must contain pickup address, ready time/close time, delivery address, service level, pieces/weight and dimensions, and finally commodity.
form imports contact Dave.Butler@gtat.com
for Clearance contact:
Broker: Expeditors
Contact: Christina Boudreau
978 531 0001 Tel / 978 573 3363 fax
Email: Christina.boudreau@expeditors.com

Page 1 of 2

Exhibit A, p. 20



GTAT Corporation d/b/a
GT Crystal Systems
35 Congress Street
Salem, Massachusetts 01970, USA

04/17/2014

# Purchase Order

| Item | Material/Description | Quantity | UM | Unit Price | Net Amount |
|---|---|---|---|---|---|
| 10 | 1011580 | 25.00 | EA | 2,293.35/ EA | 57,333.75 |
|  | 11'" MOLY CRUCIBLES PLANSEE |  |  |  |  |

Delivery schedule:

| Line | Quantity | Unit | Date | Received Qty |
|---|---|---|---|---|
| 0001 | 5.000 | EA | 06/20/2014 | 0.000 |
| 0002 | 5.000 | EA | 07/21/2014 | 0.000 |
| 0003 | 5.000 | EA | 08/20/2014 | 0.000 |
| 0004 | 5.000 | EA | 09/22/2014 | 0.000 |
| 0005 | 5.000 | EA | 10/20/2014 | 0.000 |

Total NET Value Excl. Tax                                                USD    57,333.75

Net value incl. disc.                                                                  57,333.75
Tax                                                                                          0.00
Total Amount                                                                          57,333.75

**Terms and Conditions:**
THIS PURCHASE ORDER IS EXPRESSLY CONDITIONED UPON YOUR ACCEPTANCE OF GT ADVANCED TECHNOLOGIES' STANDARD PURCHASE ORDER TERMS AND CONDITIONS WITHOUT ANY AMENDMENT BY YOU. PLEASE REFERENCE THE FOLLOWING LINK FOR THE LATEST REVISION: https://partners.gtat.com

*Note:* PURCHASE ORDER AND PURCHASE ORDER LINE ITEM NUMBERS MUST BE SHOWN ON PACKING LISTS AND INVOICES. NOT DOING SO WILL DELAY PAYMENT PROCESSING

Page 2 of 2

Exhibit A, p. 21

# SUMITOMO ELECTRIC U.S.A., INC.

21241 South Western Avenue, Suite 120
Torrance, CA 90501
Tel: (310) 782-0227
Fax: (310) 782-0211

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST. NO. |
|---|---|---|---|---|
| 1 | 578732 | | 9/24/2014 | GTA121 |

## INVOICE

**SOLD TO:**
GT ADVANCED TECHNOLOGIES INC.
ATTN: ACCOUNTS PAYABLE
20 TRAFALGAR SQUARE
SUITE 601
NASHUA, NH 03063

**SHIP TO:**
GT CRYSTAL SYSTEMS LLC
35 CONGRESS STREET
SALEM, MA 01970

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 9/24/2014 | 4500050224 | EXPEDITORS | BOSTON, MA | NET 45 DAYS |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| KELLY WILSON | 9/24/2014 | | DAIKI KUWAHARA | TSG |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORDER | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| 1. | MO CRUCIBLE 11" TAPERED<br>DWG# 1011580<br>MATERIAL: MOP<br><br>CASE NO. 905849   (5 CASES) | 10.0 | 5.0 | 5.0 | 2,293.350 | 11,466.75 | |

| SUBTOTAL | | | INVOICE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|---|
| 11,466.75 | | | 578732 | $ 11,466.75 |

**Exhibit A, p. 22**

**Expeditors**
*You'd be surprised how far we'll go for you.*

| Ship Date | Origin | Dest |
|---|---|---|
| 09/23/14 | BOS | BOS |

**Contract of Carriage**
For Service Conditions, please refer to:
http://www.expeditors.com/forms-downloads/pdf/OCG_Service_Conditions.pdf

J120005912
Page 1 of 1

### SHIPPER INFORMATION
Shipper Account #: G0616748
Shipper Name (From): NNR Global Logistics USA
Address: 230 Ballardvale St. Suite E
City: Wilmington  State: MA  Country: US  Code: 01887
Contact: Nathan Reed  Phone: 978-968-1124
Shipper Reference: 4500050224, 4500052754

### CONSIGNEE INFORMATION
Consignee Account #: G1607355
Consignee Name (To): GTAT Corporation
Address: 35 Congress Street
City: Salem  State: MA  Country: US  Code: 01970
Contact: Dan Pydynkowski  Phone: 978-745-0088
Consignee Reference: 4500050224, 4500052754

Payment Method: [X] 3rd Party billed for all charges

### THIRD PARTY INFORMATION
Third Party Account #: G0258591
Third Party Name (To): GTAT Corporation
Address: 243 Daniel Webster Hwy
City: Merrimack  State: NH  Country: US  Code: 03054
Contact: Vanak Men  Phone: 603-883-5200

Service Requested: Deferred

Special Instructions:
SHPR REF: 4500050224, 4500052754 CNEE
REF: 4500050224, 4500052754.

| PIECES | DESCRIPTION | ACTUAL WEIGHT | LENGTH | WIDTH | HEIGHT |
|---|---|---|---|---|---|
| 5 | MOLYBDENUM | | 17 | 17 | 20 |
| 2 | | | 21 | 21 | 26 |
| 7 TOTAL PIECES | | TOTAL WEIGHT 137 | | | |

Declared Value for Carriage: $N.V.D.
Amount of Insurance: $NIL
International Customs Value: $N.V.D.

Does this shipment contain dangerous goods? [X] No

Shipper's Signature: SHIPPER HEREBY CONSENTS TO A SEARCH OR INSPECTION OF THE CARGO PURSANT TO ANY APPLICABLE LAW OR REGULATION, INCLUDING 49 C.F.R. ° 1548.9(b)

Received By: Dan Pydynkowski
Print Name: DAN PYDYNKOWSKI
Date: 9/24/14  Time: 2:10

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
All services provided are subject to these terms and conditions.

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS    Monio

**Exhibit A, p. 23**



06/23/2014

# Purchase Order

GTAT Corporation d/b/a
GT Crystal Systems
35 Congress Street
Salem, Massachusetts 01970, USA
Phone: (978) 745 - 0088

**Billing Address**
GTAT Corporation
20 Trafalgar Square
Suite 601
Nashua, NH 03063
USA

**Information**
| | |
|---|---|
| Purchase Order No. | 4500052754 |
| Date | 06/20/2014 |
| Vendor No. | 303043 |
| Currency | USD |
| Buyer | Kelly Wilson |
| Phone | |
| Email | kelly.wilson@gtat.com |
| Tax ID. | |
| Delivery Date | 08/20/2014 |

**Vendor Address**
SUMITOMO ELECTRIC USA INC.
21241 S. WESTERN AVE., SUITE #120
TORRANCE CA 90501
Attention: RACHELLE GARCIA

**Confidential Treatment:** THIS PURCHASE ORDER INCLUDING, BUT NOT LIMITED TO, THE DELIVERY ADDRESS, DELIVERY DATE, NUMBER, TYPE OR DESCRIPTION OF UNITS/PARTS, AND PRICING, IS CONFIDENTIAL OR COMMERCIALLY SENSITIVE INFORMATION OF GTAT. BY ACCEPTING, ACKNOWLEDGING OR FULFILLING THIS PURCHASE ORDER, YOU AGREE TO TREAT THE SAME AS CONFIDENTIAL TO GTAT AND WILL NOT DISCLOSE ANY PORTION OF THIS PURCHASE ORDER TO ANY THIRD PARTY OR MAKE ANY PUBLIC ANNOUNCEMENTS RELATING TO THIS ORDER, IN FULL OR IN PART, WITHOUT THE EXPRESS WRITTEN PERMISSION OF GTAT.

**International Shipments:** International shipment paperwork must be reviewed and approved by GT prior to shipment departing.

**Delivery Address:** GTAT Corporation d/b/a GT Crystal Systems
35 Congress Street
SALEM, MA 01970

**Terms of Payment:** Net due in 45 days
**Terms of Delivery:** FCA(Free Carrier) /Boston, MA
**Vendor Phone # / Fax #:** / 310-782-0211
**Vendor Email:** rdeobil@shicryogenics.com

Ordered Per Kurt, Quote 9076 REV 5
Contact Dave.Butler at GTAT.com for all imports
Please ship expeditors
Freight transportation must be booked directly with expeditors international domestic cargo services. Service required: 3 TO 5 DAYS TO SCHEDULE PICK-UPS AND EMAIL DAVID BREEN @ DAVID.BREEN@EXPEDITORS.COM WITH A SUBJECT THAT CONTAINS "GT P/U FOLLOWED BY GT'S PO NUMBER. The email must contain pickup address, ready time/close time, delivery address, service level, pieces/weight and dimensions

Please deliver for Kurt Schmid

| Item | Material/Description | Quantity | UM | Unit Price | Net Amount |
|---|---|---|---|---|---|
| 10 | | 4.00 | EA | 3,056.16/ EA | 12,224.64 |
| | 7CMC00099 MO Crucible | | | | |
| | Delivery date: 08/20/2014 | | | | |

Page 1 of 2

Exhibit A, p. 24

**GT ADVANCED TECHNOLOGIES**

GTAT Corporation d/b/a
GT Crystal Systems
35 Congress Street
Salem, Massachusetts 01970, USA

06/23/2014

# Purchase Order

| | | USD | |
|---|---|---|---:|
| Total NET Value Excl. Tax | | | 12,224.64 |
| Net value incl. disc. | | | 12,224.64 |
| Tax | | | 0.00 |
| Total Amount | | | 12,224.64 |

**Terms and Conditions:**
THIS PURCHASE ORDER IS EXPRESSLY CONDITIONED UPON YOUR ACCEPTANCE OF GT ADVANCED TECHNOLOGIES' STANDARD PURCHASE ORDER TERMS AND CONDITIONS WITHOUT ANY AMENDMENT BY YOU. PLEASE REFERENCE THE FOLLOWING LINK FOR THE LATEST REVISION:  https://partners.gtat.com

*Note:* PURCHASE ORDER AND PURCHASE ORDER LINE ITEM NUMBERS MUST BE SHOWN ON PACKING LISTS AND INVOICES. NOT DOING SO WILL DELAY PAYMENT PROCESSING

Page 2 of 2

Exhibit A, p. 25

# SUMITOMO ELECTRIC U.S.A., INC.

21241 South Western Avenue, Suite 120
Torrance, CA 90501
Tel: (310) 782-0227
Fax: (310) 782-0211

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST. NO. |
|---|---|---|---|---|
| 1 | 578733 | | 9/24/2014 | GTA121 |

# INVOICE

**SOLD TO:**
GT ADVANCED TECHNOLOGIES INC.
ATTN: ACCOUNTS PAYABLE
20 TRAFALGAR SQUARE
SUITE 601
NASHUA, NH 03063

**SHIP TO:**
GT CRYSTAL SYSTEMS LLC
35 CONGRESS STREET
SALEM, MA 01970

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 9/24/2014 | 4500052754 | EXPEDITORS | BOSTON, MA | NET 45 DAYS |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| KELLY WILSON | 9/24/2014 | | DAIKI KUWAHARA | TSG |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORDER | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| 1. | MO CRUCIBLE 8" TAPERED<br>DWG# 7CMC00099<br>MATERIAL: MOP<br><br>CASE NO. 906001 (2 CASES) | 4.0 | | 4.0 | 3,056.160 | 12,224.64 | |

| SUBTOTAL | | INVOICE NO. | |
|---|---|---|---|
| 12,224.64 | | 578733 | $ 12,224.64 PLEASE REMIT THIS AMOUNT |

**Exhibit A, p. 26**

# Expeditors

| Ship Date | Origin | Dest |
|---|---|---|
| 09/23/14 | BOS | BOS |

**Contract of Carriage**
For Service Conditions, please refer to:
http://www.expeditors.com/forms-downloads/pdf/OC4_Service_Conditions.pdf

J120005912
Page 1 of 1

**SHIPPER INFORMATION**
Shipper Account #: G0616748
Shipper Name (From): NNR Global Logistics USA
Address: 230 Ballardvale St. Suite E
City: Wilmington  State: MA  Country: US  Code: 01887
Contact: Nathan Reed  Phone: 978-968-1124
Shipper Reference: 4500050224, 4500052754

**CONSIGNEE INFORMATION**
Consignee Account #: G1607355
Consignee Name (To): GTAT Corporation
Address: 35 Congress Street
City: Salem  State: MA  Country: US  Code: 01970
Contact: Dan Pydynkowski  Phone: 978-745-0088
Consignee Reference: 4500050224, 4500052754

Payment Method: [X] 3rd Party

**THIRD PARTY INFORMATION**
Third Party Account #: G0258591
Third Party Name (To): GTAT Corporation
Address: 243 Daniel Webster Hwy
City: Merrimack  State: NH  Country: US  Code: 03054
Contact: Vanak Men  Phone: 603-883-5200

Service Requested: Deferred

Special Instructions:
SHPR REF: 4500050224, 4500052754 CNEE REF: 4500050224, 4500052754.

| PIECES | DESCRIPTION | ACTUAL WEIGHT | LENGTH | WIDTH | HEIGHT |
|---|---|---|---|---|---|
| 5 | MOLYBDENUM | | 17 | 17 | 20 |
| 2 | | | 21 | 21 | 26 |

TOTAL PIECES: 7  TOTAL WEIGHT: 137

Declared Value for Carriage: $N.V.D.
Amount of Insurance: $NIL
International Customs Value: $N.V.D.

"These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited."

Does this shipment contain dangerous goods? [X] No

Shipper's Signature: SHIPPER HEREBY CONSENTS TO A SEARCH OR INSPECTION OF THE CARGO PURSANT TO ANY APPLICABLE LAW OR REGULATION, INCLUDING 49 C.F.R. ° 1548.9(b)

Received By: [signature]
Print Name: DAN PYDYNKOWSKI
Date: 9/24/14  Time: 2:10

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. All services provided are subject to these terms and conditions.

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

**Exhibit A, p. 27**