## **EXHIBIT B**

# ◆ SUMITOMO ELECTRIC U.S.A., INC.

21241 South Western Avenue, Suite 120
Torrance, CA 90501
Tel: (310) 782-0227
Fax: (310) 782-0211

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST. NO. |
|---|---|---|---|---|
| 1 | 578646 | | 9/16/2014 | GTA121 |

## INVOICE

| | | | |
|---|---|---|---|
| SOLD TO: | GT CRYSTAL SYSTEMS LLC<br>20 TRAFALGAR SQUARE<br>SUITE 601<br>NASHUA, NH  03063 | SHIP TO: | GT ADVANCED TECHNOLOGIES PRODUCTI<br>3740 S. SIGNAL BUTTE RD<br>MEZA, AZ  85212 |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 9/16/2014 | 4500054654 | TRUCK | DAP MESA, AZ | NET 45 DAYS |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| CHERYL LESSER | 9/16/2014 | | DAIKI KUWAHARA | TSG |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORDER | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| 1. | MOLY CRUCIBLE<br>DWG# 1037484 REV. A<br>MATERIAL:  MOP | 55.0 | 25.0 | 30.0 | 3,800.000 | 114,000.00 | |
| 2. | EXPEDITE AIR FREIGHT CHARGES | 55.0 | 25.0 | 30.0 | 220.000 | 6,600.00 | |
| | CASE NO. 906154   (30 PALLETS) | | | | | | |

| SUBTOTAL | | | | | | | |
|---|---|---|---|---|---|---|---|
| 120,600.00 | | | | | INVOICE NO.<br>578646 | $ 120,600.00<br>PLEASE REMIT<br>THIS AMOUNT | |

**Exhibit A, p. 4**

**◆ SUMITOMO ELECTRIC U.S.A., INC.**

21241 South Western Avenue, Suite 120
Torrance, CA 90501
Tel: (310) 782-0227
Fax: (310) 782-0211

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST. NO. |
|---|---|---|---|---|
| 1 | 578703 | | 9/25/2014 | GTA121 |

# INVOICE

| | | |
|---|---|---|
| S O L D T O | GT CRYSTAL SYSTEMS LLC<br>20 TRAFALGAR SQUARE<br>SUITE 601<br>NASHUA, NH 03063 | S H I P T O | GT ADVANCED TECHNOLOGIES PRODUCTI<br>3740 S. SIGNAL BUTTE RD<br>MEZA, AZ 85212 |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 9/25/2014 | 4500054654 | TRUCK | DAP MESA, AZ | NET 45 DAYS |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| CHERYL LESSER | 9/25/2014 | | DAIKI KUWAHARA | TSG |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORDER | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| 1. | MOLY CRUCIBLE<br>DWG# 1037484 REV. A<br>MATERIAL: MOP | 25.0 | | 25.0 | 3,800.000 | 95,000.00 | |
| 2. | EXPEDITE AIR FREIGHT CHARGES | 25.0 | | 25.0 | 220.000 | 5,500.00 | |
| | CASE NO. 906154 (25 PALLETS) | | | | | | |

| SUBTOTAL | | | | | |
|---|---|---|---|---|---|
| 100,500.00 | | | | INVOICE NO.<br>578703 | $ 100,500.00<br>PLEASE REMIT THIS AMOUNT |

**Exhibit A, p. 13**

**SUMITOMO ELECTRIC U.S.A., INC.**

21241 South Western Avenue, Suite 120
Torrance, CA 90501
Tel: (310) 782-0227
Fax: (310) 782-0211

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST. NO. |
|---|---|---|---|---|
| 1 | 578704 | | 9/25/2014 | GTA121 |

# INVOICE

| | | | |
|---|---|---|---|
| SOLD TO | GT CRYSTAL SYSTEMS LLC<br>20 TRAFALGAR SQUARE<br>SUITE 601<br>NASHUA, NH 03063 | SHIP TO | GT ADVANCED TECHNOLOGIES PRODUCTI<br>3740 S. SIGNAL BUTTE RD<br>MEZA, AZ 85212 |

| DATE SHIPPED | PURCHASE ORDER.NO. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|
| 9/25/2014 | 4500054859 | TRUCK | DAP MESA, AZ | NET 45 DAYS |

| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| CHERYL LESSER | 9/25/2014 | | DAIKI KUWAHARA | TSG |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY BACK ORDER | QUANTITY SHIPPED | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| 1. | CRUCIBLE MOLY BDENUM 1.8<br>DWG# 1035364 REV. 01<br>MATERIAL: MOP | 1,310.0 | 1,280.0 | 30.0 | 3,625.000 | 108,750.00 | |
| 2. | EXPEDITE AIR FREIGHT CHARGES | 1,310.0 | 1,280.0 | 30.0 | 175.000 | 5,250.00 | |
| | CASE NO. 906175    (30 PALLETS) | | | | | | |

| SUBTOTAL | | | |
|---|---|---|---|
| 114,000.00 | | | $ 114,000.00 |
| | | INVOICE NO.<br>578704 | PLEASE REMIT<br>THIS AMOUNT |

**Exhibit A, p. 18**