## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

```
-------------------------------------------------------------x
                                            :
In re:                                      :    Chapter 11
                                            :
GT ADVANCED TECHNOLOGIES INC., et al.,:         Case No. 14-11916-HJB
                                            :
         Debtors.¹                          :
                                            :    Jointly Administered
-------------------------------------------------------------x
```

### ORDER EXTENDING DEBTORS' TIME TO FILE
### NOTICES OF REMOVAL OF CIVIL ACTIONS

Upon the motion (the "Motion")[2] of GT Advanced Technologies Inc. ("GT") and its affiliated debtors as debtors in possession (collectively, "GTAT" or the "Debtors"), for an order extending the time by which GTAT must file notices of removal of civil actions and proceedings to which GTAT is or may become parties (collectively, the "Civil Actions") pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027, all as more fully described in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted

---

[1]     The Debtors, along with the last four digits of each debtor's tax identification number, as applicable, are: GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), GT Advanced Equipment Holding LLC (8329), GT Equipment Holdings, Inc. (0040), Lindbergh Acquisition Corp. (5073), GT Sapphire Systems Holding LLC (4417), GT Advanced Cz LLC (9815), GT Sapphire Systems Group LLC (5126), and GT Advanced Technologies Limited (1721).  The Debtors' corporate headquarters are located at 243 Daniel Webster Highway, Merrimack, NH 03054.

●     [2]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

herein; and upon all of the proceedings had before this Court; after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.      The Motion is granted.

2.      Pursuant to Bankruptcy Rule 9006(b), the time provided by Bankruptcy Rule 9027 to file notices of removal of the Civil Actions is extended through and including the later of (a) May 5, 2015, or (b) should the Court enter an order terminating the automatic stay as to a particular Civil Action, for such Civil Action, 30 days after the entry of the order terminating the automatic stay.

3.      This Order shall be without prejudice to GTAT's right to request a further extension of time to file notices of removal of the Civil Actions.

4.      This Order shall be without prejudice to any position GTAT may take regarding whether Bankruptcy Code section 362 applies to any Civil Action.

5.      The requirement set forth in Rule 7102(b)(2) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of New Hampshire, that any motion filed shall have an accompanying memorandum of law is waived.

6.      GTAT is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: January 22, 2015
       Manchester, NH

/s/ Henry J. Boroff
HONORABLE HENRY J. BOROFF
UNITED STATES BANKRUPTCY JUDGE