# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                                                                                          Bk. No. 14-11916-HJB
                                                                                                                                Chapter 11
GT Advanced Technologies, Inc. and GT Advanced Equipment Holding LLC,
              Debtor(s)

### ORDER OF THE COURT

| | |
|---|---|
| Hearing Date: | 01/26/2015 |
| Nature of Proceeding: | Doc# 843 Motion for an Order Appointing an Offical Committee of Equity Security Holders Filed by Creditor Terren Faloh (jtp) |
| Outcome of Hearing: | For the reasons set forth in open Court, the Motion is DENIED without prejudice. |

IT IS SO ORDERED:

/s/ Henry J. Boroff             01/26/2015
_____

Henry J. Boroff
Bankruptcy Judge