B 210A (Form 210A) (12/09)

**FILED**

## UNITED STATES BANKRUPTCY COURT
### District of New Hampshire

CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

In re **GTAT Advanced Technologies, Inc., et al**, Debtors.  Case No. **14-11916**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Centerbridge Special Credit Partners II, L.P. | Jefferies Leveraged Credit Products, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Centerbridge Special Credit Partners II, L.P.
Attn: Bank Debt Operations
375 Part Avenue
13th Floor
New York, NY 10152
Fax: 1-972-528-4036
Email: loanadmin@centerbridge.com

Court Claim # (if known): __790__
Amount of Claim Transferred: __34.37% or $685,787.05 (of which $551,317.66 is General Unsecured and $134,469.39 is claimed as priority under 503(b)(9))__
Date Claim Filed: __1/23/2015__
Debtor: __GTAT Corporation__

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

NYC:309727.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P.

By: _____  Date: February 13, 2015
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Aleksandra Markovic
Authorized Signatory

NYC:309727.1

<u>EXECUTION COPY</u>

<u>Exhibit B</u>

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigned to Centerbridge Special Credit Partners II, L.P. ("Assignee") 34.37% or $685,787.05 of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), consisting of (i) a general, unsecured claim in the amount of $551,317.66 and (ii) an administrative claim in the amount of $134,469.39 pursuant to 11 U.S.C. §503(b)(9), in each case against GTAT Corporation (the "Debtor"), Case No. 14-11919, United States Bankruptcy Court for the District of New Hampshire (the "Bankruptcy Court"), and the proof of claim identified by claim number 790 filed by Assignor with the Bankruptcy Court in respect of the foregoing claims.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to Assignee.

CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P.

By: _____
NAME: _____
TITLE: _____
Aleksandra Markovic
Authorized Signatory

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

By: _____
NAME: _____
TITLE: _____

868029v.2 2653/00018

<u>EXECUTION COPY</u>

<u>Exhibit B</u>

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigned to Centerbridge Special Credit Partners II, L.P. ("Assignee") 34.37% or $685,787.05 of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), consisting of (i) a general, unsecured claim in the amount of $551,317.66 and (ii) an administrative claim in the amount of $134,469.39 pursuant to 11 U.S.C. §503(b)(9), in each case against GTAT Corporation (the "Debtor"), Case No. 14-11919, United States Bankruptcy Court for the District of New Hampshire (the "Bankruptcy Court"), and the proof of claim identified by claim number 790 filed by Assignor with the Bankruptcy Court in respect of the foregoing claims.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to Assignee.

CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P.

By: _____
NAME: _____
TITLE: _____

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

By: *William P. McLoughlin*
NAME: William P. McLoughlin
TITLE: SVP