IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

------------------------------------------------------------------------x
: 
In re: : Chapter 11
:
GT ADVANCED TECHNOLOGIES INC., *et al.*, : Case No. 14-11916-HJB
:
Debtors. :
: Jointly Administered
------------------------------------------------------------------------x

**STATEMENT OF CITIGROUP FINANCIAL PRODUCTS INC. IN SUPPORT OF DEBTORS' MOTION, PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 363(b), AND 365 AND BANKRUPTCY RULE 9019, FOR ENTRY OF ORDER APPROVING TERMS OF, AND AUTHORIZING DEBTORS TO ENTER INTO, SETTLEMENT AGREEMENT WITH MEYER BURGER**

Citigroup Financial Products Inc. ("Citi"), a creditor in the above-captioned chapter 11 cases, by and through its undersigned attorneys, hereby submits this statement (the "Statement") in support of the Debtors' Motion, Pursuant to Bankruptcy Code Section 105, 363(b), and 365 and Bankruptcy Rule 9019, For Entry of Order Approving Terms of, and Authorizing Debtors to Enter into, Settlement Agreement with Meyer Burger (the "Motion"). In support of this Statement, Citi respectfully states as follows:

Citi directly owns general unsecured claims originally asserted by Meyer Burger (as defined below) against GTAT Corporation evidenced by proof of claim numbers 868, 871 and 884 (the "Claims"). On April 29, 2015, Citi and Meyer Burger AG ("MB AG"), Diamond Material Tech, Inc. ("DMT"), MBT Systems Ltd. ("MBT," and together with MB AG and DMT, "Meyer Burger") executed an Assignment of Claim Agreement pursuant to which Citi acquired all of Meyer Burger's rights, title and interest in, to the Claims. On the same date, Citi filed

notices and evidences of transfer of the Claims pursuant to Bankruptcy Rule 3001(e)(2). *See* Dkt. Nos. 1727, 1728, 1729.

For the reasons set forth in the Motion, Citi supports the Motion and the Court's entry of the proposed order.

Dated: May 22, 2015
       Concord, NH            By:   /s/ *Lisa Snow Wade*
                                   Lisa Snow Wade, Esq. (BNH #07261)
                                   ORR & RENO, P.A.
                                   45 South Main Street, P.O. Box 3550
                                   Concord, NH 03302-3550
                                   Telephone:  (603) 224-2381
                                   Facsimile:  (603) 223-9050

                                   -and-

                                   Raniero D'Aversa, Jr., Esq.
                                   Laura D. Metzger, Esq.
                                   ORRICK, HERRINGTON & SUTCLIFFE LLP
                                   51 West 52nd Street
                                   New York, New York 10019
                                   Telephone:  (212) 506-5000
                                   Facsimile:  (212) 506-5151

                                   *Co-Counsel for Citigroup Financial Products Inc.*