# EXHIBIT A

SUMMARY OF COMPENSATION BY TIMEKEEPER

| Name of Professional Individual | Position, Department, Year Obtained Relevant License to Practice | Hourly Rate | Total Hours Billed | Total Fees billed |
|---|---|---|---|---|
| Amanda Darwin | Partner; Business and Finance; Member of the MA Bar since 1986; Member of the TN Bar since 1985 | $ 875 | 0.60 | $ 525.00 |
| Richard Pedone | Partner; Business and Finance; Member of the MA Bar since 1995 | $ 795 | 0.40 | $ 318.00 |
| Richard Pedone | Partner; Business and Finance; Member of the MA Bar since 1995 | 397.50 (non-working travel) | - | |
| Daniel W. Sklar | Partner; Business and Finance; Member of the NH Bar since 1978; Member of the NY Bar since 2011 | $ 590 | 33.20 | $ 19,588.00 |
| Daniel W. Sklar | Partner; Business and Finance; Member of the NH Bar since 1978; Member of the NY Bar since 2011 | 295.00 (non-working travel) | - | |
| **PARTNERS** | | | **34.20** | **$ 20,431.00** |
| Holly Barcroft | Associate;Litigation; Member of the NH Bar since 2004; Member of the VT Bar since 2005; Member of the MA Bar Since 2013 | $ 375 | 42.30 | $ 15,862.50 |
| Holly Barcroft | Associate;Litigation; Member of the NH Bar since 2004; Member of the VT Bar since 2005; Member of the MA Bar Since 2013 | 187.50 (non-working travel) | - | |
| **ASSOCIATES** | | | **42.30** | **$ 15,862.50** |
| Brandi Collier | Paralegal | $ 195 | - | $ - |
| Jennifer LaMonday | Paralegal | $ 200 | 9.00 | $ 1,800.00 |
| Rachel Weiss | Parlegal | $ 185 | - | $ - |
| **PARAPROFESSIONALS** | | | **9.00** | **$ 1,800.00** |
| | | **TOTAL** | **85.50** | **$ 38,093.50** |
| | | **BLENDED HOURLY RATE** | | **$ 445.54** |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

*Bankruptcy Restructuring -- Matter No. 072359.000002*

*February 7 2015 through June 6, 2015*

| | U.S. Trustee Task Code and Project Category | Total all hours | Total Fees Billed |
|---|---|---|---|
| B110 | Case Administration | 22.40 | $7,293.00 |
| B111 | Schedules and Statements of Financial Affairs | - | $0.00 |
| B112 | General Creditor Inquiries | - | $0.00 |
| B113 | Pleadings Review | 20.90 | $12,030.00 |
| B120 | Asset Analysis and Recovery | - | $0.00 |
| B130 | Asset Disposition | 0.50 | $252.00 |
| B140 | Relief from Stay / Adequate Protection Proceedings | - | $0.00 |
| B150 | Meetings of and Communications with Creditors | - | $0.00 |
| B155 | Court Hearings | 24.40 | $10,719.50 |
| B160 | Employment / Fee Applications (Paul Hastings and Other Professionals) | 9.10 | $3,799.50 |
| B161 | Budgeting (Case) | - | $0.00 |
| B170 | Fee/Employment Objection | 3.30 | $1,237.50 |
| B185 | Assumption / Rejection of Leases and Contracts | 0.50 | $295.00 |
| B190 | Other Contested Matters | 0.40 | $236.00 |
| B191 | General Litigation | 0.40 | $150.00 |
| B195 | Non-Working Travel | - | $0.00 |
| B210 | Business Operations | 0.30 | $177.00 |
| B211 | Financial Reports (Monthly Operating Reports) | - | $0.00 |
| B220 | Employee Benefits / Pensions | - | $0.00 |
| B230 | Finanacing/Cash Collections | - | $0.00 |
| B240 | Tax Issues | 0.30 | $134.00 |
| B260 | Board of Directors Matters | - | $0.00 |
| B261 | Investigations | - | $0.00 |
| B310 | Claims Administration and Objections | 1.60 | $944.00 |
| B311 | Reclamation and PACA Claims | 1.40 | $826.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | - | $0.00 |
| | **TOTAL** | 85.50 | $38,093.50 |

### SUMMARY OF EXPENSES BY CATEGORY

| Category | Requested Expenses |
|---|---|
| Meals (while working on AMR matters) | $ - |
| Courier Service | $ 340.72 |
| Copy Service 261 Pages | $ 53.00 |
| Filing/Recording Fees | $ 60.00 |
| Obtain Precords Fees | $ 240.00 |
| Postage | $ - |
| In-house Reproduction Charges | $ - |
| Travel Expense - Parking/Mileage | $ 138.83 |
| Conference Expense - CourtConference | $ 600.00 |
| **TOTAL** | $ 1,432.55 |



**NIXON PEABODY**

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

FEDERAL I.D. NO. 16-0764720

100 Summer Street
Boston, MA 02110-2131
TEL: (617) 345-1000
FAX: (617) 345-1300

GT Advanced Technologies, Inc.
Hoil Kim, Esq. General Counsel
243 Daniel Webster Highway
Merrimack, NH 03054

March 17, 2015
Invoice No. 9645011
Account: 072359
Pedone, Richard C.
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through June 6, 2015, including:**

---

**MATTER NO.:   000002      GT ADVANCED TECHNOLOGIES**

For Professional Fees:

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 02/10/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 02/11/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 02/12/15 | H. Barcroft | Telephone conference with N. Vander Wal regarding outstanding conflict issues. Correspondence with R. Pedone regarding the same. | 0.40 | 375.00 | 150.00 |
| 02/12/15 | H. Barcroft | Telephone conference with D. Sklar regarding hearing before Judge Boroff in Manchester, NH. | 0.30 | 375.00 | 112.50 |
| 02/12/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 02/13/15 | H. Barcroft | E-mail correspondence with N. Vander Wal regarding outstanding conflict issues. | 0.20 | 375.00 | 75.00 |

Nixon Peabody LLP

Bill Number 9645011  Page 2

| 02/13/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
|----------|-------------|---|------|--------|--------|
| 02/17/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 02/19/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 02/20/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 02/23/15 | H. Barcroft | Review Local Rules of the Bankruptcy Court and the United States District Court regarding filing an election to have an appeal from the Bankruptcy Court heard by the United States District Court. Telephone conference with D. Sklar regarding the same. E-mail correspondence with L. Despins and C. Fong regarding the same. | 1.00 | 375.00 | 375.00 |
| 02/25/15 | H. Barcroft | E-mail correspondence with M. Cline and D. Sklar regarding appellate brief on KEIP/KERP ruling. | 0.30 | 375.00 | 112.50 |
| 02/25/15 | H. Barcroft | E-mail correspondence with C. Fong, et al., regarding motions seeking admission pro hac vice. | 0.30 | 375.00 | 112.50 |
| 02/25/15 | A. Darwin | Review FINRA correspondence and assign tasks regarding same. | 0.60 | 875.00 | 525.00 |
| | | **Case Administration totals:** | **4.50** | | **1,742.50** |

Nixon Peabody LLP
Bill Number 9645011   Page 3

**B113    Pleadings Review**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/09/15 | D. Sklar | Review current pleadings and objections. | 0.30 | 590.00 | 177.00 |
| 02/09/15 | D. Sklar | Review Motion for Expedited Hearing (#1238) and exhibits thereto. | 0.40 | 590.00 | 236.00 |
| 02/10/15 | D. Sklar | Review #1241 Supplement to Motion to Extend Exclusivity.  Telephone conference with Attorney DiPasquale regarding PW Company retention. | 0.10 | 590.00 | 59.00 |
| 02/10/15 | D. Sklar | Review Motion to Reconsider (#1257). | 1.80 | 590.00 | 1,062.00 |
| 02/11/15 | D. Sklar | Review Agenda for hearings scheduled for February 12, 2015 (#1258). | 0.10 | 590.00 | 59.00 |
| 02/11/15 | D. Sklar | Conference with H. Barcroft to discuss agenda. | 0.10 | 590.00 | 59.00 |
| 02/12/15 | D. Sklar | Review current pleadings and notices. | 0.30 | 590.00 | 177.00 |
| 02/13/15 | D. Sklar | Review current pleadings. | 0.20 | 590.00 | 118.00 |
| 02/17/15 | D. Sklar | Review current pleadings. | 0.20 | 590.00 | 118.00 |
| 02/19/15 | D. Sklar | Review 10th Notice of Contract Rejection. | 0.10 | 590.00 | 59.00 |
| 02/19/15 | D. Sklar | Review Turner Tooling Objection. | 0.20 | 590.00 | 118.00 |
| 02/19/15 | D. Sklar | Review Motion to Enforce regarding Steel-Pro. | 0.20 | 590.00 | 118.00 |
| 02/20/15 | D. Sklar | Review recent pleadings and transfer notices. | 0.10 | 590.00 | 59.00 |
| 02/23/15 | D. Sklar | Review current pleadings including #1311 - Notice of Appeal to District Court. | 0.30 | 590.00 | 177.00 |
| 02/23/15 | H. Barcroft | Review and analysis of Steel-Pro's motion to enforce order of the court regarding delivery of Steel-Pro cargo. | 0.40 | 375.00 | 150.00 |
| 02/24/15 | D. Sklar | Review Objection #1324 regarding Steel-Pro. | 0.30 | 590.00 | 177.00 |
| 02/25/15 | D. Sklar | Review current pleadings. | 0.20 | 590.00 | 118.00 |
| 02/25/15 | D. Sklar | Appeal.  Review Rule 8009(f) - record on appeal. | 0.20 | 590.00 | 118.00 |
| 02/25/15 | D. Sklar | Appeal. E-mails with H. Barcroft regarding documents under seal. | 0.10 | 590.00 | 59.00 |
| 02/25/15 | D. Sklar | Appeal. E-mails with L. Despins and J. Grogan regarding appearances. | 0.20 | 590.00 | 118.00 |

Nixon Peabody LLP

Bill Number 9645011    Page 4

| 02/26/15 | D. Sklar | E-mail with C. Fong regarding designation of record for appeal of KERP/KIEP Motion. | 0.20 | 590.00 | 118.00 |
|---|---|---|---|---|---|

| | | **Pleadings Review totals:** | **6.00** | | **$3,454.00** |
|---|---|---|---|---|---|

**B155    Court Hearings**

| 02/11/15 | H. Barcroft | Prepare for tomorrow's hearing before Judge Boroff. | 0.50 | 375.00 | 187.50 |
|---|---|---|---|---|---|
| 02/12/15 | D. Sklar | Telephone conference with H. Barcroft to review motion hearings. | 0.20 | 590.00 | 118.00 |
| 02/12/15 | H. Barcroft | Prepare for and attend hearing before Judge Boroff in Manchester, NH. | 3.00 | 375.00 | 1,125.00 |
| 02/12/15 | D. Sklar | Conference with H. Barcroft to review hearing results. | 0.10 | 590.00 | 59.00 |
| 02/23/15 | D. Sklar | Telephone conference with J. Grogan (.2) and telephone conference and e-mails with H. Barcroft concerning attendance at next motion hearing (.2). | 0.40 | 590.00 | 236.00 |
| 02/24/15 | D. Sklar | Telephone conference with H. Barcroft to prepare for Motion hearing. | 0.10 | 590.00 | 59.00 |
| 02/25/15 | H. Barcroft | Prepare for hearing on Steel-Pro's motion seeking to enforce compliance with court order. | 0.40 | 375.00 | 150.00 |
| 02/25/15 | D. Sklar | Telephone conference with H. Barcroft to prepare for pending motion hearing. | 0.20 | 590.00 | 118.00 |
| 02/26/15 | H. Barcroft | Travel to and from Springfield, Massachusetts to attend hearing before Judge Boroff. | 5.00 | 375.00 | 1,875.00 |
| 02/26/15 | H. Barcroft | Attend hearing on Steel-Pro's motion seeking to enforce compliance with court order. Pre-hearing and post-hearing conferences with counsel regarding the same. | 1.50 | 375.00 | 562.50 |

Nixon Peabody LLP
Bill Number 9645011    Page 5

| 02/27/15 | H. Barcroft | Telephone calls and e-mail correspondence with J. Grogan regarding proposed order following hearing of February 26, 2015. Finalize and file proposed order. | 0.70 | 375.00 | 262.50 |
|---|---|---|---|---|---|
| | | **Court Hearings totals:** | **12.10** | | **4,752.50** |

**B160    Fee/Employment Applications**

| 02/20/15 | D. Sklar | Review Eisner Amper monthly statement. | 0.10 | 590.00 | 59.00 |
|---|---|---|---|---|---|
| 02/24/15 | D. Sklar | | 0.10 | 590.00 | 59.00 |
| 02/25/15 | D. Sklar | Review Ropes & Gray fee application. | 0.10 | 590.00 | 59.00 |
| | | **Fee/Employment Applications totals:** | **0.30** | | **177.00** |

**B185    Assumption/Rejection of Leases and Contracts**

| 02/17/15 | D. Sklar | Telephone conference with R. Neilson regarding contract assumption and A/R purchase. | 0.20 | 590.00 | 118.00 |
|---|---|---|---|---|---|
| 02/25/15 | D. Sklar | E-mails from B. Anderson regarding Ryder truck lease. | 0.10 | 590.00 | 59.00 |
| 02/25/15 | D. Sklar | Review Ryder truck damage report. | 0.10 | 590.00 | 59.00 |
| | | **Assumption/Rejection of Leases and Contracts totals:** | **0.40** | | **236.00** |

**B190    Other Contested Matters (excluding assumption/rejection motions)**

| 02/23/15 | D. Sklar | E-mails with C. Fong and H. Barcroft. Telephone conference with H. Barcroft regarding Rules regarding appeal to District Court (.3). Review LBR8001 (.1). | 0.40 | 590.00 | 236.00 |
|---|---|---|---|---|---|
| | | **Other Contested Matters (excluding assumption/rejection motions) totals:** | **0.40** | | **236.00** |

**B210    Business Operations**

| 02/17/15 | D. Sklar | Telephone conference with R. Sanders regarding NHBR. | 0.20 | 590.00 | 118.00 |
|---|---|---|---|---|---|
| | | **Business Operations totals:** | **.20** | | **118.00** |

Nixon Peabody LLP
Bill Number 9645011    Page 6

**B310    Claims Administration Objections**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 02/10/15 | D. Sklar | Telephone conference with K. Jones - Montane Department of Revenue regarding claim. | 0.10 | 590.00 | 59.00 |
| 02/10/15 | D. Sklar | Review Section 366demand letters from National Grid | 0.10 | 590.00 | 59.00 |
| 02/25/15 | D. Sklar | E-mails with J. Grogan and H. Kim regarding GT Crystal claims. | 0.20 | 590.00 | 118.00 |

| | Claims Administration Objections totals: | | **0.40** | | **236.00** |

**B311    Reclamation and PACA Claims**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 02/24/15 | D. Sklar | Review e-mail from B. Anderson at Ryder Truck. | 0.10 | 590.00 | 59.00 |
| 02/24/15 | D. Sklar | Telephone conference with B. Gannon regarding Turner Manufacturing. | 0.20 | 590.00 | 118.00 |
| 02/24/15 | D. Sklar | Telephone conference with C. Fong regarding Turner Manufacturing. | 0.20 | 590.00 | 118.00 |
| 02/26/15 | D. Sklar | Review Steel-Pro Reclamation response. | 0.10 | 590.00 | 59.00 |
| 02/26/15 | D. Sklar | Review various replies to Reclamation Demands. | 0.30 | 590.00 | 177.00 |
| 02/26/15 | D. Sklar | Review e-mail from Attorney Holecek regarding Baikowski. | 0.10 | 590.00 | 59.00 |

| | Reclamation and PACA Claims totals: | | **1.00** | | **590.00** |

**B110    Case Administration**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 03/02/15 | H. Barcroft | E-mail correspondence with D. Sklar and R. Pedone regarding confidentiality agreements. | 0.30 | 375.00 | 112.50 |
| 03/05/15 | H. Barcroft | E-mail correspondence with N. Vander Wal and R. Pedone regarding updated conflicts analysis. | 0.30 | 375.00 | 112.50 |
| 03/09/15 | H. Barcroft | E-mail correspondence with M. Burrows regarding service of Supplemental Declaration of D. Fine. | 0.20 | 375.00 | 75.00 |
| 03/09/15 | H. Barcroft | E-mail correspondence with M. Cline regarding rules governing appellate brief page limits. | 0.20 | 375.00 | 75.00 |

Nixon Peabody LLP

| | | | | Bill Number 9645011 | Page 7 |
|---|---|---|---|---|---|
| 03/11/15 | H. Barcroft | Review correspondence from A. Bell regarding goods sold on behalf of the debtor. E-mail correspondence with J. Grogan regarding the same. | 0.30 | 375.00 | 112.50 |
| 03/11/15 | H. Barcroft | E-mail correspondence with N. Vander Wal regarding resolving outstanding conflict issues. | 0.30 | 375.00 | 112.50 |
| 03/13/15 | H. Barcroft | E-mail correspondence regarding Local Rules governing fee applications. | 0.30 | 375.00 | 112.50 |
| 03/16/15 | H. Barcroft | E-mail correspondence regarding preparation for next omnibus hearing. | 0.30 | 375.00 | 112.50 |
| 03/17/15 | H. Barcroft | Telephone conference with N. Vander Wal regarding resolving conflict of interest issues. | 0.30 | 375.00 | 112.50 |
| 03/17/15 | H. Barcroft | E-mail correspondence regarding preparation for tomorrow's omnibus hearing. | 0.30 | 375.00 | 112.50 |
| 03/18/15 | H. Barcroft | Telephone conference with A. Bongartz and e-mail correspondence regarding hand delivery of unredacted motion concerning specific key employee payment. | 0.30 | 375.00 | 112.50 |
| 03/18/15 | H. Barcroft | E-mail correspondence with R. Pedone and N. Vander Wal regarding clearing conflict issues. | 0.30 | 375.00 | 112.50 |
| 03/19/15 | H. Barcroft | Telephone call from M. McDonald regarding potential motion to compel to be filed on behalf of employee C. Fero. E-mail correspondence regarding the same. Review and analysis of draft motion. | 0.50 | 375.00 | 187.50 |
| 03/30/15 | H. Barcroft | E-mail correspondence with J. Grogan and D. Sklar regarding planning for April 2 hearing. | 0.30 | 375.00 | 112.50 |
| | | **Case Administration totals:** | **4.20** | | **1,575.00** |

Nixon Peabody LLP
Bill Number 9645011    Page 8

**B113    Pleadings Review**

| Date | Name | Description | | | |
|------|------|-------------|---|---|---|
| 03/02/15 | D. Sklar | E-mail with A. Bongartz regarding filing under seal. | 0.10 | 590.00 | 59.00 |
| 03/02/15 | H. Barcroft | Telephone conference with A. Bongartz regarding DIP motion.  E-mail correspondence with D. Sklar regarding the same. | 0.20 | 375.00 | 75.00 |
| 03/02/15 | D. Sklar | E-mail with H. Barcroft regarding DIP Loan Motion. | 0.10 | 590.00 | 59.00 |
| 03/02/15 | D. Sklar | Review current pleadings. | 0.20 | 590.00 | 118.00 |
| 03/03/15 | D. Sklar | CHAPTER 11:  Review Motion for Expedited Haring (#1378). | 0.10 | 590.00 | 59.00 |
| 03/03/15 | D. Sklar | CHAPTER 11:  Review DIP Loan Motion and Exhibits (#1377). | 0.80 | 590.00 | 472.00 |
| 03/03/15 | D. Sklar | CHAPTER 11:  Conference with D. Doyle regarding filing Motion under seal. | 0.20 | 590.00 | 118.00 |
| 03/03/15 | D. Sklar | CHAPTER 11:  Review Order #1383 regarding DIP Loan Work Fee. | 0.10 | 590.00 | 59.00 |
| 03/04/15 | D. Sklar | Telephone conference with L. Despin regarding pending motions. | 0.10 | 590.00 | 59.00 |
| 03/05/15 | H. Barcroft | Telephone call from A. Bongartz regarding additional redacted filing. | 0.20 | 375.00 | 75.00 |
| 03/05/15 | D. Sklar | E-mails with A. Bongartz regarding filing Motion Under Seal - DIP Loan Payment. | 0.20 | 590.00 | 118.00 |
| 03/06/15 | H. Barcroft | E-mail correspondence with M. Burrows regarding certificates of service. | 0.20 | 375.00 | 75.00 |
| 03/06/15 | D. Sklar | Work with D. Doyle to complete filing of DIP Loan Motion Under Seal. | 0.20 | 590.00 | 118.00 |

Nixon Peabody LLP

Bill Number 9645011    Page 9

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/06/15 | D. Sklar | Telephone conference with Clerk of Court regarding return of Debtors Motion for Order Approving Payment to TPG Specialty Lending, Inc. and Tao Finance 2, LLC of a Work Fee, Alternative Financing Fee and Certain Professional Expenses in Connection With Its Debtor in Possession Financing Commitment. | 0.10 | 590.00 | 59.00 |
| 03/11/15 | D. Sklar | Review current pleadings. | 0.30 | 590.00 | 177.00 |
| 03/12/15 | D. Sklar | Review Objection to Turner Motion (#1416). | 0.20 | 590.00 | 118.00 |
| 03/13/15 | D. Sklar | Review current pleadings. | 0.20 | 590.00 | 118.00 |
| 03/16/15 | D. Sklar | Review current pleadings (1437-1440). | 0.30 | 590.00 | 177.00 |
| 03/16/15 | D. Sklar | E-mails with J. Grogan regarding pending motions. | 0.10 | 590.00 | 59.00 |
| 03/17/15 | D. Sklar | Review Notice of Agenda for March 18, 2015 hearing date (.3). Review current pleadings and related matters (.2). | 0.50 | 590.00 | 295.00 |
| 03/18/15 | D. Sklar | E-mails with A. Bongartz regarding documents under seal. | 0.20 | 590.00 | 118.00 |
| 03/19/15 | D. Sklar | Review current pleadings and orders. | 0.20 | 590.00 | 118.00 |
| 03/20/15 | D. Sklar | Review current pleadings including #1487 to #1491. | 0.50 | 590.00 | 295.00 |
| 03/20/15 | D. Sklar | E-mails with J. Grogan and H. Barcroft to discuss single order versus individual orders for Interim Fee Applications. | 0.30 | 590.00 | 177.00 |
| 03/22/15 | D. Sklar | Review Orders regarding Steel Pro escrow and settlement (.2). E-mail to Attorney Marcus concerning release of escrow funds (.1). | 0.30 | 590.00 | 177.00 |
| 03/23/15 | D. Sklar | Review e-mails between J. Grogan and A. Helman (.2). Review Steel Pro's Motion to Enforce Settlement (.4). E-mails to A. Helman (.1). | 0.70 | 590.00 | 413.00 |

Nixon Peabody LLP
Bill Number 9645011    Page 10

| 03/23/15 | D. Sklar | Telephone conference and conference with H. Barcroft (.2). Review of Omnibus Notice of Fee Applications (.3). | 0.50 | 590.00 | 295.00 |
|---|---|---|---|---|---|
| 03/25/15 | D. Sklar | E-mails with co-counsel regarding objection date. | 0.20 | 590.00 | 118.00 |
| 03/25/15 | D. Sklar | Review current notices. | 0.10 | 590.00 | 59.00 |
| 03/30/15 | D. Sklar | Review Motion to Approve Furnace sale. | 0.50 | 590.00 | 295.00 |
| 03/30/15 | D. Sklar | Review Motion to File Under Seal. | 0.20 | 590.00 | 118.00 |
| | | **Pleadings Review totals:** | **8.10** | | **4,650.00** |

**B155    Court Hearings**

| 03/11/15 | D. Sklar | E-mails with J. Grogan regarding March 18th hearings. | 0.10 | 590.00 | 59.00 |
|---|---|---|---|---|---|
| 03/11/15 | H. Barcroft | Conference with D. Sklar regarding upcoming omnibus hearing. | 0.30 | 375.00 | 112.50 |
| 03/18/15 | D. Sklar | Attend motion hearing. | 0.80 | 590.00 | 472.00 |
| 03/18/15 | H. Barcroft | Prepare for and attend telephonically omnibus hearing before Judge Boroff. | 4.00 | 375.00 | 1,500.00 |
| | | **Court Hearings totals:** | **5.20** | | **2,143.50** |

**B160    Fee/Employment Applications**

| 03/02/15 | D. Sklar | Review January fee applications. | 0.10 | 590.00 | 59.00 |
|---|---|---|---|---|---|
| 03/13/15 | H. Barcroft | E-mail correspondence regarding preparation and filing of first interim fee application. | 0.40 | 375.00 | 150.00 |
| 03/13/15 | D. Sklar | E-mails with B. Collier and H. Barcroft concerning first interim fee application. | 0.20 | 590.00 | 118.00 |
| 03/18/15 | D. Sklar | Review First Interim Fee Application. | 0.60 | 590.00 | 354.00 |
| 03/19/15 | H. Barcroft | Telephone call to M. Shambo regarding hearing date for first interim fee applications. E-mail correspondence regarding the same. | 0.30 | 375.00 | 112.50 |

Nixon Peabody LLP
Bill Number 9645011    Page 11

| 03/20/15 | H. Barcroft | E-mail correspondence with D. Sklar, J. Grogan, and J. Raviele regarding first interim fee applications. | 0.50 | 375.00 | 187.50 |
|---|---|---|---|---|---|
| 03/20/15 | H. Barcroft | Begin work on first interim fee application; e-mail correspondence regarding the same. | 1.00 | 375.00 | 375.00 |
| 03/23/15 | H. Barcroft | Telephone calls from and e-mail correspondence with various counsel regarding fee applications due today. | 0.50 | 375.00 | 187.50 |
| 03/23/15 | H. Barcroft | Review all fee applications filed in order to begin drafting debtors' notice regarding all fee applications to be heard on April 16, 2015. | 1.00 | 375.00 | 375.00 |
| 03/24/15 | H. Barcroft | Telephone call from J. Carr regarding objection deadline for fee applications. | 0.20 | 375.00 | 75.00 |
| 03/24/15 | H. Barcroft | Telephone call from W. Gannon regarding fee applications. | 0.20 | 375.00 | 75.00 |

| | **Fee/Employment Applications totals:** | **5.00** | | **2,068.50** |
|---|---|---|---|---|

**B170    Fee/Employment Objections**

| 03/22/15 | H. Barcroft | Review and revise first interim application for fees and expenses. | 0.50 | 375.00 | 187.50 |
|---|---|---|---|---|---|
| 03/24/15 | H. Barcroft | Continue to draft debtors' notice regarding all fee applications to be heard on April 16, 2015. Telephone calls and e-mail correspondence with A. Bongartz and J. Raviele regarding the same. | 2.00 | 375.00 | 750.00 |
| 03/25/15 | H. Barcroft | E-mail correspondence regarding deadline for filing objections to first interim fee applications. Telephone call from D. Sklar regarding the same. | 0.50 | 375.00 | 187.50 |

Nixon Peabody LLP
Bill Number 9645011   Page 12

| 03/26/15 | H. Barcroft | Telephone call from C. Powell regarding objection deadline for first interim fee applications and required notice of hearing. Telephone conference with D. Sklar regarding the same. | 0.30 | 375.00 | 112.50 |
|---|---|---|---|---|---|
| | | **Fee/Employment Objections totals:** | **3.30** | | **1,237.50** |

**B311    Reclamation and PACA Claims**

| 03/02/15 | D. Sklar | Review Reply of AGP Tech to Reclamation demand. | 0.20 | 590.00 | 118.00 |
|---|---|---|---|---|---|
| 03/04/15 | D. Sklar | Review letter from Attorney Schrader regarding United Rentals Reclamation demand. | 0.20 | 590.00 | 118.00 |
| | | **Reclamation and PACA Claims totals:** | **0.40** | | **236.00** |

**B110    Case Administration**

| 04/01/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
|---|---|---|---|---|---|
| 04/02/15 | H. Barcroft | Finalize Supplemental Declaration by R. Pedone disclosing all conflict parties. E-mail correspondence regarding the same. | 1.00 | 375.00 | 375.00 |
| 04/02/15 | R. Pedone | Review issues related to revised disclosure and NP fee applications. | 0.40 | 795.00 | 318.00 |
| 04/02/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 04/03/15 | H. Barcroft | Finalize Supplemental Declaration by R. Pedone disclosing all conflict parties. E-mail correspondence and telephone conference with N. Vander Wal regarding the same. | 0.50 | 375.00 | 187.50 |
| 04/03/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 04/06/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |

Nixon Peabody LLP
Bill Number 9645011    Page 13

| | | | | | |
|---|---|---|---|---|---|
| 04/07/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 04/08/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 04/09/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 04/10/15 | H. Barcroft | E-mail correspondence regarding July omnibus hearing date. | 0.20 | 375.00 | 75.00 |
| 04/10/15 | H. Barcroft | Continue to finalize Supplemental Declaration by R. Pedone disclosing all conflict parties. E-mail correspondence and telephone conference with N. Vander Wal regarding the same. | 0.50 | 375.00 | 187.50 |
| 04/10/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 04/13/15 | H. Barcroft | Continue to finalize Supplemental Declaration by R. Pedone disclosing all conflict parties. | 0.30 | 375.00 | 112.50 |
| 04/13/15 | H. Barcroft | E-mail correspondence with J. Grogan and M. Shambo regarding telephonic appearances at Thursday's hearing. | 0.20 | 375.00 | 75.00 |
| 04/13/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 04/14/15 | H. Barcroft | E-mail correspondence with J. Grogan and M. Shambo regarding telephonic appearances at this week's hearing. | 0.20 | 375.00 | 75.00 |
| 04/14/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 04/15/15 | H. Barcroft | E-mail correspondence with M. Shambo and J. Grogan regarding telephonic appearances at hearing. | 0.20 | 375.00 | 75.00 |

Nixon Peabody LLP
Bill Number 9645011    Page 14

| 04/16/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
|---|---|---|---|---|---|
| 04/17/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 04/20/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 04/21/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 04/23/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 04/24/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 04/27/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 04/28/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 04/29/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 04/29/15 | H. Barcroft | Review executed waiver letter from Praxair. Finalize second supplemental declaration of R. Pedone for filing with the court. E-mail correspondence with R. Pedone and D. Sklar regarding the same. | 0.40 | 375.00 | 150.00 |
| 04/30/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| | | **Case Administration totals:** | **7.90** | | **2,430.50** |

Nixon Peabody LLP
Bill Number 9645011   Page 15

**B113   Pleadings Review**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/15 | D. Sklar | Review current Notices and pleadings. | 0.20 | 590.00 | 118.00 |
| 04/02/15 | D. Sklar | Review current orders and Notices (.2). Review Motion regarding sale of ASF furnaces (.2). Review Settlement Motion (#1577) (.3). | 0.70 | 590.00 | 413.00 |
| 04/03/15 | D. Sklar | Review current pleadings and Relief Motions. | 0.10 | 590.00 | 59.00 |
| 04/03/15 | D. Sklar | Review solicitation order #1577. | 0.20 | 590.00 | 118.00 |
| 04/06/15 | D. Sklar | Review current pleadings and notices. | 0.20 | 590.00 | 118.00 |
| 04/08/15 | D. Sklar | Review (1618) Debtor's Statement of Position. | 0.20 | 590.00 | 118.00 |
| 04/08/15 | D. Sklar | Review (1622) Citigroup's Objection to Furnace Sale. | 0.30 | 590.00 | 177.00 |
| 04/09/15 | D. Sklar | Review Debtor Objections #1634. | 0.40 | 590.00 | 236.00 |
| 04/13/15 | D. Sklar | Review Notice of Proposed Transaction (#1647). | 0.40 | 590.00 | 236.00 |
| 04/13/15 | D. Sklar | Review current Motions and Notices. | 0.20 | 590.00 | 118.00 |
| 04/14/15 | D. Sklar | Review Objection to Motion for Relief (#1655). | 0.20 | 590.00 | 118.00 |
| 04/15/15 | D. Sklar | Review Agenda for April 16th hearings. | 0.20 | 590.00 | 118.00 |
| 04/22/15 | D. Sklar | Review current pleadings and notices. | 0.10 | 590.00 | 59.00 |
| 04/23/15 | D. Sklar | Review recent pleadings and orders. | 0.20 | 590.00 | 118.00 |
| 04/29/15 | D. Sklar | Review current pleadings and notices. | 0.20 | 590.00 | 118.00 |
| | | **Pleadings Review totals:** | **3.80** | | **2,242.00** |

Nixon Peabody LLP
Bill Number 9645011    Page 16

**B130    Asset Disposition**

| | | | | | |
|---|---|---|---|---|---|
| 04/07/15 | D. Sklar | E-mail from Attorney Montgomery regarding SAP software license agreements and proposed equipment sale. | 0.10 | 590.00 | 59.00 |
| 04/23/15 | H. Barcroft | E-mail correspondence regarding inquiry from Sierra Auction Management, Inc. | 0.20 | 375.00 | 75.00 |

| | | | |
|---|---|---|---|
| **Asset Disposition totals:** | **0.30** | | **134.00** |

**B155    Court Hearings**

| | | | | | |
|---|---|---|---|---|---|
| 04/02/15 | H. Barcroft | Prepare for and attend telephonic hearing before Judge Boroff. | 1.50 | 375.00 | 562.50 |
| 04/08/15 | H. Barcroft | Correspondence with M. Shambo regarding July omnibus hearing date. | 0.20 | 375.00 | 75.00 |
| 04/08/15 | D. Sklar | Attend hearing on Motion to Approve Furnace Sale (1544). | 1.10 | 590.00 | 649.00 |
| 04/15/15 | D. Sklar | E-mails with J. Grogan. | 0.10 | 590.00 | 59.00 |
| 04/16/15 | D. Sklar | Conference with J. Grogan to prepare for motion hearings. | 0.20 | 590.00 | 118.00 |
| 04/16/15 | D. Sklar | Attend hearings on various motions. | 2.40 | 590.00 | 1,416.00 |

| | | | |
|---|---|---|---|
| **Court Hearings totals:** | **5.50** | | **2,879.50** |

**B160    Fee/Employment Applications**

| | | | | | |
|---|---|---|---|---|---|
| 04/01/15 | H. Barcroft | Research and draft Declaration by D. Sklar in order to address concerns raised by G. Karonis with respect to Nixon Peabody's first interim fee application. E-mail correspondence regarding the same. | 1.30 | 375.00 | 487.50 |

Nixon Peabody LLP
Bill Number 9645011    Page 17

| 04/02/15 | H. Barcroft | Continue to research and draft Declaration by D. Sklar in order to address concerns raised by G. Karonis with respect to Nixon Peabody's first interim fee application. E-mail correspondence regarding the same. Conferences with C. Carlin and D. Sklar regarding the same. | 1.00 | 375.00 | 375.00 |
|---|---|---|---|---|---|
| 04/03/15 | H. Barcroft | Continued work on Declaration by D. Sklar in order to address concerns raised by G. Karonis with respect to Nixon Peabody's first interim fee application. | 0.30 | 375.00 | 112.50 |
| 04/06/15 | H. Barcroft | Telephone call to A. Dirsa regarding status of review of first interim fee application. E-mail correspondence regarding the same. | 0.30 | 375.00 | 112.50 |
| 04/10/15 | H. Barcroft | Review omnibus response filed by U.S. Trustee regarding first interim fee applications. | 0.30 | 375.00 | 112.50 |

| **Fee/Employment Applications totals:** | **3.20** | | **1,200.00** |
|---|---|---|---|

**B185    Assumption/Rejection of Leases and Contracts**

| 04/09/15 | D. Sklar | Review e-mails between H. Barcroft and Attorney McDonald. | 0.10 | 590.00 | 59.00 |
|---|---|---|---|---|---|

| **Assumption/Rejection of Leases and Contracts totals:** | **0.10** | | **59.00** |
|---|---|---|---|

**B191    General Litigation**

| 04/09/15 | H. Barcroft | E-mail correspondence with J. Grogan, R. Winter, and M. McDonald regarding withdrawal of motion filed on behalf of employee C. Fero. | 0.40 | 375.00 | 150.00 |
|---|---|---|---|---|---|

| **General Litigation totals:** | **0.40** | | **150.00** |
|---|---|---|---|

Nixon Peabody LLP
Bill Number 9645011    Page 18

**B210    Business Operations**

| | | | | | |
|---|---|---|---|---|---|
| 04/01/15 | D. Sklar | Telephone conference with T. Pencore at Wells Fargo Securities. | 0.10 | 590.00 | 59.00 |
| | | **Business Operations totals:** | **0.10** | | **59.00** |

**B240    Tax Issues**

| | | | | | |
|---|---|---|---|---|---|
| 04/22/15 | H. Barcroft | E-mail correspondence with L. Despins and J. Grogan regarding post-petition claim asserted by the MA DOR regarding sales tax liability. | 0.20 | 375.00 | 75.00 |
| 04/22/15 | D. Sklar | Review letter from Massachusetts DOR regarding sales tax due. | 0.10 | 590.00 | 59.00 |
| | | **Tax Issues totals:** | **0.30** | | **134.00** |

**B310    Claims Administration Objections**

| | | | | | |
|---|---|---|---|---|---|
| 04/17/15 | D. Sklar | E-mails with Attorney Despins regarding Tuner Tooling. | 0.10 | 590.00 | 59.00 |
| 04/17/15 | D. Sklar | E-mails with Attorney Gannon regarding Turner Tooling. | 0.10 | 590.00 | 59.00 |
| 04/21/15 | D. Sklar | Telephone conference with Attorney Gannon regarding Turner settlement. | 0.20 | 590.00 | 118.00 |
| | | **Claims Administration Objections totals:** | **0.40** | | **236.00** |

**B110    Case Administration**

| | | | | | |
|---|---|---|---|---|---|
| 05/01/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 05/04/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 05/07/15 | H. Barcroft | E-mail correspondence with D. Sklar and M. Cline regarding deadline for filing a reply brief. | 0.30 | 375.00 | 112.50 |
| 05/07/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 05/08/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |

| 05/11/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
|---|---|---|---|---|---|
| 05/12/15 | H. Barcroft | Telephone conference with R. Pedone regarding second supplemental declaration by R. Pedone. Finalize and file the same. | 0.30 | 375.00 | 112.50 |
| 05/12/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 05/13/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 05/14/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 05/15/15 | H. Barcroft | Review Third Amended Appointment of an Official Committee of Unsecured Creditors. | 0.20 | 375.00 | 75.00 |
| 05/15/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 05/18/15 | H. Barcroft | E-mail correspondence regarding conflicts checks on additional parties in interest. | 0.30 | 375.00 | 112.50 |
| 05/18/15 | H. Barcroft | Review letter from fee examiner. E-mail correspondence with D. Sklar and C. Carlin regarding response to the same. | 0.30 | 375.00 | 112.50 |
| 05/19/15 | H. Barcroft | E-mail correspondence regarding conflicts checks on additional parties in interest. | 0.20 | 375.00 | 75.00 |
| 05/20/15 | H. Barcroft | E-mail correspondence with fee examiner J. McMahon regarding points of contact at Nixon Peabody. | 0.20 | 375.00 | 75.00 |
| 05/26/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 05/27/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |

Nixon Peabody LLP
Bill Number 9645011    Page 20

| 05/28/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
|---|---|---|---|---|---|
| 05/29/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| | | **Case Administration totals:** | **4.40** | | **1,195.00** |
| **B113** | **Pleadings Review** | | | | |
| 05/01/15 | D. Sklar | Review current pleadings and orders. | 0.20 | 590.00 | 118.00 |
| 05/01/15 | D. Sklar | Review Rejection Notices (#1742). | 0.10 | 590.00 | 59.00 |
| 05/05/15 | D. Sklar | Review current pleadings. | 0.20 | 590.00 | 118.00 |
| 05/06/15 | H. Barcroft | Review and analysis of motion to appoint a fee examiner filed by the U.S. Trustee. | 0.40 | 375.00 | 150.00 |
| 05/06/15 | D. Sklar | Review Motion for Fee Examiner (Dkt. No. 1762). | 0.30 | 590.00 | 177.00 |
| 05/06/15 | D. Sklar | Review current pleadings and notices. | 0.20 | 590.00 | 118.00 |
| 05/07/15 | D. Sklar | Review recent pleadings. | 0.20 | 590.00 | 118.00 |
| 05/08/15 | D. Sklar | Review current pleadings and claim transfers. | 0.20 | 590.00 | 118.00 |
| 05/08/15 | D. Sklar | Review letter from Attorney Winning regarding Fee Examiner. | 0.20 | 590.00 | 118.00 |
| 05/13/15 | D. Sklar | Review current pleadings. | 0.20 | 590.00 | 118.00 |
| 05/14/15 | D. Sklar | Review current pleadings and notices. | 0.20 | 590.00 | 118.00 |
| 05/18/15 | D. Sklar | Review Order Appointing Fee Examiner. | 0.20 | 590.00 | 118.00 |
| 05/26/15 | D. Sklar | Review procedural e-mail from court clerk regarding hearing agenda. | 0.10 | 590.00 | 59.00 |
| | | **Pleadings Review totals:** | **2.70** | | **1,507.00** |
| **B130** | **Asset Disposition** | | | | |
| 05/29/15 | D. Sklar | Telephone conference with Attorney Grogan regarding sale of equipment to auctioneer and Rule 6004-1. | 0.20 | 590.00 | 118.00 |
| | | **Asset Disposition totals:** | **0.20** | | **118.00** |

Nixon Peabody LLP
Bill Number 9645011     Page 21

| **B155** | **Court Hearings** | | | | |
|---|---|---|---|---|---|
| 05/05/15 | D. Sklar | Telephone conference with H. Barcroft to prepare for hearings on May 12, 2015. | 0.10 | 590.00 | 59.00 |
| 05/07/15 | D. Sklar | E-mail with J. Grogan regarding hearing coverage. | 0.10 | 590.00 | 59.00 |
| 05/12/15 | D. Sklar | Review Agenda and Motions for hearing (.4). Attend omnibus motion hearing telephonically (.7). Review Orders entered this date (.3). | 1.40 | 590.00 | 826.00 |
| | | **Court Hearings totals:** | **1.60** | | **944.00** |

| **B160** | **Fee/Employment Applications** | | | | |
|---|---|---|---|---|---|
| 05/18/15 | D. Sklar | Letter from Fee Examiner. | 0.30 | 590.00 | 177.00 |
| 05/18/15 | D. Sklar | E-mails to billing department and to H. Barcroft. | 0.30 | 590.00 | 177.00 |
| | | **Fee/Employment Applications totals:** | **0.60** | | **354.00** |

| **B310** | **Claims Administration Objections** | | | | |
|---|---|---|---|---|---|
| 05/20/15 | D. Sklar | E-mail from Massachusetts Department of Revenue. | 0.10 | 590.00 | 59.00 |
| 05/20/15 | D. Sklar | E-mails from J. Grogan regarding Massachusetts Department of Revenue. | 0.10 | 590.00 | 59.00 |
| | | **Claims Administration Objections totals:** | **0.20** | | **118.00** |

| **B110** | **Case Administration** | | | | |
|---|---|---|---|---|---|
| 06/01/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 06/02/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 06/03/15 | H. Barcroft | Review and analysis of second motion to extend exclusivity period. | 0.40 | 375.00 | 150.00 |
| 06/03/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
| 06/04/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |

Nixon Peabody LLP
Bill Number 9645011    Page 22

| 06/05/15 | J. LaMonday | Reviewed and analyzed court mail. Docketed date(s) to the litigation calendar. | 0.20 | 200.00 | 40.00 |
|---|---|---|---|---|---|
| | | **Case Administration totals:** | **1.40** | | **350.00** |

**B113** **Pleadings Review**

| 06/03/15 | D. Sklar | Review Fee Examiner Motions to Engage. | 0.20 | 590.00 | 118.00 |
|---|---|---|---|---|---|
| 06/03/15 | D. Sklar | Review hearing notices. | 0.10 | 590.00 | 59.00 |
| | | **Pleadings Review totals:** | **0.30** | | **177.00** |

**B310** **Claims Administration Objections**

| 06/02/15 | D. Sklar | Telephone conference with Attorney Leonette regarding Dow trade secret claim (.2). Review letter from Attorney Leonette (.1). E-mail to H. Kim regarding same (.3). | 0.60 | 590.00 | 354.00 |
|---|---|---|---|---|---|
| | | **Claims Administration Objections totals:** | **0.60** | | **354.00** |
| | | **FeesTotals:** | **85.50** | | **38,093.50** |

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| A. Darwin | Partners | .60 | 875.00 | 525.00 |
| R. Pedone | Patrners | .40 | 795.00 | 318.00 |
| D. Sklar | Partners | 33.20 | 590.00 | 19,588.00 |
| H. Barcroft | Associates | 42.30 | 375.00 | 15,862.50 |
| J. LaMonday | Legal Assistant | 9.00 | 200.00 | 1,800.00 |
| | **Total all attorneys:** | **85.50** | | **38,093.50** |

**For Charges and Disbursements:**

| Date | Description | Amount |
|------|-------------|-------:|
| 02/10/15 | VENDOR: Clerk; INVOICE#: DWS021015; DATE: 2/10/2015 - Cost to obtain a copy of audio CD of hearing on 2/5/15. | 30.00 |
| 02/13/15 | VENDOR: Clerk; INVOICE#: HJB021315; DATE: 2/13/2015 - Cost of copy of audio CD for 2/12/15 GTAT Hearing. | 30.00 |
| 02/13/15 | Federal Express; Invoice 294841359; Airbill 772911176052; Date 02/13/2015; Shipped by Colleen Carlin to Paul Hastings LLP Christopher Fong 75 E. 55th Street, First Floor NEW YORK NY 10022 US | 10.08 |
| 02/24/15 | Federal Express; Invoice 295573489; Airbill 772983423104; Date 02/24/2015; Shipped by Colleen Carlin to Kurtzman Carson Consultants Alvaro Salas, Jr. 2335 Alaska Avenue EL SEGUNDO CA 90245 US | 14.91 |
| 02/26/15 | VENDOR: Kilibarda, Holly; INVOICE#: 0770226303021605; DATE: 3/2/15 - ||Mileage: Attend hearing in Springfield, MA; Feb 26, 2015, Holly Barcroft | 138.83 |
| 02/11/15 | VENDOR: Commercial Card Services (wire); INVOICE#: GIBSON022715; DATE: 2/27/15 - Gibson purchasing card expense February 2015 - CourtCall: Conference Call | 163.00 |
| 02/11/15 | VENDOR: Commercial Card Services (wire); INVOICE#: GIBSON022715; DATE: 2/27/15 - Gibson purchasing card expense February 2015 - CourtCall: Conference Call | 198.00 |
| 03/18/15 | Photocopy | 0.20 |
| 03/18/15 | Photocopy | 21.60 |
| 03/18/15 | Federal Express; Invoice 297798189; Airbill 773159139333; Date 03/18/2015; Shipped by Colleen Carlin to GT Advanced Technologies, Inc. Hoil Kim 243 Daniel Webster Highway MERRIMACK NH 03054 US | 8.28 |
| 03/18/15 | Federal Express; Invoice 297798189; Airbill 773159189176; Date 03/18/2015; Shipped by Colleen Carlin to Paul Hastings LLP Luc A. Despins 75 E. 55th Street, First Floor NEW YORK NY 10022 US | 9.89 |
| 03/18/15 | Federal Express; Invoice 297798189; Airbill 773159221264; Date 03/18/2015; Shipped by Colleen Carlin to Paul Hastings LLP James T. Grogan 600 Travis Street HOUSTON TX 77002 US | 13.99 |
| 03/18/15 | Federal Express; Invoice 297798189; Airbill 773159250179; Date 03/18/2015; Shipped by Colleen Carlin to Kelley Drye & Warren LLP James S. Carr 101 Park Avenue NEW YORK NY 10178 US | 9.89 |
| 03/18/15 | Federal Express; Invoice 297798189; Airbill 773159269111; Date 03/18/2015; Shipped by Colleen Carlin to Kelley Drye & Warren LLP Jason R. Adams 101 Park Avenue NEW YORK NY 10178 US | 9.89 |

| | | |
|---|---|---|
| 03/18/15 | Federal Express; Invoice 297798189; Airbill 773159314850; Date 03/18/2015; Shipped by Colleen Carlin to Office of the United States Tr Geraldine L. Karonis 1000 Elm Street  MANCHESTER NH 03101 US | 8.28 |
| 03/20/15 | Photocopy | 3.00 |
| 03/20/15 | Federal Express; Invoice 298526909; Airbill 773178720944; Date 03/20/2015; Shipped by Colleen Carlin to GT Advanced Technologies, Inc. Hoil Kim 243 Daniel Webster Highway MERRIMACK NH 03054 US | 8.28 |
| 03/20/15 | Federal Express; Invoice 298526909; Airbill 773178749461; Date 03/20/2015; Shipped by Colleen Carlin to Paul Hastings LLP Luc A. Despins 75 E. 55th Street, First Floor  NEW YORK NY 10022 US | 9.89 |
| 03/20/15 | Federal Express; Invoice 298526909; Airbill 773178789535; Date 03/20/2015; Shipped by Colleen Carlin to Paul Hastings LLP James T. Grogan 600 Travis Street  HOUSTON TX 77002 US | 13.99 |
| 03/20/15 | Federal Express; Invoice 298526909; Airbill 773178804712; Date 03/20/2015; Shipped by Colleen Carlin to Kelley Drye & Warren LLP James S. Carr 101 Park Avenue  NEW YORK NY 10178 US | 9.89 |
| 03/20/15 | Federal Express; Invoice 298526909; Airbill 773178819965; Date 03/20/2015; Shipped by Colleen Carlin to Kelley Drye & Warren LLP Jason R. Adams 101 Park Avenue  NEW YORK NY 10178 US | 9.89 |
| 03/20/15 | Federal Express; Invoice 298526909; Airbill 773178852346; Date 03/20/2015; Shipped by Colleen Carlin to Office of the United States Tr Geraldine L. Karonis 1000 Elm Street  MANCHESTER NH 03101 US | 8.28 |
| 03/26/15 | VENDOR: Commercial Card Services (wire); INVOICE#: GIBSON033115; DATE: 3/31/15 -  Gibson purchasing card expense - March 2015 -- CourtCall LLC | 107.00 |
| 04/06/15 | VENDOR: Clerk; INVOICE#: DWS04062015; DATE: 4/6/2015 - Cost of filing fee for Motion to Sell Property Free and Clear of Liens (1584) | 176.00 |
| 04/06/15 | VENDOR: Cascade Hills Transcription Inc; INVOICE#: DWS04062015; DATE: 4/6/2015 - Payment for copy of March 18, 2015 hearing transcript. | 64.00 |
| 04/07/15 | Photocopy | 0.60 |
| 04/07/15 | Federal Express; Invoice 299994514; Airbill 773307869035; Date 04/07/2015; Shipped by Colleen Carlin to Cascade Hills Transcription In xxxxxx 8095 Darling Street SE  SALEM OR 97317 US | 18.54 |
| 04/08/15 | Federal Express; Invoice 299994514; Airbill 773322856826; Date 04/08/2015; Shipped by Colleen Carlin to Kurtzman Carson Consultants Alvaro Salas, Jr. 2335 Alaska Avenue  EL SEGUNDO CA 90245 US | 14.91 |
| 04/28/15 | Photocopy | 2.40 |

Nixon Peabody LLP

Bill Number 9645011    Page 25

| | | |
|---|---|---:|
| 04/28/15 | Federal Express; Invoice 502184819; Airbill 773477607545; Date 04/28/2015; Shipped by Colleen Carlin to GT Advanced Technologies, Inc. Hoil Kim 243 Daniel Webster Highway MERRIMACK NH 03054 US | 8.45 |
| 04/28/15 | Federal Express; Invoice 502184819; Airbill 773477640474; Date 04/28/2015; Shipped by Colleen Carlin to Paul Hastings LLP Luc A. Despins 75 E. 55th Street, First Floor NEW YORK NY 10022 US | 10.08 |
| 04/28/15 | Federal Express; Invoice 502184819; Airbill 773477656521; Date 04/28/2015; Shipped by Colleen Carlin to Paul Hastings LLP James T. Grogan 600 Travis Street HOUSTON TX 77002 US | 14.26 |
| 04/28/15 | Federal Express; Invoice 502184819; Airbill 773477671820; Date 04/28/2015; Shipped by Colleen Carlin to Kelley Drye & Warren LLP James S. Carr 101 Park Avenue NEW YORK NY 10178 US | 10.08 |
| 04/28/15 | Federal Express; Invoice 502184819; Airbill 773477689795; Date 04/28/2015; Shipped by Colleen Carlin to Kelley Drye & Warren LLP Jason R. Adams 101 Park Avenue NEW YORK NY 10178 US | 10.08 |
| 04/28/15 | Federal Express; Invoice 502184819; Airbill 773477705383; Date 04/28/2015; Shipped by Colleen Carlin to Office of the United States Tr Geraldine L. Karonis 1000 Elm Street MANCHESTER NH 03101 US | 8.45 |
| 04/08/15 | VENDOR: Commercial Card Services (wire); INVOICE#: GIBSON043015; DATE: 4/30/15 - Gibson purchasing card expense - April 2015 -- CourtCall | 51.00 |
| 04/13/15 | VENDOR: Commercial Card Services (wire); INVOICE#: GIBSON043015; DATE: 4/30/15 - Gibson purchasing card expense - April 2015 -- CourtCall | 44.00 |
| 05/01/15 | Federal Express; Invoice 502933347; Airbill 773507572782; Date 05/01/2015; Shipped by Colleen Carlin to Kurtzman Carson Consultants Alvaro Salas, Jr. 2335 Alaska Avenue EL SEGUNDO CA 90245 US | 14.91 |
| 05/16/15 | Federal Express; Invoice 504417571; Airbill 773614817288; Date 05/16/2015; Shipped by Colleen Carlin to Kurtzman Carson Consultants Alvaro Salas, Jr. 2335 Alaska Avenue EL SEGUNDO CA 90245 US | 14.77 |
| 05/29/15 | Photocopy | 22.40 |
| 05/29/15 | Photocopy | 2.80 |
| 05/30/15 | Federal Express; Invoice 505809157; Airbill 773714563796; Date 05/30/2015; Shipped by Colleen Carlin to GT Advanced Technologies, Inc. Hoil Kim 243 Daniel Webster Highway MERRIMACK NH 03054 US | 8.36 |
| 05/30/15 | Federal Express; Invoice 505809157; Airbill 773714590182; Date 05/30/2015; Shipped by Colleen Carlin to Paul Hastings LLP Luc A. Despins 75 E. 55th Street, First Floor NEW YORK NY 10022 US | 9.98 |

Nixon Peabody LLP
Bill Number 9645011    Page 26

| | | |
|---|---|---:|
| 05/30/15 | Federal Express; Invoice 505809157; Airbill 773714605395; Date 05/30/2015; Shipped by Colleen Carlin to Paul Hastings LLP James T. Grogan 600 Travis Street  HOUSTON TX 77002 US | 14.12 |
| 05/30/15 | Federal Express; Invoice 505809157; Airbill 773714621612; Date 05/30/2015; Shipped by Colleen Carlin to Kelley Drye & Warren LLP James S. Carr 101 Park Avenue  NEW YORK NY 10178 US | 9.98 |
| 05/30/15 | Federal Express; Invoice 505809157; Airbill 773714633800; Date 05/30/2015; Shipped by Colleen Carlin to Kelley Drye & Warren LLP Jason R. Adams 101 Park Avenue  NEW YORK NY 10178 US | 9.98 |
| 05/30/15 | Federal Express; Invoice 505809157; Airbill 773714769767; Date 05/30/2015; Shipped by Colleen Carlin to Office of the United States Tr Geraldine L. Karonis 1000 Elm Street  MANCHESTER NH 03101 US | 8.36 |
| 05/30/15 | Federal Express; Invoice 505809157; Airbill 773714907617; Date 05/30/2015; Shipped by Colleen Carlin to Ciardi Ciardi & Astin Joseph J. McMahon, Jr., Esq. 1204 N. King Street  WILMINGTON DE 19801 US | 9.98 |
| 05/19/15 | VENDOR: Commercial Card Services (wire); INVOICE#: GIBSON052915; DATE: 5/29/15 -  Gibson purchasing card expense - May 2015 --  CourtCall | 37.00 |

**TOTAL CHARGES AND DISBURSEMENTS**          1,432.55

**TOTAL FOR MATTER -- GT ADVANCED TECHNOLOGIES:**     $39,526.05

| | | |
|---|---|---:|
| Total Fees............................................................... | $ | 38,093.50 |
| Total Charges and Disbursements ............................... | $ | 1,432.55 |
| Total Time and Costs ................................................ | $ | 39,526.05 |
| **TOTAL FOR STATEMENT:** | | 39,526.05 |

**\*\*\*\*Nixon Peabody LLP Remittance Information \*\*\*\***
**FEDERAL I.D. NO. 16-0764720**

Client: 072359

GT Advanced Technologies, Inc.
Hoil Kim, Esq. General Counsel
243 Daniel Webster Highway
Merrimack, NH 03054

| | |
|---|---|
| Matter: | 000002 |
| Invoice Number: | 9645011 |
| Date of Invoice: | 03/17/15 |
| Terms: | Due Upon Receipt |
| | |
| Invoice Amount: | $              39,526.05 |

---

Nixon Peabody LLP is pleased to offer three payment options: check, electronic funds transfer, and credit card. **To ensure prompt application of your payment, please reference the invoice number with your payment by returning this page with your check and credit card payments, or by including the invoice number in the addenda information of your electronic funds transfer.** Questions may be directed to 617-345-1100, fax no. 585-672-6778, or to ClientPayments@nixonpeabody.com. Thank you.

---

**Check** - mail to:

**NIXON PEABODY LLP**
**PO BOX 28012**
**NEW YORK, NY 10087-8012**

Invoice(s) Paid: _____

---

**Electronic Payment:**
**(Wire/ACH)**

| | |
|---|---|
| Bank Name: | JPMorgan Chase Bank, Rochester, NY 14643 |
| ABA Routing #: | 021000021 |
| Account Name: | Nixon Peabody LLP |
| Account #: | 938761475 |
| SWIFT Code: | CHASUS33 |
| Invoice(s) Paid: | *To be included in electronic payment's addenda information.* |

---

**Credit Card** - mail to:

NIXON PEABODY LLP
ATTN: CLIENT PAYMENTS
100 SUMMER STREET
BOSTON, MA 02110-2131
Phone: (617) 345-1100
Fax: (585) 672-6778

Invoice(s) Paid: _____
Total Amount Of Payment: $ _____
☐ VISA  ☐ Master Card  ☐ Discover  ☐ American Express
Card #: __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __
Expiration Date: __ __ - __ __       Security Code: __ __ __ __

Signature: _____