IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GT Advanced Technologies, Inc., *et al.*, | : | Case No. 14-11916 (HJB) |
| | : | |
| Debtors.[1] | : | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**AMENDED VERIFIED STATEMENT OF THE AD HOC COMMITTEE OF EQUITY
SECURITY HOLDERS PURSUANT TO BANKRUPTCY RULE 2019**

1. Peter B. McGlynn, attorney for the the Ad Hoc Committee of Equity Interest Holders (the "**Ad Hoc Committee**"), files this amended verified statement (the "**Amended Verified Statement**") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and in support thereof states as follows:

2. On April 1, 2015, the Ad Hoc Committee filed the *Verified Statement of the Ad Hoc Committee of Equity Security Holders Pursuant to Bankruptcy Rule 2019* [Docket No. 1561].

3. The Ad Hoc Committee initially consisted of the following three members: (i) Nathan Cottrell; (ii) Michael Willingham; (iii) The Honorable Douglas Southard. The Ad Hoc Committee recently added ACATIS Investment GmbH to the Ad Hoc Committee and, accordingly, is filing this amendment to the previously filed disclosure.

---

[1] The Debtors, along with the last four digits of each debtor's tax identification number, as applicable, are: GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), GT Advanced Equipment Holding LLC (8329), GT Equipment Holdings, Inc. (0040), Lindbergh Acquisition Corp. (5073), GT Sapphire Systems Holding LLC (4417), GT Advanced Cz LLC (9815), GT Sapphire Systems Group LLC (5126), and GT Advanced Technologies Limited (1721). The Debtors' corporate headquarters are located at 243 Daniel Webster Highway, Merrimack, NH 03054.

51041642.1

4. Attached hereto as <u>Exhibit A</u> is a revised list of the names, addresses, and the nature and amount of all disclosable economic interests in the Debtors held by each Ad Hoc Committee member.

5. The Ad Hoc Committee has formally retained as its attorneys, and consents to be represented by, Bernkopf Goodman LLP and Polsinelli PC.

6. None of the attorneys representing the Ad Hoc Committee have any disclosable economic interests in the Debtors as defined in Bankruptcy Rule 2019.

7. Nothing contained in this Amended Verified Statement (or <u>Exhibit A</u>) should be construed as a limitation upon, or waiver of, any Ad Hoc Committee member's rights to assert, file, or amend its claims in accordance with applicable law and any orders entered in these cases establishing procedures for filing proofs of claim.

8. The Ad Hoc Committee reserves the right to amend or further supplement this Amended Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 2, 2015

Respectfully submitted,
AD HOC COMMITTEE OF EQUITY
SECURITY HOLDERS
By its attorneys

/s/ Peter B. McGlynn
Peter B. McGlynn (admitted *pro hac vice*)
Jason A. Manekas (NH Bar No. 11320)
**BERNKOPF GOODMAN LLP**
2 Seaport Lane, 9th Floor
Boston, Massachusetts 02210
Telephone: (617) 790-3000
pmcglynn@bg-llp.com
jmanekas@bg-llp.com

649957 v1/39105/1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In re: | Chapter 11 |
| GT Advanced Technologies Inc., et al., | Case No. 14-11916-HJB |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Peter B. McGlynn, hereby certify that on this 2nd day of September, 2015, I caused to be served a copy of the *Amended Verified Statement of the Ad Hoc Committee of Equity Security Holders Pursuant to Bankruptcy Rule 2019* upon all interested parties via the CM/ECF noticing system and pursuant to the Master Service List dated August 17, 2015 attached hereto as Exhibit 1 at the listed e-mail address and to the following via first class mail, postage pre-paid:

GE Capital Information Technology
Solutions, Inc.
 f/d/b/a Ikon Financial Services
Attn: Christine E. Etheridge, Bankruptcy
Administrator
1738 Bass Road
Macon, GA 31208-3708

Debtors
GT Advanced Technologies Inc.
Attn: General Counsel
243 Daniel Webster Highway
Merrimack, NH 03054

---

[1] The Debtors, along with the last four digits of each debtor's tax identification number, as applicable, are: GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), GT Advanced Equipment Holding LLC (8329), GT Equipment Holdings, Inc. (0040), Lindbergh Acquisition Corp. (5073), GT Sapphire Systems Holding LLC (4417), GT Advanced Cz LLC (9815), GT Sapphire Systems Group LLC (5126), and GT Advanced Technologies Limited (1721). The Debtors' corporate headquarters are located at 243 Daniel Webster Highway, Merrimack, NH 03054.

| | |
|---|---|
| IRS<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Attorneys for Hangzhou Dahe<br>Thermomagnetics Co.<br>Frank B. Mesmer, Jr. & Joshua N. Mesmer<br>Mesmer & Deleaut, PLLC<br>41 Brook Street<br>Manchester, NH 03104 |
| Christopher J. Allwarden, Esq.<br>Counsel for Public Service Company<br> of New Hampshire<br>Public Service Company of New Hampshire<br>780 No. Commercial Street<br>Manchester, NH 03105-2459 | Peter L. Roth, Esquire<br>State of New Hampshire<br>Office of the Attorney General<br>33 Capitol Street<br>Concord, NH 03301-6397 |
| Interested Party<br>Wrisley Abrasives LLC<br>6 Wilcox Street<br>Suite C<br>Simsbury, CT 06070 | Clerk of the Bankruptcy Court<br>1000 Elm Street - Suite 1001<br>Manchester, NH 03101-1708 |
| Robert E. Winter, Esquire<br>Paul Hastings LLP<br>875 15th Street, N.W.<br>Washington, DC 20005 | James S. Carr, Esquire<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Attorney for Douglas Kurz,<br>Vance K. Opperman, Palisade Strategic<br>Master Fund (Cayman) Limited, and<br>Highmark Limited<br>Eleanor Dahar, Esquire<br>Victor W. Dahar, P.A.<br>20 Merrimack Street<br>Manchester, NH 03101 | Jordan D. Hershman, Esquire<br>Morgan, Lewis & Bockius LLP<br>One Federal Street<br>Boston, MA 02110 |

Signed under the pains and penalties of perjury this 2nd day of September, 2015.

/s/ Peter B. McGlynn
Peter B. McGlynn, Esquire

# EXHIBIT 1

Case: 14-11916-HJB  Doc #: 2181  Filed: 08/17/15  Desc: Main Document  Page 1 of 2

Master Service List as of 8/17/2015

| PARTY DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| APPLE INC. | APPLE INC. | ATTN: JESSICA L. FINK, SENIOR RESTRUCTURING COUNSEL | 1 INFINITE LOOP | | CUPERTINO | CA | 95014 | | | JFINK@APPLE.COM |
| ATTORNEYS FOR THE AD HOC COMMITTEE | BERNKOPF GOODMAN LLP | PETER B. MCGLYNN & JASON A. MANEKAS | 2 SEAPORT LANE | 9TH FLOOR | BOSTON | MA | 02210 | 617-790-3000 | 617-790-3300 | pmcglynn@bg-llp.com; jmanekas@bg-llp.com |
| ATTORNEY FOR SUMITOMO (SHI) CRYOGENICS OF AMERICA, INC.; QCM TECHNOLOGIES, INC.; & NAUMANN/HOBBS MATERIAL HANDLING CORPORATION II, INC. | BERNSTEIN SHUR SAWYER & NELSON PA | JENNIFER ROOD | 670 N COMMERCIAL ST, SUITE 108 | PO BOX 1120 | MANCHESTER | NH | 03105 | 603-623-8700 | 603-623-7775 | |
| ATTORNEYS FOR SUMITOMO ELECTRIC USA INC | BLAKELEY & BLAKELEY LLP | DAVID M. MANNION | 54 W 40TH ST | | NEW YORK | NY | 10018 | 917-472-9587 | 949-260-0613 | Dmannion@BlakeleyLLP.com |
| COUNSEL FOR SUMITOMO ELECTRIC USA INC | BLAKELEY & BLAKELEY LLP | SCOTT E BLAKELEY | 2 PARK PLAZA | SUITE 400 | IRVINE | CA | 92614 | 949-260-0611 | 949-260-0613 | seb@blakeleyllp.com |
| COUNSEL TO CERTAIN EQUITY SECURITY HOLDERS OF GT ADVANCED TECHNOLOGIES, INC. | BROWN RUDNICK LLP | WILLIAM R. BALDIGA & STEVEN D. POHL | ONE FINANCIAL CENTER | | BOSTON | MA | 02111 | 617-856-8200 | 617-856-8201 | wbaldiga@brownrudnick.com; spohl@brownrudnick.com |
| FEE EXAMINER | CIARDI CIARDI & ASTIN | JOSEPH J. MCMAHON, JR. | 1204 N KING ST | | WILMINGTON | DE | 19801 | 302-658-1100 | 302-658-1300 | jmcmahon@ciardilaw.com |
| COUNSEL FOR INDENTURE TRUSTEE FOR THE DEBTORS' 3.00% CONVERTIBLE SENIOR NOTES DUE 2017, AND 3.00% CONVERTIBLE SENIOR NOTES DUE 2020; & COUNSEL FOR TWIN CREEKS TECHNOLOGIES, INC. | CLEVELAND WATERS & BASS PA | STEVEN M. NOTINGER | 2 CAPITAL PLAZA, 5TH FLOOR | PO BOX 1137 | CONCORD | NH | 03302-1137 | 603-224-7761 | 603-224-6457 | notingers@cwbpa.com |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | DEVINE, MILLIMET & BRANCH, PA | STEVEN E. GRILL, MATTHEW R. JOHNSON, COLIN P. MAHER & CHARLES R. POWELL | 111 AMHERST ST | | MANCHESTER | NH | 03101 | 603-669-1000 | 603-669-8547 | sgrill@devinemillimet.com; mjohnson@devinemillimet.com; cmaher@devinemillimet.com; cpowell@devinemillimet.com |
| COUNSEL TO SANMINA CORPORATION | DRINKER BIDDLE & REATH LLP | ROBERT K. MALONE & MARITA S. ERBECK | 600 CAMPUS DRIVE | | FLORHAM PARK | NJ | 07932-1047 | 973-549-7000 | 973-360-9831 | Robert.Malone@dbr.com; Marita.Erbeck@dbr.com |
| COUNSEL FOR CERTAIN UNAFFILIATED HOLDERS OF THE DEBTORS' 3.00% CONVERTIBLE SENIOR NOTES DUE 2017, AND 3.00% CONVERTIBLE SENIOR NOTES DUE 2020; FIDELITY CONVERTIBLES SECURITIES INVESTMENT TRUST; FIDELITY DEVONSHIRE TRUST: FIDELITY EQUITY-INCOME FUND; & FIDELITY FINANCIAL TRUST: FIDELITY CONVERTIBLE SECURITIES FUND | DRUMMOND WOODSUM | BENJAMIN E. MARCUS | 100 INTERNATIONAL DRIVE | | PORTSMOUTH | NH | 03801 | 603-433-3317 | | bmarcus@dwmlaw.com |
| COUNSEL FOR POWERTEC ENERGY CORP. | DUANE MORRIS LLP | JOHN ROBERT WEISS | 190 S LASALLE ST | SUITE 3700 | CHICAGO | IL | 60603-3433 | 312-499-6700 | 312-499-6701 | jrweiss@duanemorris.com |
| INTERESTED PARTY | EDWARD STARSKI | | 17475 DEER HILL RD | SUITE B | HIDDEN VALLEY LAKE | CA | 95467 | 209-782-7754 | | estarski@gmail.com |
| ATTORNEYS FOR MIDLAND PRECISION MACHINING INC; & DYNAMIC MOTION CONTROL, INC. | FORD & MCPARTLIN PA | EDMOND J FORD | 10 PLEASANT ST | SUITE 400 | PORTSMOUTH | NH | 03801 | 603-433-2002 | 603-433-2122 | eford@fordlaw.com |
| COUNSEL TO DECCO, INC. | GAGLIUSO & GAGLIUSO PA | KELLY J. GAGLIUSO | 32 DANIEL WEBSTER HIGHWAY | SUITE 14 | MERRIMACK | NH | 03054 | 603-595-4500 | | kgagliuso@ggagliuso.com |
| COUNSEL TO METRO WALLS, INC. | GAGLIUSO & GAGLIUSO PA | RICHARD C. GAGLIUSO & KELLY J. GAGLIUSO | 32 DANIEL WEBSTER HIGHWAY | SUITE 14 | MERRIMACK | NH | 03054 | 603-595-4500 | | rgagliuso@ggagliuso.com; kgagliuso@ggagliuso.com |
| INTERESTED PARTY | GE CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC f/d/b/a IKON FINANCIAL SERVICES | CHRISTINE R. ETHERIDGE | BANKRUPTCY ADMINISTRATION | 1738 BASS ROAD, PO BOX 13708 | MACON | GA | 31208-3708 | 800-480-6513 | | |
| ATTORNEYS FOR CREDITOR, ADVANCED PROCESS SYSTEMS, LLC; & CO-COUNSEL FOR CITIGROUP FINANCIAL PRODUCTS INC. | GREENBAUM, ROWE, SMITH & DAVIS, LLP | ATTN: NANCY ISAACSON | 75 LIVINGSTON AVE | SUITE 301 | ROSELAND | NJ | 07068-3701 | 973-577-1930 | 973-577-1931 | nisaacson@greenbaumlaw.com |
| ATTORNEYS FOR DIAMOND MATERIALS TECH, INC., MEYER BURGER TECHNOLOGY AG, AND MBT SYSTEMS LTD. | GREENBERG TRAURIG, PA | ROBERT A. SORIANO | 625 EAST TWIGGS ST | SUITE 100 | TAMPA | FL | 33602 | 813-318-5700 | 813-318-5900 | sorianor@gtlaw.com |
| DEBTORS | GT ADVANCED TECHNOLOGIES INC. | ATTN: GENERAL COUNSEL | 243 DANIEL WEBSTER HIGHWAY | | MERRIMACK | NH | 03054 | | | |
| ATTORNEYS FOR GRANITE STATE PLUMBING AND HEATING, LLC | HINCKLEY, ALLEN & SNYDER LLP | DANIEL M. DESCHENES | 11 SOUTH MAIN ST | SUITE 400 | CONCORD | NH | 03301-4846 | 603-545-6110 | | ddeschenes@hinckleyallen.com |
| COUNSEL FOR EASTERN VENT SYSTEMS, INC. | HOEFLE, PHOENIX, GORMLEY & ROBERTS, PA | LAWRENCE B GORMLEY | 127 PARROTT AVE | | PORTSMOUTH | NH | 03801 | 603-436-0666 | 603-431-0879 | lgormley@hpgrlaw.com |
| IRS | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | 800-973-0424 | 855-235-6787 | |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | JOSEPH CORRIGAN | ONE FEDERAL STREET | | BOSTON | MA | 02110 | 617-535-4744 | 617-451-0409 | Bankruptcy2@ironmountain.com |
| COUNSEL FOR HeBei HENGBO CERAMIC MATERIALS CO., LTD. | JAMES BATES BRANNAN GROOVER LLP | J WILLIAM BOONE & DOROTEYA N WOZNIAK | 3399 PEACHTREE ROAD | SUITE 1700 | ATLANTA | GA | 30326 | 404-997-6020 | 404-997-6021 | bboone@jamesbatesllp.com; dwozniak@jamesbatesllp.com |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KELLEY DRYE & WARREN, LLP | JAMES S. CARR, JASON R. ADAMS, JENNIFER RAVIELE & WILLIAMS S. GYVES | 101 PARK AVENUE | | NEW YORK | NY | 10178 | 212-808-7800 | 212-808-7897 | jadams@kelleydrye.com; Jraviele@KelleyDrye.com; wgyves@kelleydrye.com |
| CLAIMS AND NOTICING AGENT | KURTZMAN CARSON CONSULTANTS | MICHAEL PAQUE | 2335 ALASKA AVE | | EL SEGUNDO | CA | 90245 | | | |
| COUNSEL FOR INDENTURE TRUSTEE FOR THE DEBTORS' 3.00% CONVERTIBLE SENIOR NOTES DUE 2017, AND 3.00% CONVERTIBLE SENIOR NOTES DUE 2020 | LOEB & LOEB LLP | WALTER H. CURCHACK & VADIM J. RUBINSTEIN | 345 PARK AVENUE | | NEW YORK | NY | 10154 | 212-407-4000 | 212-407-4990 | wcurchack@loeb.com; vrubinstein@loeb.com |
| ATTORNEYS FOR SAMCHANG ADVANCED SOLUTION CO., LTD A/K/A SAS CO., LTD. | MCLANE, GRAF, RAULERSON & MIDDLETON, A PROFESSIONAL ASSOCIATION | CHRISTOPHER M. DUBE | 900 ELM STREET | PO BOX 326 | MANCHESTER | NH | 03105 | 603-625-6464 | 603-625-5650 | christopher.dube@mclane.com |
| ATTORNEYS FOR HANGZHOU DAHE THERMO-MAGNETICS CO. | MESMER & DELEAULT, PLLC | FRANK B. MESMER, JR. & JOSHUA N. MESMER | 41 BROOK ST | | MANCHESTER | NH | 03104 | 603-668-1971 | 603-622-1446 | |
| ATTORNEY FOR DEPARTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE | ATTN STEVEN A GINTHER, BANKRUPTCY UNIT | PO BOX 475 | | JEFFERSON CITY | MO | 65105-0475 | 573-751-5531 | 573-751-7232 | nhscf@dor.mo.gov |
| COUNSEL TO LAPMASTER INTERNATIONAL, LLC | NEAL, GERBER & EISENBERG, LLP | WILLIAM CHOSLOVSKY | 2 NORTH LASALLE ST | SUITE 1700 | CHICAGO | IL | 60602-3801 | 312-269-8000 | 312-269-1747 | wchoslovsky@ngelaw.com |
| CO-COUNSEL FOR DEBTORS | NIXON PEABODY LLP | ATTN: DANIEL W. SKLAR, ESQ. AND HOLLY J. BANCROFT, ESQ. | 900 ELM STREET | | MANCHESTER | NH | 03101-2031 | | | dsklar@nixonpeabody.com; hbancroft@nixonpeabody.com |

In re GT Advanced Technologies, Inc., et al.,
Case No. 14-11916

Page 1 of 2

Case: 14-11916-HJB  Doc #: 2181  Filed: 08/17/15  Desc: Main Document    Page 2 of 2
Master Service List as of 8/17/2015

| PARTY DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| PUBLIC SERVICE COMPANY OF NEW HAMPSIRE | NORTHEAST UTILITIES SERVICE COMPANY | HONOR S HEALTH | LEGAL DEPARTMENT | PO BOX 270 | HARTFORD | CT | 06141-0270 | 860-665-4865 | 860-665-5504 | honor.health@nu.com |
| ATTORNEYS FOR WILLIAM K. HARRINGTON, US TRUSTEE | OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 1 | ANN MARIE DIRSA & GERALDINE KARONIS | 1000 ELM ST | SUITE 605 | MANCHESTER | NH | 03101 | 603-666-7908 | 603-666-7913 | ann.marie.dirsa@usdoj.gov; Geraldine.L.Karonis@usdoj.gov |
| COUNSEL TO CITIGROUP FINANCIAL SERVICES, INC | ORR & RENO PA | JAMES F. LABOE | 45 S. MAIN ST | PO BOX 3550 | CONCORD | NH | 03302-3550 | 603-223-9157 | 603-223-9067 | jlaboe@orr-reno.com |
| ATTORNEYS FOR STEEL-CRAFT CORP OF HARTFORD; FOR CITIGROUP FINANCIAL SERVICES, INC.; & FOR MCCARTHY BUILDING COMPANIES, INC. | ORR & RENO PA | LISA SNOW WADE | 45 S MAIN ST | | CONCORD | NH | 03302 | 603-224-2381 | 603-224-2318 | lwade@orr-reno.com |
| ATTORNEYS FOR DOW JONES & COMPANY, INC | ORR & RENO PA | LISA SNOW WADE & JEFFREY C. SPEAR | 45 S MAIN ST | | CONCORD | NH | 03302 | 603-224-2381 | 603-224-2318 | lwade@orr-reno.com; jcs@orr-reno.com |
| COUNSEL TO CITIGROUP FINANCIAL SERVICES, INC. | ORRICK, HERRINGTON & SUTCLIFFE LLP | LAURA D. METZGER & RANIERO D'AVERSA | 51 WEST 52ND ST | | NEW YORK | NY | 10019-6142 | 212-506-5000 | 212-506-5151 | lmetzger@orrick.com; rdaversa@orrick.com |
| COUNSEL FOR DEBTORS | PAUL HASTINGS LLP | ATTN: JAMES T. GROGAN, III, ESQ. | 600 TRAVIS STREET | 58TH FLOOR | HOUSTON | TX | 77002 | | | jamesgrogan@paulhastings.com |
| COUNSEL FOR DEBTORS | PAUL HASTINGS LLP | ATTN: LUC DESPINS, ESQ. | 75 EAST 55TH STREET | | NEW YORK | NY | 10022 | | | lucdespins@paulhastings.com |
| COUNSEL FOR DCM TECH, INC.; & INTEGO GmbH | PIERCE ATWOOD LLP | LAWRENCE M. EDELMAN | ONE NEW HAMPSHIRE AVE | SUITE 350 | PORTSMOUTH | NH | 03801 | 603-433-6300 | | ledelman@pierceatwood.com |
| ATTORNEY FOR APPLE, INC. | PILLSBURY WINTHROP SHAW PITTMAN LLP | CHRISTOPHER M MIRICK | 1540 BROADWAY | | NEW YORK | NY | 10036 | 212-858-1000 | 212-858-1500 | christopher.mirick@pillsburylaw.com |
| ATTORNEYS FOR THE AD HOC COMMITTEE | POLSINELLI PC | CHRISTOPHER A. WARD, SHANTI M. KATONA & JARRETT VINE | 222 DELAWARE AVE | SUITE 1101 | WILMINGTON | DE | 19801 | 302-252-0920 | 302-252-0921 | cward@polsinelli.com; skatona@polsinelli.com; jvine@polsinelli.com |
| ATTORNEYS FOR THE AD HOC COMMITTEE | POLSINELLI PC | DAVID BARRACK | 900 THIRD AVE | 21ST FLOOR | NEW YORK | NY | 10022 | 212-684-0199 | 212-684-0197 | dbarrack@polsinelli.com |
| ATTORNEYS FOR APPLE, INC. | PRETI, FLAHERTY, BELIVEAU & PACHIOS, PLLP | JOHN M SULLIVAN & GREGORY A MOFFETT | 57 NORTH MAIN STREET | PO BOX 1318 | CONCORD | NH | 03302-1318 | 603-410-1500 | | jsullivan@preti.com; gmoffett@preti.com |
| ATTORNEYS FOR SUMITOMO ELECTRIC USA INC | PRIMMER PIPER EGGLESTON & CRAMER PC | MATTHEW J. DELUDE | PO BOX 3600 | | MANCHESTER | NH | 03105-3600 | 603-626-3324 | 603-626-0997 | Mdelude@Primmer.com |
| ATTORNEYS FOR HARRINGTON INDUSTRIAL PLASTICS, LLC DBA HARRINGTON PURE/E&S TECHNOLOGIES & G4S SECURE SOLUTIONS (USA), INC. | PRIMMER PIPER EGGLESTON & CRAMER PC | THOMAS J. PAPPAS | PO BOX 3600 | | MANCHESTER | NH | 03105-3600 | 306-626-3300 | | tpappas@primmer.com |
| COUNSEL FOR PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE | PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE | CHRISTOPHER J. ALLWARDEN | SENIOR COUNSEL, LAW DEPARTMENT | 780 No. COMMERCIAL ST, PO BOX 330 | MANCHESTER | NH | 03105-0330 | 603-634-2459 | 603-634-2438 | |
| AUTHORIZED AGENT FOR RSA SECURITY, LLC, A DIVISION OF EMC CORPORATION | RSA SECURITY, LLC, A DIVISION OF EMC CORPORATION | c/o RECEIVABLE MANAGEMENT SERVICES (RMS) | ATTN RONALD L. ROWLAND, AGENT | 307 INTERNATIONAL CIRCLE, SUITE 270 | HUNT VALLEY | MD | 21030 | 410-773-4002 | | Ronald.Rowland@iqor.com |
| COUNSEL FOR INTERSTATE ELECTRICAL SERVICES CORPORATION | RUDOLPH FRIEDMANN LLP | MICHAEL S. KALIS | 632 HIGH ST | | DEDHAM | MA | 02026 | 781-461-0030 | | mikalislaw@verizon.net |
| COUNSEL FOR INTERSTATE ELECTRICAL SERVICES CORPORATION | RUDOLPH FRIEDMANN LLP | MICHAEL S. KALIS & JAMES S. SINGER | 92 STATE ST | | BOSTON | MA | 02109 | 617-723-7700 | 617-227-0313 | mikalislaw@verizon.net; jsinger@rflawyers.com |
| COUNSEL FOR ROSENDIN ELECTRIC | RUTAN & TUCKER, LLP | CAROLINE DJANG | 611 ANTON BLVD | SUITE 1400 | COSTA MESA | CA | 92626 | 714-641-5100 | 714-546-9035 | cdjang@rutan.com |
| COUNSEL FOR ROSENDIN ELECTRIC | RUTAN & TUCKER, LLP | JOHN L. ANTRACOLI | 3000 EL CAMINO REAL, SUITE 200 | FIVE PALO ALTO SQUARE | PALO ALTO | CA | 94306-9814 | 650-320-1500 | 650-320-9905 | JAntracoli@rutan.com |
| ATTORNEYS FOR AIRGAS USA, LLC | SHEEHAN PHINNEY BASS & GREEN PA | CHRISTOPHER M. CANDON | 1000 ELM ST | PO BOX 3701 | MANCHESTER | NH | 03105-3701 | 603-627-8168 | 603-627-8121 | ccandon@sheehan.com |
| ATTORNEY FOR STARR INDEMNITY & LIABILITY COMPANY | STARR INDEMNITY & LIABILITY COMPANY | ROSS M. CHINITZ | 445 PARK AVENUE | 5TH FLOOR | NEW YORK | NY | 10022 | 646-227-6408 | | ross.chinitz@starrcompanies.com |
| ATTORNEYS FOR STATE OF NEW HAMPSHIRE | STATE OF NEW HAMPSHIRE - OFFICE OF THE ATTORNEY GENERAL | PETER C.L. ROTH, SENIOR ASSISTANT ATTORNEY GENERAL | 33 CAPITOL ST | | CONCORD | NH | 03301-6397 | 603-271-3679 | 603-271-2110 | |
| INTERESTED PARTY | STATE OF NEW HAMPSHIRE, DEPARTMENT OF EMPLOYMENT SECURITY | WALTER L. MARONEY | 45 SOUTH FRUIT ST | | CONCORD | NH | 03301 | 603-228-4062 | | usbc@nhes.nh.gov |
| ATTORNEY FOR STEEL-CRAFT CORP. OF HARTFORD | STEEL-CRAFT CORP. OF HARTFORD | c/o MICHAEL D. JANKOWSKI | REINHART BOERNER VAN DEUREN s.c. | 1000 N WATER ST, SUITE 1700 | MILWAUKEE | WI | 53202 | 414-298-1000 | 414-298-8097 | mjankowski@reinhartlaw.com |
| ATTORNEYS FOR GREEN LEAF CONSTRUCTION, LLC; CI DESIGN, INC.; ADVANCED PROCESS SYSTEMS, LLC; & PLANSEE SE | TAMPOSI LAW GROUP PC | PETER N. TAMPOSI AND KIM DESISTO | 159 MAIN ST | | NASHUA | NH | 03060 | 603-204-5513 | 603-204-5515 | peter@thetamposilawgroup.com; kdesisto@thetamposilawgroup.com |
| COUNSEL TO SANMINA CORPORATION; & TOM L. CALDWELL, SHAREHOLDER REPRESENTATIVE OF FORMER OPTIONHOLDERS OF CONFLUENCE SOLAR, INC. | THE TAMPOSI LAW GROUP | PETER N. TAMPOSI | 159 MAIN STREET | | NASHUA | NH | 03060-0000 | 603-204-5513 | | Peter@tlgnh.com |
| INDENTURE TRUSTEE FOR THE DEBTORS' 3.00% CONVERTIBLE SENIOR NOTES DUE 2017, AND 3.00% CONVERTIBLE SENIOR NOTES DUE 2020 | U.S. BANK NATIONAL ASSOCIATION | ATTN: HAZRAT R. HANIFF & BARRY IHRKE | 60 LIVINGSTON AVENUE | | ST PAUL | MN | 55107 | | | HAZRAT.HANIFF@USBANK.COM; BARRY.IHRKE@USBANK.COM |
| SEC | U.S. SECURITIES AND EXCHANGE COMMISSION | | 100 F STREET, NE | | WASHINGTON | DC | 20549 | | | secbankruptcy@sec.gov |
| COUNSEL TO THE CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM | VICTOR W. DAHAR PA | ELEANOR DAHAR | 20 MERRIMACK ST | | MANCHESTER | NH | 03101 | 603-622-6595 | 603-647-8054 | edahar@att.net |
| ATTORNEYS FOR APPLE, INC. AND PLATYPUS DEVELOPMENT LLC | WEIL GOTSHAL & MANGES LLP | GARY T. HOLTZER, MICHAEL F. WALSH, ROBERT J. LEMONS, MARK I. BERNSTEIN & BLAIRE CAHN | 767 FIFTH AVENUE | | NEW YORK | NY | 10153-0119 | 212-310-8000 | 212-310-8007 | gary.holtzer@weil.com; michael.walsh@weil.com; robert.lemons@weil.com; mark.bernstein@weil.com; blaire.cahn@weil.com |
| COUNSEL FOR INTERSTATE ELECTRICAL SERVICES CORPORATION | WELTS, WHITE & FONTAINE, PC | JACK S. WHITE | 29 FACTORY STREET | PO BOX 507 | NASHUA | NH | 03061-0507 | 603-883-0797 | 603-883-8723 | jwhite@lawyersnh.com |
| COUNSEL FOR TURNER TOOLING CO., INC.; CREDITOR PC CONNECTION SALES CORP.; & WRISLEY ABRASIVES LLC | WILLIAM S. GANNON PLLC | WILLIAM S. GANNON | 889 ELM ST | 4TH FLOOR | MANCHESTER | NH | 03101 | 603-621-0833 | 603-621-0830 | bgannon@gannonlawfirm.com |
| INTERESTED PARTY | WRISLEY ABRASIVES LLC. | | 6 WILCOX ST | SUITE C | SIMSBURY | CT | 06070 | 860-651-1813 | 860-858-7773 | |

In re GT Advanced Technologies, Inc., et al.,
Case No. 14-11916

Page 2 of 2