**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE**

-----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| *In re:* | : | **Chapter 11** |
|  | : |  |
|  | : | **Case No. 14-11916-HJB** |
| **GT ADVANCED TECHNOLOGIES INC.,** *et al.***,** | : |  |
|  | : | **Jointly Administered** |
| **Debtors.**[1] | : |  |
|  | : |  |

-----------------------------------------------------------------x

**PLAN SUPPLEMENT FOR
DEBTORS' AMENDED JOINT PLAN OF REORGANIZATION UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE, DATED FEBRUARY 1, 2016**

**PAUL HASTINGS LLP**
Luc A. Despins, Esq.
James T. Grogan, Esq.
G. Alexander Bongartz, Esq.
75 East 55th Street, First Floor
New York, New York 10022

*Counsel to the Debtors and Debtors in Possession*

Dated:  February 16, 2016

---

[1] The Debtors, along with the last four digits of each debtor's tax identification number, as applicable, are: GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), GT Advanced Equipment Holding LLC (8329), GT Equipment Holdings, Inc. (0040), Lindbergh Acquisition Corp. (5073), GT Sapphire Systems Holding LLC (4417), GT Advanced Cz LLC (9815), GT Sapphire Systems Group LLC (5126), and GT Advanced Technologies Limited (1721). The Debtors' corporate headquarters are located at 243 Daniel Webster Highway, Merrimack, NH 03054.

## TABLE OF CONTENTS

| Exhibit | Description |
|---|---|
| 1 | Senior Secured Notes Indenture |
| 2 | Collateral Agreement |
| 3 | Certificate of Designation |
| 4 | DIP Warrant Agreement |
| 5 | Noteholder Warrant Agreement |
| 6 | List of New Members of Board of Directors |
| 7 | New Employment Agreements for Messrs. Keck, Bal, and Kim |
| 8 | Contracts and Leases to Be Assumed Under Plan |
| 9 | Certain Retained Causes of Action |
| 10 | Second Amended and Restated Certificate of Incorporation of Reorganized GT Inc. |
| 11 | Second Amended and Restated Bylaws of Reorganized GT Inc. |
| 12 | Management Incentive Plan |
| 13 | Summary of Economic Terms for Senior Executives |
| 14 | Litigation Trust Agreement |
| 15 | Identity of Litigation Trustee |
| 16 | Stockholders' Agreement |
| 17 | Legal Entity Organizational Chart (as of Effective Date) |

Dated: February 16, 2016

*/s/ G. Alexander Bongartz*_____
Luc A. Despins, Esq.
Andrew V. Tenzer, Esq.
James T. Grogan, Esq. (BNH07394)
G. Alexander Bongartz (BNH07449)
PAUL HASTINGS LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

-and-

Daniel W. Sklar, Esq.
Holly J. Barcroft, Esq.
NIXON PEABODY LLP
900 Elm Street
Manchester, NH 03101-2031
Telephone: (603) 628-4000
Facsimile: (603) 628-4040

*Co-Counsel for the Debtors and Debtors in Possession*