Form 210A (12/09)

FILED
2016 MAR 14 PM 12:48
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

# United States Bankruptcy Court
### District of New Hampshire

In re: GT Advanced Technologies, Inc. et. al.      Case No. 14-11916

## AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Fair Liquidity Partners, LLC
Name of Transferee

Allied Development Group, Inc. DBA Hirealliance
Name of Transferor

Name and Address where notices to transferee should be sent:

Fair Liquidity Partners, LLC
1777 Saratoga Ave. # 106
San Jose, CA 95129
Phone: (408) 973-0650

Name and Address where notices to transferor should be sent:

Allied Development Group, Inc. DBA Hirealliance
166 South River Road, Suite 220
Bedford, NH 03110
Phone: (603) 232-8200

Last Four Digits of Acct#: _____

Court Claim # (if known) 189
Amount of Claim: $29,309.23
Date Claim Filed: 11/18/2014

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Maya Krish                          Date: 3/7/2016
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# FAIR LIQUIDITY PARTNERS, LLC

1777 Saratoga Ave
Suite #106
San Jose, CA 95129
(408) 973-0850

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re.

GT Advanced Technologies, Inc. et. al.

Debtor.
GTAT Corporation

Chapter 11

Case No. 14-11916

Jointly Administered.

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE
Bankruptcy Rule 3001(e)(2)

PLEASE TAKE NOTICE that the filed unsecured claim of **ALLIED DEVELOPMENT GROUP, INC DBA HIREALLIANCE** ("Transferor") against the Debtor in the amount of $29,309.23 as listed within the Claims Register, and all claims of Transferor have been transferred and assigned other than for security to Fair Liquidity Partners, LLC. The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights thereunder to Fair Liquidity Partners, LLC upon terms as set forth herein and in the offer letter received. I authorize Fair Liquidity Partners, LLC to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $27,848.23 and has not been previously disallowed, objected to, sold, or satisfied. Upon notification by Fair Liquidity Partners, LLC, I agree to reimburse Fair Liquidity Partners, LLC a portion of the purchase price if the claim is reduced, objected to, reclassified, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, Fair Liquidity Partners, LLC assumes all risks associated with the debtors' ability to distribute funds. I agree to deliver to Fair Liquidity Partners, LLC any correspondence or payments received subsequent to the date of this agreement and authorize Fair Liquidity Partners, LLC to take the steps necessary to transfer this claim and all claims we hold against the above debtor. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**Transferor:**
ALLIED DEVELOPMENT GROUP, INC DBA HIREALLIANCE, 166 SOUTH RIVER ROAD, SUITE 220, BEDFORD, NH 03110

Signature: _[signed]_           Date: 3/4/16
Name: David Carnell              Phone: (603) 232-8200
Title: Managing Partner          Fax: (603) 232-2746

**Transferee:**
FAIR LIQUIDITY PARTNERS, LLC, 1777 SARATOGA AVE #106, SAN JOSE, CA 95129

Signature: _[signed] Maya Krish_     Date: 3/7/16
Name: Maya Krish

Docket #1123 Date Filed: 1/23/2015

Form 210A (12/09)

**FILED**

2015 JAN 23 AM 10: 56

CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

# United States Bankruptcy Court
### District of New Hampshire

In re: GT Advanced Technologies, Inc. et. al.        Case No. 14-11916

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Fair Liquidity Partners, LLC | Hirealliance Allied Development Group, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Fair Liquidity Partners, LLC
1777 Saratoga Ave. # 106
San Jose, CA 95129
Phone: (408) 973-0650

Name and Address where notices to transferor should be sent:

Hirealliance Allied Development Group, Inc.
PO Box 9627
Manchester, NH 03108
Phone: (603) 232-8200

Last Four Digits of Acct#: _____

Court Claim # (if known) n/a
Amount of Claim: $27,849.23
Date Claim Filed: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Maya Krish                                     Date: 1/15/2015
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*


1411916150123000000000038

**FAIR LIQUIDITY PARTNERS, LLC**

1777 Saratoga Ave
Suite #106
San Jose, CA 95129
(408) 973-0850

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re.                                       ) Chapter 11
                                             )
GT Advanced Technologies, Inc. et. al.       ) Case No. 14-11916
                                             )
                                             ) Jointly Administered.
Debtor.                                      )
GTAT Corporation                             )

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE
Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled unsecured claim of HIREALLIANCE ALLIED DEVELOPMENT GROUP, INC. ("Transferor") against the Debtor in the amount of $27,849.23 as listed within the Schedule of Assets and Liabilities, and all claims of Transferor have been transferred and assigned other than for security to Fair Liquidity Partners, LLC. The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights thereunder to Fair Liquidity Partners, LLC upon terms as set forth herein and in the offer letter received. I authorize Fair Liquidity Partners, LLC to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $27,849.23 and has not been previously disallowed, objected to, sold, or satisfied. Upon notification by Fair Liquidity Partners, LLC, I agree to reimburse Fair Liquidity Partners, LLC a portion of the purchase price if the claim is reduced, objected to, reclassified, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, Fair Liquidity Partners, LLC assumes all risks associated with the debtors' ability to distribute funds. I agree to deliver to Fair Liquidity Partners, LLC any correspondence or payments received subsequent to the date of this agreement and authorize Fair Liquidity Partners, LLC to take the steps necessary to transfer this claim and all claims we hold against the above debtor. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

Transferor:
HIREALLIANCE ALLIED DEVELOPMENT GROUP, INC., ~~PO BOX 9627, MANCHESTER, NH 03108~~  166 South River Road, Suite 220, Bedford, NH 03110

Signature: _____  Date: 1/14/2015

Name: David Camell  Phone: (603) 232-8200

Title: Managing Partner  Fax: (603) 232-8746

Transferee:
FAIR LIQUIDITY PARTNERS, LLC, 1777 SARATOGA AVE #106, SAN JOSE, CA 95129

Signature: Maya Krish  Date: 1/15/15

Name: Maya Krish

Title: Vice President, Credit