# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| ------------------------------------------------------------ | x : | |
| In re: | : : | Chapter 11 |
| GT ADVANCED TECHNOLOGIES INC., | : : | Case No. 14-11916 (HJB) |
| Reorganized Debtor. | : : : : | |
| ------------------------------------------------------------ | x : | |
| In re: | : : | Chapter 11 |
| GTAT CORPORATION, | : : | Case No. 14-11919 (HJB) |
| Reorganized Debtor. | : : : | |
| ------------------------------------------------------------ | x : | |
| In re: | : : | Chapter 11 |
| GT ADVANCED EQUIPMENT HOLDING LLC, | : : | Case No. 14-11929 (HJB) |
| Reorganized Debtor. | : : : | |
| ------------------------------------------------------------ | x : | |
| In re: | : : | Chapter 11 |
| GT EQUIPMENT HOLDINGS, INC., | : : | Case No. 14-11917 (HJB) |
| Reorganized Debtor. | : : : | |
| ------------------------------------------------------------ | x : | |
| In re: | : : | Chapter 11 |
| LINDBERGH ACQUISITION CORP., | : : | Case No. 14-11922 (HJB) |
| Reorganized Debtor. | : : : : | |

1

```
------------------------------------------------ x
                                                 :
In re:                                           :  Chapter 11
                                                 :
GT SAPPHIRE SYSTEMS HOLDING LLC,                 :  Case No. 14-11924 (HJB)
                                                 :
         Reorganized Debtor.                     :
                                                 :
                                                 :
------------------------------------------------ x
                                                 :
In re:                                           :  Chapter 11
                                                 :
GT ADVANCED CZ LLC,                              :  Case No. 14-11925 (HJB)
                                                 :
         Reorganized Debtor.                     :
                                                 :
                                                 :
------------------------------------------------ x
                                                 :
In re:                                           :  Chapter 11
                                                 :
GT SAPPHIRE SYSTEMS GROUP LLC,                   :  Case No. 14-11923 (HJB)
                                                 :
         Reorganized Debtor.                     :
                                                 :
                                                 :
------------------------------------------------ x
                                                 :
In re:                                           :  Chapter 11
                                                 :
GT ADVANCED TECHNOLOGIES LIMITED,                :  Case No. 14-11920 (HJB)
                                                 :
         Reorganized Debtor.                     :
                                                 :
                                                 :
------------------------------------------------ x
```

**FINAL DECREE CLOSING CERTAIN CHAPTER 11 CASES PURSUANT TO BANKRUPTCY CODE SECTION 350(a), BANKRUPTCY RULE 3022, AND LOCAL BANKRUPTCY RULE 3022-1 NUNC PRO TUNC TO EFFECTIVE DATE <u>OF DEBTORS' CHAPTER 11 PLAN</u>**

Upon the Motion of the Reorganized Debtors (collectively, "GTAT") for entry of the

*Final Decree Closing Certain Chapter 11 Cases Pursuant to Bankruptcy Code Section 350(a),*

2

*Bankruptcy Rule 9022, and Local Bankruptcy Rule 3022-1* (the "Motion"),[1] and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Reorganized Debtors, their estates and creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY FOUND AND DETERMINED THAT**

    A.    Distributions required under the Plan in respect of *In re GT Equipment Holdings, Inc.*, Case No. 14-11917; *In re Lindbergh Acquisition Corp.*, Case No. 14-11922; *In re GT Sapphire Systems Group LLC*, Case No. 14-11923; *In re GT Sapphire Systems Holding LLC*, Case No. 14-11924; *In re GT Advanced Cz LLC*, Case No. 14-11925; *In re GT Advanced Equipment Holding LLC*, Case No. 14-11929 (the "Fully Administered Debtors," identified on Exhibit 1 hereto) have commenced.

    B.    The Fully Administered Debtors have achieved substantial consummation of the Plan.

    C.    The Effective Date of the Plan occurred on March 17, 2016.

    D.    As of the Effective Date, the chapter 11 cases of the Fully Administered Debtors were consolidated into the chapter 11 case of GTAT Corporation, Case No. 14-11919.

    E.    All statutory fees owed by the Fully Administered Debtors have been paid.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

F. The estates of the Fully Administered Debtors have been fully administered within the meaning of section 350(a) of the Bankruptcy Code.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED.

2. The chapter 11 cases of the Fully Administered Debtors are hereby closed in accordance with the provisions of section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022 *nunc pro tunc* to the Effective Date, without prejudice to the rights of the Fully Administered Debtors or any other party in interest to seek to reopen such cases for good cause shown; provided, however, that the Bankruptcy Court shall retain jurisdiction as is provided for in the Plan. For the avoidance of doubt, no fees and charges shall be due to the U.S. Trustee under section 1930 of chapter 123 of title 28 of the United States Code in respect of the Fully Administered Debtors for any period after the Effective Date.

3. The chapter 11 cases of *In re GT Advanced Technologies Inc.*, Case No. 14-11916; *In re GTAT Corporation*, Case No. 14-11919; and *In re GT Advanced Technologies Limited*, Case No. 14-11920 (the "Remaining Debtors," identified in Exhibit 1 hereto) shall remain open and shall continue to be jointly administered under the chapter 11 case of GTAT Corporation, Case No. 14-11916 (the "Lead Case,").

4. Notwithstanding anything to the contrary in Local Bankruptcy Rule 1015-1(c), proofs of claim or any associated transfers of claim in the chapter 11 cases of the Fully Administered Debtors shall be deemed filed in the chapter 11 case of *In re GTAT Corporation*, Case No. 14-11919.

5. This Final Decree is intended to facilitate the administration of the chapter 11 cases of the Fully Administered Debtors only and shall not have or be deemed to have any effect

4

whatsoever upon the chapter 11 cases of the Remaining Debtors or any order of this Court entered therein.

6. GTAT is authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

7. GTAT is authorized to amend the Schedules and Statements of Financial Affairs filed by the Fully Administered Debtors by filing such an amendment in the Lead Case.

8. The requirement of Local Bankruptcy Rule 3022-1 and all post-confirmation reporting requirements are deferred until such time as an Application for Final Decree is filed in the Lead Case.

9. The requirement set forth in Local Bankruptcy Rule 7102(b)(2) that any motion filed shall have an accompanying memorandum of law is waived.

10. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Final Decree.

Dated:  April 26, 2016  HONORABLE HENRY J. BOROFF
       Manchester, NH  UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

| **Fully Administered Debtors** | **Remaining Debtors** |
| --- | --- |
| *(chapter 11 cases closed)* | *(chapter 11 cases remaining open)* |

Fully Administered Debtors:

1. *In re GT Equipment Holdings, Inc.* (Case No. 14-11917 (HJB))
2. *In re Lindbergh Acquisition Corp.* (Case No. 14-11922 (HJB))
3. *In re GT Sapphire Systems Group LLC* (Case No. 14-11923 (HJB))
4. *In re GT Sapphire Systems Holding LLC* (Case No. 14-11924 (HJB))
5. *In re GT Advanced Cz LLC* (Case No. 14-11925 (HJB))
6. *In re GT Advanced Equipment Holding LLC* (Case No. 14-11929 (HJB)

Remaining Debtors:

1. *In re GT Advanced Technologies Inc.* (Case No. 14-11916 (HJB))
2. *In re GTAT Corporation* (Case No. 14-11919 (HJB))
3. *In re GT Advanced Technologies Limited* (Case No. 14-11920 (HJB))