**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In re: | Chapter 11 |
| GT ADVANCED TECHNOLOGIES INC., *et al.*, | Case No. 14-11916-CJP |
| Reorganized Debtors | |

**ORDER DISMISSING ADMINISTRATIVE EXPENSE CLAIMS**
**AND TERMINATING INJUNCTION**
**[Dow Corning Corporation]**

A Stipulation of Dismissal having been filed in the above-captioned case (Dkt. No. 4105), it is hereby ORDERED:

1. The Stipulation of Dismissal filed on February 6, 2017 is incorporated by reference. In accordance therewith, the Application of Dow Corning Corporation for Allowance and Payment of Administrative Expense Claims Pursuant to 11. U.S.C. § 503(b)(1) (Dkt. No. 2896) and Second Application of Dow Corning Corporation for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S. § 503(b)(1) (Dkt. No. 3490) are dismissed with prejudice.

2. The injunction as set forth in Paragraph 73 of the Court's Order Confirming Debtors' Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code, Dated March 7, 2016, entered in this Bankruptcy Case (Dkt. No. 3310) is hereby lifted, effective immediately. That injunction shall be of no further force and effect.

3. Each party shall bear its own fees and costs.

This is a core proceeding in accordance with 28 U.S.C. § 157(b) as to which this Court has jurisdiction of the subject matter and the parties.

ENTERED at Manchester, New Hampshire.

Date:  February 8, 2017                    /s/ Christopher J. Panos
                                           Christopher J. Panos
                                           United States Bankruptcy Judge

1