# Office of the United States Trustee
# Region 1
# Quarterly Post-Confirmation Summary Report
# For The Quarter Ending April 1, 2017

IN RE: GT Advanced Technologies Inc.,et,al
_____    CASE NO. 14-11916 (HJB)
REORGANIZED DEBTOR(S)

Confirmation Date:                        March 8, 2016

Disbursing Agent: (if applicable)         Delaware Trust Company


**1.) BEGINNING OF QUARTER CASH BALANCE:**    $57,572,707

   **Cash Receipts this quarter:**

   | | |
   |---|---|
   | From business operations | $ 12,992,816 |
   | From loan proceeds | _____ |
   | From contributed capital | _____ |
   | From tax refunds | $    111,641 |
   | From other sources (identify) Preference Claims | $ 1,992,896 |

**2.) TOTAL CASH RECEIPTS**                   $ 15,097,353

   **Cash Disbursements this quarter:***

   | | |
   |---|---|
   | Plan payments - Administrative | $    341,450 |
   | Plan payments - Secured Creditors | _____ |
   | Plan payments - Priority Creditors | _____ |
   | Plan payments - Unsecured Creditors | $        9,660 |
   | Plan payments - Other | $    250,000 |
   | Other payments | $ 21,660,370 |

**3.) TOTAL CASH DISBURSEMENTS**              $ 22,261,480


**4.) END OF QUARTER CASH BALANCE:**          $ 50,408,580   FN1
    (line l + line 2 - line 3 = line 4)

FN1- Includes $9,493,033 of restricted cash
***Please attach detail**.  ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR OR ON BEHALF OF THE REORGANIZED DEBTOR, EITHER UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSES OF CALCULATING QUARTERLY FEES.

1. Projected date of Application for Final Decree:
   **The Reorganized Debtors estimate that it will take approximately 3-6 months to close these chapter 11 cases, but such estimate is subject to change based on the amount of time necessary to complete prosecution or resolution of preference claims, and finalize claims reconciliation processes and distribution calculations**.

2. Have plan payments been timely disbursed as required by the Plan? (*Please circle*) **Yes**   No

If no, explain the circumstances that have impacted the Debtor's ability to perform under the plan.

_____

_____

_____

_____

3. Is the Debtor current with all post petition and post confirmation debt?   **Yes**   No.   If No, please describe. _____

_____

_____

4. What remaining issues require resolution before an Application for Final Decree will be filed?

**Claims reconciliation, prosecution of preference claims and distribution calculations.**

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete, and correct to the best of my knowledge and belief.

Dated: April 20, 2017            By:   AUTHORIZED INDIVIDUAL

_____
(Signature)

Name & Title: K. Raja Bal
VP, CFO
Address: 243 Daniel Webster Highway,
Merrimack, NH 03054
Telephone: 603-883-5200

**Office of the United States Trustee**
**Region 1**
**Quarterly Post‑Confirmation Summary Report**
**For The Period 1/1/17-04/01/17**

Confirmation Date:
Disbursing Agent: (if applicable)

| **DEBTOR:** | **GTAT Corporation** | **GT Advanced Technologies Limited** | **GT Advanced Technologies Inc.** | **Consolidated** |
|---|---:|---:|---:|---:|
| **1.) Beginning Cash Balance** | **43,981,146** | **13,639,199** | **(47,638)** | **57,572,707** |
| Cash Receipts | | | | |
| From Business Operations | 12,605,247 | 387,569 | | 12,992,816 |
| From Loan Proceeds | - | | | - |
| From contributed capital | - | | | - |
| From tax refunds | 111,641 | | | 111,641 |
| From other sources (Preference Claims) | 1,992,896 | | | 1,992,896 |
| **2.) Total Cash receipts** | **14,709,784** | **387,569** | **-** | **15,097,353** |
| Cash Disbursements* | | | | |
| Plan payments - Administrative | (149,479) | | (191,971) | (341,450) |
| Plan payments - Secured Creditors | | | | - |
| Plan payments - Priority Creditors | | | | - |
| Plan payments - Unsecured Creditors | (6,984) | (2,676) | | (9,660) |
| Plan payments - Other | - | | (250,000) | (250,000) |
| Other payments; including loan redemption of $7.4M | (19,969,431) | (1,690,939) | | (21,660,370) |
| **3.) Total Cash Disbursements** | **(20,125,894)** | **(1,693,615)** | **(441,971)** | **(22,261,480)** |
| Inter debtor transfers | - | - | | - |
| **4.) Ending Cash Balance** | **38,565,036** | **12,333,153** | **(489,609)** | **50,408,580** |
| (line 1 + line 2 - line 3 = line 4) | | | | |

* **Please attach detail**.  ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR OR ON BEHALF OF THE REORGANIZED DEBTOR, EITHER UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSES OF CALCULATING QUARTERLY FEES.

GT ADVANCED TECHNOLOGIES INC. et al.,  Case No. 14-11916
Debtor  Reporting Period 01/01/17-04/01/17

SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| CASE NO. | CASE NAME | BANK CASH RECEIPTS [1] | BANK CASH DISBURSEMENTS [2] | Inter-Debtor Transfers |
|---|---|---|---|---|
| 14-11916 | GT Advanced Technologies Inc. | $ - | $ - | $ - |
| 14-11917 | GT Equipment Holdings, Inc. | $ - | $ - | $ - |
| 14-11919 | GTAT Corporation | $ 15,959,784 | $ (19,969,431) | $ - |
| 14-11920 | GT Advanced Technologies Limited | $ 387,569 | $ (1,690,939) | $ - |
| 14-11922 | Lindbergh Acquisition Corp. | $ - | $ - | $ - |
| 14-11923 | GT Sapphire Systems Group LLC | $ - | $ - | $ - |
| 14-11924 | GT Sapphire Systems Holding LLC | $ - | $ - | $ - |
| 14-11925 | GT Advanced CZ LLC | $ - | $ - | $ - |
| 14-11929 | GT Advanced Equipment Holding LLC | $ - | $ - | $ - |
|  | **Total Debtors** | **$ 16,347,353** | **$ (21,660,370)** | **$ -** |

**Notes:**
[1] Represents all receipts (excluding intercompany funding activity by and among Debtors).
[2] Represents operating disbursements, payroll, I/C funding to non debtors, restructuring disbursements and bank fees

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ 21,660,370 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ 21,660,370 |

GT ADVANCED TECHNOLOGIES INC. et al.,  Case No. 14-11916
Debtor  Reporting Period 01/01/17-04/01/17

**BANK ACCOUNT RECONCILIATIONS [1]**

| Entity | Bank | Account No. [2] | Description | Beginning Bank Balance | 04/01/17 Ending Bank Balance |
|---|---|---|---|---|---|
| GT Advanced Technologies Limited | Bank of America US | 7350 | Deposit Account | 10,538,810 | 10,517,100 |
| GT Advanced Technologies Limited | Bank of America Hong Kong | 2014 | Deposit Account | 57,230 | 110,204 |
| GT Advanced Technologies Limited | Bank of America Hong Kong | 2022 | Deposit Account | 3,544,563 | 2,211,814 |
| GTAT corporation | Bank of America | 6508 | Assurance Account [1] | 118,672 | 118,672 |
| GTAT Corporation | PNC Bank | 2373 | Delaware Trust Escrow Account [2] | 11,225,471 | 9,374,361 |
| GTAT Corporation d/b/a Crystal Systems | Bank of America | 1546 | Deposit Account | 9,159,798 | 10,450,736 |
| **Total Debtors Bank Cash** | | | | **$ 57,572,707** | **$ 50,408,580** |

**Notes:**
[1] Pursuant to a final order on October 30, 2014, the Company created an account for adequate assurance for utility providers (Docket No. 0388). This account has been repurposed to hold funds related to employee claims
[2] Delaware Trust Escrow account opened 3/17/16

| GT ADVANCED TECHNOLOGIES INC. et al., | Case No. | 14-11916 |
|---|---|---|
| Debtor | Reporting Period | 1/1/17 - 3/31/17 |

LITIGATION TRUST SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| ENTITY NAME | BANK CASH RECEIPTS | BANK CASH DISBURSEMENTS |
|---|---|---|
| Litigation Trust | $ 560,000 | $ 1,832,954 |

**NOTE:**
Pursuant to paragraph 8 of the Stipulation with the U.S. Trustee (Docket No. 3579),
cash disbursements by the Litigation Trustee are not subject to quarterly fees under 28 U.S.C. § 1930.