| PARTY DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO DIP LENDERS | AKIN GUMP STRAUSS HAUER & FELD LLP | BRAD M. KAHN | ONE BRYANT PARK | BANK OF AMERICA TOWER | NEW YORK | NY | 10036 | 212-872-1000 | 212-872-1002 | bkahn@akingump.com |
| COUNSEL TO REORGANIZED DEBTORS; & EUGENE I. DAVIS, AS LITIGATION TRUSTEE | AKIN GUMP STRAUSS HAUER & FELD LLP | MICHAEL S. STAMER, ESQ. & BRAD M. KAHN, ESQ. | ONE BRYANT PARK | | NEW YORK | NY | 10036 | 212-872-1000 | 212-872-1002 | bkahn@akingump.com; mstamer@akingump.com |
| APPLE INC. | APPLE INC. | ATTN: JESSICA L. FINK, SENIOR RESTRUCTURING COUNSEL | 1 INFINITE LOOP | | CUPERTINO | CA | 95014 | | | JFINK@APPLE.COM |
| ATTORNEYS FOR THE AD HOC COMMITTEE | BERNKOPF GOODMAN LLP | PETER B. MCGLYNN & JASON A. MANEKAS | 2 SEAPORT LANE | 9TH FLOOR | BOSTON | MA | 02210 | 617-790-3000 | 617-790-3300 | pmcglynn@bg-llp.com; jmanekas@bg-llp.com |
| ATTORNEY FOR SUMITOMO (SHI) CRYOGENICS OF AMERICA, INC.; QCM TECHNOLOGIES, INC.; & NAUMANN/HOBBS MATERIAL HANDLING CORPORATION II, INC. | BERNSTEIN SHUR SAWYER & NELSON PA | JENNIFER ROOD | 670 N COMMERCIAL ST, SUITE 108 | PO BOX 1120 | MANCHESTER | NH | 03105 | 603-623-8700 | 603-623-7775 | |
| COUNSEL FOR SUMITOMO ELECTRIC USA INC | BLAKELEY & BLAKELEY LLP | SCOTT E BLAKELEY | 2 PARK PLAZA | SUITE 400 | IRVINE | CA | 92614 | 949-260-0611 | 949-260-0613 | seb@blakeleyllp.com |
| ATTORNEYS FOR DUNCAN HARWOOD | CHERYL C. DESHAIES | | 24 FRONT ST, SUITE 111 | PO BOX 648 | EXETER | NH | 03833 | 603-580-1416 | 888-308-7131 | cdeshaies@deshaieslaw.com |
| FEE EXAMINER | CIARDI CIARDI & ASTIN | JOSEPH J. MCMAHON, JR. | 1204 N KING ST | | WILMINGTON | DE | 19801 | 302-658-1100 | 302-658-1300 | jmcmahon@ciardilaw.com |
| COUNSEL FOR TWIN CREEKS TECHNOLOGIES, INC. | CLEVELAND WATERS & BASS PA | DAVID W. RAYMENT & WILLIAM B. PRIBIS | 2 CAPITAL PLAZA, 5TH FLOOR | PO BOX 1137 | CONCORD | NH | 03302-7761 | 603-224-7761 | 603-224-6457 | raymentd@cwbpa.com; pribisw@cwbpa.com |
| COUNSEL FOR INDENTURE TRUSTEE FOR THE DEBTORS' 3.00% CONVERTIBLE SENIOR NOTES DUE 2017, AND 3.00% CONVERTIBLE SENIOR NOTES DUE 2020 | CLEVELAND WATERS & BASS PA | STEVEN M. NOTINGER | 2 CAPITAL PLAZA, 5TH FLOOR | PO BOX 1137 | CONCORD | NH | 03302-1137 | 603-224-7761 | 603-224-6457 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND COUNSEL TO SANMINA CORPORATION AND SANMINA-SCI SYSTEMS (KUNSHAN) CO. LTD. | DEVINE, MILLIMET & BRANCH, PA | STEVEN E. GRILL, MATTHEW R. JOHNSON, COLIN P. MAHER & CHARLES R. POWELL | 111 AMHERST ST | | MANCHESTER | NH | 03101 | 603-669-1000 | 603-669-8547 | mjohnson@devinemillimet.com; cpowell@devinemillimet.com |
| ATTORNEYS FOR ARGO PARTNERS; CONTRARIAN CAPITAL MANAGEMENT, LLC; ASM CAPITAL V, LP; BOWERY INVESTMENT MANAGEMENT, LLC; TANNOR PARTNERS CREDIT FUND, LP; | DONAHUE, TUCKER & CIANDELLA, PLLC | LIZABETH M. MACDONALD & CHRISTOPHER T. HILSON | 225 WATER ST | | EXETER | NH | 03833 | 603-778-0686 | | lmacdonald@dtclawyers.com; chilson@dtclawyers.com |
| COUNSEL TO SANMINA CORPORATION | DRINKER BIDDLE & REATH LLP | ROBERT K. MALONE & MARITA S. ERBECK | 600 CAMPUS DRIVE | | FLORHAM PARK | NJ | 07932-1047 | 973-549-7000 | 973-360-9831 | Robert.Malone@dbr.com; Marita.Erbeck@dbr.com |
| COUNSEL FOR CERTAIN UNAFFILIATED HOLDERS OF THE DEBTORS' 3.00% CONVERTIBLE SENIOR NOTES DUE 2017, AND 3.00% CONVERTIBLE SENIOR NOTES DUE 2020; FIDELITY CONVERTIBLES SECURITIES INVESTMENT TRUST; FIDELITY DEVONSHIRE TRUST: FIDELITY EQUITY-INCOME FUND; & FIDELITY FINANCIAL TRUST: FIDELITY CONVERTIBLE SECURITIES FUND | DRUMMOND WOODSUM | BENJAMIN E. MARCUS | 100 INTERNATIONAL DRIVE | | PORTSMOUTH | NH | 03801 | 603-433-3317 | | bmarcus@dwmlaw.com |
| COUNSEL TO REORGANIZED DEBTORS; & EUGENE I. DAVIS, AS LITIGATION TRUSTEE | DRUMMOND WOODSUM | JEREMY R. FISCHER, ESQ. | 1001 ELM STREET | #303 | MANCHESTER | NH | 03101 | 603-716-2895 | | jfischer@dwmlaw.com |
| COUNSEL FOR POWERTEC ENERGY CORP. | DUANE MORRIS LLP | JOHN ROBERT WEISS | 190 S LASALLE ST | SUITE 3700 | CHICAGO | IL | 60603-3433 | 312-499-6700 | 312-499-6701 | jrweiss@duanemorris.com |
| INTERESTED PARTY | EDWARD STARSKI | | 17475 DEER HILL RD | SUITE B | HIDDEN VALLEY LAKE | CA | 95467 | 209-782-7754 | | estarski@gmail.com |
| ATTORNEYS FOR MIDLAND PRECISION MACHINING INC; DYNAMIC MOTION CONTROL, INC.; SGL CARBON FAR EAST LTD.; & SGL CARBON LLC | FORD & MCPARTLIN PA | EDMOND J FORD | 10 PLEASANT ST | SUITE 400 | PORTSMOUTH | NH | 03801 | 603-433-2002 | 603-433-2122 | eford@fordlaw.com |
| COUNSEL FOR SGL CARBON FAR EAST LTD; & SGL CARBON LLC | FORD & MCPARTLIN PA | RYAN M. BORDEN | 10 PLEASANT ST | SUITE 400 | PORTSMOUTH | NH | 03801 | 603-433-2002 | 603-433-2122 | rborden@fordlaw.com |
| COUNSEL TO DECCO, INC. | GAGLIUSO & GAGLIUSO PA | KELLY J. GAGLIUSO | 32 DANIEL WEBSTER HIGHWAY | SUITE 14 | MERRIMACK | NH | 03054 | 603-595-4500 | | kgagliuso@gagliuso.com |
| COUNSEL TO METRO WALLS, INC. | GAGLIUSO & GAGLIUSO PA | RICHARD C. GAGLIUSO & KELLY J. GAGLIUSO | 32 DANIEL WEBSTER HIGHWAY | SUITE 14 | MERRIMACK | NH | 03054 | 603-595-4500 | | rgagliuso@gagliuso.com; kgagliuso@gagliuso.com |
| INTERESTED PARTY | GE CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC f/d/b/a IKON FINANCIAL SERVICES | CHRISTINE R. ETHERIDGE, BANKRUPTCY ADMINISTRATION | 1738 BASS ROAD | PO BOX 13708 | MACON | GA | 31208-3708 | 800-480-6513 | | |
| ATTORNEYS FOR CREDITOR, ADVANCED PROCESS SYSTEMS, LLC; & CO-COUNSEL FOR CITIGROUP FINANCIAL PRODUCTS INC. | GREENBAUM, ROWE, SMITH & DAVIS, LLP | ATTN: NANCY ISAACSON | 75 LIVINGSTON AVE | SUITE 301 | ROSELAND | NJ | 07068-3701 | 973-577-1930 | 973-577-1931 | nisaacson@greenbaumlaw.com |
| ATTORNEYS FOR DIAMOND MATERIALS TECH, INC., MEYER BURGER TECHNOLOGY AG, AND MBT SYSTEMS LTD. | GREENBERG TRAURIG, PA | ROBERT A. SORIANO | 101 E KENNEDY BLVD | SUITE 1900 | TAMPA | FL | 33602-5148 | 813-318-5700 | 813-318-5900 | |
| DEBTORS | GT ADVANCED TECHNOLOGIES INC. | ATTN: GENERAL COUNSEL | 5 Wentworth Drive, Unit 1 | | Hudson | NH | 03501 | | | |
| ATTORNEYS FOR GRANITE STATE PLUMBING AND HEATING, LLC | HINCKLEY, ALLEN & SNYDER LLP | DANIEL M. DESCHENES | 11 SOUTH MAIN ST | SUITE 400 | CONCORD | NH | 03301-4846 | 603-545-6110 | | ddeschenes@hinckleyallen.com |
| IRS | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | 800-973-0424 | 855-235-6787 | |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | JOSEPH CORRIGAN | ONE FEDERAL STREET | | BOSTON | MA | 02110 | 617-535-4744 | 617-451-0409 | Bankruptcy2@ironmountain.com |
| COUNSEL FOR HeBei HENGBO CERAMIC MATERIALS CO., LTD. | JAMES BATES BRANNAN GROOVER LLP | J WILLIAM BOONE & DOROTEYA N WOZNIAK | 3399 PEACHTREE ROAD | SUITE 1700 | ATLANTA | GA | 30326 | 404-997-6020 | 404-997-6021 | bboone@jamesbatesllp.com; dwozniak@jamesbatesllp.com |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KELLEY DRYE & WARREN, LLP | JAMES S. CARR, JASON R. ADAMS, JENNIFER RAVIELE & WILLIAMS S. GYVES | 101 PARK AVENUE | | NEW YORK | NY | 10178 | 212-808-7800 | 212-808-7897 | jadams@kelleydrye.com; Jraviele@KelleyDrye.com; wgyves@kelleydrye.com |
| COUNSEL TO CERTAIN UNAFFILIATED CREDITORS OF THE DEBTORS | KELLY LAW PLLC | JAMES D. KELLY | 16 BROAD ST | | NASHUA | NH | 03064 | 603-809-4230 | | jim@kellylawnh.com |
| CLAIMS AND NOTICING AGENT | KURTZMAN CARSON CONSULTANTS | MICHAEL PAQUE | 222 N. PACIFIC COAST HIGHWAY | SUITE 300 | EL SEGUNDO | CA | 90245 | | | GTATInfo@kccllc.com |
| COUNSEL FOR INDENTURE TRUSTEE FOR THE DEBTORS' 3.00% CONVERTIBLE SENIOR NOTES DUE 2017, AND 3.00% CONVERTIBLE SENIOR NOTES DUE 2020 | LOEB & LOEB LLP | WALTER H. CURCHACK & VADIM J. RUBINSTEIN | 345 PARK AVENUE | | NEW YORK | NY | 10154 | 212-407-4000 | 212-407-4990 | wcurchack@loeb.com; vrubinstein@loeb.com |
| ATTORNEYS FOR UNITED PARCEL SERVICE, INC. AND UPS SUPPLY CHAIN SERVICES, INC. | MCLANE MIDDLETON, PROFESSIONAL ASSOCIATION | CHRISTOPHER M. DUBE | 900 ELM STREET | PO BOX 326 | MANCHESTER | MA | 03105 | 603-625-6464 | 603-625-5650 | christopher.dube@mclane.com |

| PARTY DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| ATTORNEYS FOR HANGZHOU DAHE THERMO-MAGNETICS CO. | MESMER & DELEAULT, PLLC | JOSHUA N. MESMER | 41 BROOK ST | | MANCHESTER | NH | 03104 | 603-668-1971 | 603-622-1445 | josh@biz-patlaw.com |
| ATTORNEY FOR DEPARTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE | ATTN STEVEN A GINTHER, BANKRUPTCY UNIT | PO BOX 475 | | JEFFERSON CITY | MO | 65105-0475 | 573-751-5531 | 573-751-7232 | nhecf@dor.mo.gov |
| CO-COUNSEL FOR DEBTORS | NIXON PEABODY LLP | ATTN: DANIEL W. SKLAR, ESQ. | 900 ELM STREET | | MANCHESTER | NH | 03101-2031 | | | dsklar@nixonpeabody.com |
| PUBLIC SERVICE COMPANY OF NEW HAMPSIRE | NORTHEAST UTILITIES SERVICE COMPANY | HONOR S HEALTH | LEGAL DEPARTMENT | PO BOX 270 | HARTFORD | CT | 06141-0270 | 860-665-4865 | 860-665-5504 | honor.health@nu.com |
| ATTORNEYS FOR WILLIAM K. HARRINGTON, US TRUSTEE | OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 1 | ANN MARIE DIRSA & GERALDINE KARONIS | 1000 ELM ST | SUITE 605 | MANCHESTER | NH | 03101 | 603-666-7908 | 603-666-7913 | ann.marie.dirsa@usdoj.gov; Geraldine.L.Karonis@usdoj.gov |
| COUNSEL TO CITIGROUP FINANCIAL SERVICES, INC. | ORR & RENO PA | JAMES F. LABOE | 45 S. MAIN ST | PO BOX 3550 | CONCORD | NH | 03302-3550 | 603-223-9187 | 603-223-9087 | jlaboe@orr-reno.com |
| ATTORNEYS FOR STEEL-CRAFT CORP OF HARTFORD; FOR CITIGROUP FINANCIAL SERVICES, INC.; FOR MCCARTHY BUILDING COMPANIES, INC.; & KERRY LOGISTICS (HONG KONG) LIMITED AND KERRY FREIGHT (HONG KONG) LIMITED) | ORR & RENO PA | LISA SNOW WADE | 45 S MAIN ST | | CONCORD | NH | 03302 | 603-224-2381 | 603-224-2318 | lwade@orr-reno.com |
| ATTORNEYS FOR DOW JONES & COMPANY, INC | ORR & RENO PA | LISA SNOW WADE & JEFFREY C. SPEAR | 45 S MAIN ST | | CONCORD | NH | 03302 | 603-224-2381 | 603-224-2318 | lwade@orr-reno.com; jcs@orr-reno.com |
| COUNSEL TO CITIGROUP FINANCIAL SERVICES, INC. | ORRICK, HERRINGTON & SUTCLIFFE LLP | LAURA D. METZGER & RANIERO D'AVERSA | 51 WEST 52ND ST | | NEW YORK | NY | 10019-6142 | 212-506-5000 | 212-506-5151 | lmetzger@orrick.com; rdaversa@orrick.com |
| COUNSEL TO CITIGROUP FINANCIAL PRODUCTS, INC. | ORRICK, HERRINGTON & SUTCLIFFE LLP | PETER J. AMEND | 51 WEST 52ND ST | | NEW YORK | NY | 10019-6142 | 212-506-5000 | 212-506-5151 | pamend@orrick.com |
| COUNSEL FOR DEBTORS | PAUL HASTINGS LLP | ATTN: JAMES T. GROGAN, III, ESQ. | 600 TRAVIS STREET | 58TH FLOOR | HOUSTON | TX | 77002 | | | |
| COUNSEL FOR DEBTORS | PAUL HASTINGS LLP | ATTN: LUC DESPINS, ESQ. | 200 PARK AVENUE | | NEW YORK | NY | 10166 | | | lucdespins@paulhastings.com |
| COUNSEL FOR DCM TECH, INC.; & INTEGO GmbH | PIERCE ATWOOD LLP | LAWRENCE M. EDELMAN | ONE NEW HAMPSHIRE AVE | SUITE 350 | PORTSMOUTH | NH | 03801 | 603-433-6300 | | |
| ATTORNEYS FOR THE AD HOC COMMITTEE | POLSINELLI PC | CHRISTOPHER A. WARD, SHANTI M. KATONA & JARRETT VINE | 222 DELAWARE AVE | SUITE 1101 | WILMINGTON | DE | 19801 | 302-252-0920 | 302-252-0921 | cward@polsinelli.com; skatona@polsinelli.com; jvine@polsinelli.com |
| ATTORNEYS FOR THE AD HOC COMMITTEE | POLSINELLI PC | DAVID BARRACK | 900 THIRD AVE | 21ST FLOOR | NEW YORK | NY | 10022 | 212-684-0199 | 212-684-0197 | dbarrack@polsinelli.com |
| ATTORNEYS FOR APPLE, INC. | PRETI, FLAHERTY, BELIVEAU & PACHIOS, PLLP | JOHN M SULLIVAN & GREGORY A MOFFETT | 57 NORTH MAIN STREET | PO BOX 1318 | CONCORD | NH | 03302-1318 | 603-410-1500 | | jsullivan@preti.com; gmoffett@preti.com |
| ATTORNEYS FOR HARRINGTON INDUSTRIAL PLASTICS, LLC DBA HARRINGTON PURE/E&S TECHNOLOGIES & G4S SECURE SOLUTIONS (USA), INC. | PRIMMER PIPER EGGLESTON & CRAMER PC | THOMAS J. PAPPAS | PO BOX 3600 | | MANCHESTER | NH | 03105-3600 | 306-626-3300 | | tpappas@primmer.com |
| COUNSEL FOR PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE | PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE | CHRISTOPHER J. ALLWARDEN, SENIOR COUNSEL, LAW DEPARTMENT | 780 No. COMMERCIAL ST | PO BOX 330 | MANCHESTER | NH | 03105-0330 | 603-634-2459 | 603-634-2438 | nhlegal@nu.com |
| AUTHORIZED AGENT FOR RSA SECURITY, LLC, A DIVISION OF EMC CORPORATION | RSA SECURITY, LLC, A DIVISION OF EMC CORPORATION | c/o RECEIVABLE MANAGEMENT SERVICES (RMS) | ATTN RONALD L. ROWLAND, AGENT | 307 INTERNATIONAL CIRCLE, SUITE 270 | HUNT VALLEY | MD | 21030 | 410-773-4002 | | |
| COUNSEL FOR ROSENDIN ELECTRIC | RUTAN & TUCKER, LLP | CAROLINE DJANG | 611 ANTON BLVD | SUITE 1400 | COSTA MESA | CA | 92626 | 714-641-5100 | 714-546-9035 | |
| COUNSEL FOR ROSENDIN ELECTRIC | RUTAN & TUCKER, LLP | JOHN L. ANTRACOLI | 3000 EL CAMINO REAL, SUITE 200 | FIVE PALO ALTO SQUARE | PALO ALTO | CA | 94306-9814 | 650-320-1500 | 650-320-9905 | JAntracoli@rutan.com |
| ATTORNEYS FOR AIRGAS USA, LLC; & PLANSEE SE and PLANSEE USA LLC | SHEEHAN PHINNEY BASS & GREEN PA | CHRISTOPHER M. CANDON | 1000 ELM ST | 17TH FLOOR | MANCHESTER | NH | 03101 | 603-627-8168 | 603-641-8768 | ccandon@sheehan.com |
| ATTORNEYS FOR CREDITORS CASPIAN CAPITAL LP, CITIGROUP FINANCIAL PRODUCTS INC., CORRE PARTNERS MANAGEMENT LLC, EMPYREAN CAPITAL PARTNERS, LP, JEFFERIES LLC, PRIVET FUND MANAGEMENT LLC, QPB HOLDINGS LTD., WBOX2014-3 LTD., & WOLVERINE FLAGSHIP FUND TRADING LIMITED | SHEEHAN PHINNEY BASS & GREEN PA | JAMES L. LAMONTAGNE | 1000 ELM ST | PO BOX 3701 | MANCHESTER | NH | 03105-3701 | 603-627-8168 | 603-627-8121 | jlamontagne@sheehan.com; ntoli@sheehan.com |
| ATTORNEY FOR STARR INDEMNITY & LIABILITY COMPANY | STARR INDEMNITY & LIABILITY COMPANY | ROSS M. CHINITZ | 445 PARK AVENUE | 5TH FLOOR | NEW YORK | NY | 10022 | 646-227-6409 | | ross.chinitz@starrcompanies.com |
| INTERESTED PARTY | STATE OF NEW HAMPSHIRE, DEPARTMENT OF EMPLOYMENT SECURITY | WALTER L. MARONEY | 45 SOUTH FRUIT ST | | CONCORD | NH | 03301 | 603-228-4062 | | usbc@nhes.nh.gov |
| ATTORNEY FOR STEEL-CRAFT CORP. OF HARTFORD | STEEL-CRAFT CORP. OF HARTFORD | c/o MICHAEL D. JANKOWSKI | REINHART BOERNER VAN DEUREN s.c. | 1000 N WATER ST, SUITE 1700 | MILWAUKEE | WI | 53202 | 414-298-1000 | 414-298-8097 | mjankowski@reinhartlaw.com |
| SPECIAL LITIGATION COUNSEL FOR THE REORGANIZED DEBTORS | SULLIVAN & WORCESTER LLP | JEANNE P. DARCEY, NATHANIEL R.B. KOSLOF & MATTHEW E. LANE | ONE POST OFFICE SQUARE | | BOSTON | MA | 02109 | 617-338-2400 | 617-338-2880 | jdarcey@sandw.com; nkoslof@sandw.com; mlane@sandw.com |
| SPECIAL LITIGATION COUNSEL FOR THE REORGANIZED DEBTORS | SULLIVAN & WORCESTER LLP | JEFFREY R. GEIT & ANDREW T. SOLOMON | 1633 BROADWAY | | NEW YORK | NY | 10019 | 212-660-3000 | 212-660-3001 | jgleit@sandw.com; |
| ATTORNEYS FOR GT ADVANCED TECHNOLOGIES, INC., AND GTAT CORPORATION | SULLOWAY & HOLLIS, P.L.L.C. | CHRISTOPHER J. PYLES | 9 CAPITOL ST | | CONCORD | NH | 03301 | 603-223-2834 | 603-223-2934 | cpyles@sulloway.com |
| ATTORNEYS FOR GREEN LEAF CONSTRUCTION, LLC; CI-DESIGN, INC.; ADVANCED PROCESS SYSTEMS, LLC; & PLANSEE SE | TAMPOSI LAW GROUP PC | PETER N. TAMPOSI AND KIM DESISTO | 159 MAIN ST | | NASHUA | NH | 03060 | 603-204-5513 | 603-204-5515 | peter@thetamposilawgroup.com |
| ATTONERYS FOR EME TECHNOLOGIES, INC. | THE LAW OFFICES OF CHRISTINE A. ROBISON, APC | CHRISTINE A. ROBISON | 1501 THE ALAMEDA, SUITE 100 | | SAN JOSE | CA | 95126 | 408-350-3344 | 408-350-3345 | crobison@crobisonlaw.com |
| INDENTURE TRUSTEE FOR THE DEBTORS' 3.00% CONVERTIBLE SENIOR NOTES DUE 2017, AND 3.00% CONVERTIBLE SENIOR NOTES DUE 2020 | U.S. BANK NATIONAL ASSOCIATION | ATTN: HAZRAT R. HANIFF & BARRY IHRKE | 60 LIVINGSTON AVENUE | | ST PAUL | MN | 55107 | | | HAZRAT.HANIFF@USBANK.COM; BARRY.IHRKE@USBANK.COM |
| SEC | U.S. SECURITIES AND EXCHANGE COMMISSION | | 100 F STREET, NE | | WASHINGTON | DC | 20549 | | | SECBankruptcy-OGC-ADO@SEC.GOV |
| US ATTORNEYS OFFICE DISTRICT OF NEW HAMPSHIRE | US ATTORNEYS OFFICE DISTRICT OF NEW HAMPSHIRE | | 53 PLEASANT STREET, 4TH FLOOR | | CONCORD | NH | 03301 | 603-225-1552 | | |
| COUNSEL TO THE CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM; & BANKRUPTCY COUNSEL FOR THE SECUTRITIES PLAINTIFFS | VICTOR W. DAHAR PA | ELEANOR DAHAR | 20 MERRIMACK ST | | MANCHESTER | NH | 03101 | 603-622-6595 | 603-647-8054 | edahar@att.net |

| PARTY DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO PLANSEE SE AND PLANSEE USA LLC | VOGEL BACH & HORN, LLP | HEIKE M. VOGEL & ERIC H. HORN | 1441 BROADWAY | 5TH FLOOR | NEW YORK | NY | 10018 | 212-242-8350 | 646-607-2075 | hvogel@vogelbachpc.com; ehorn@vogelbachpc.com |
| ATTORNEYS FOR APPLE, INC. AND PLATYPUS DEVELOPMENT LLC | WEIL GOTSHAL & MANGES LLP | GARY T. HOLTZER, MICHAEL F. WALSH, ROBERT J. LEMONS, MARK I. BERNSTEIN & BLAIRE CAHN | 767 FIFTH AVENUE | | NEW YORK | NY | 10153-0119 | 212-310-8000 | 212-310-8007 | gary.holtzer@weil.com; michael.walsh@weil.com; robert.lemons@weil.com |
| COUNSEL FOR INTERSTATE ELECTRICAL SERVICES CORPORATION | WELTS, WHITE & FONTAINE, PC | JACK S. WHITE | 29 FACTORY STREET | PO BOX 507 | NASHUA | NH | 03061-0507 | 603-883-0797 | 603-883-8723 | jwhite@lawyersnh.com |
| COUNSEL FOR TURNER TOOLING CO., INC.; CREDITOR PC CONNECTION SALES CORP.; WRISLEY ABRASIVES LLC; & TERA XTAL TECHNOLOGY CORP. | WILLIAM S. GANNON PLLC | WILLIAM S. GANNON | 889 ELM ST | 4TH FLOOR | MANCHESTER | NH | 03101 | 603-621-0833 | 603-621-0830 | bgannon@gannonlawfirm.com |
| ATTORNEYS FOR CREDITORS CASPIAN CAPITAL LP, CITIGROUP FINANCIAL PRODUCTS INC., CORRE PARTNERS MANAGEMENT LLC, EMPYREAN CAPITAL PARTNERS, LP, JEFFERIES LLC, PRIVET FUND MANAGEMENT LLC, QPB HOLDINGS LTD., WBOX2014-3 LTD., & WOLVERINE FLAGSHIP FUND TRADING LIMITED | WILMER CUTLER PICKERING HALE AND DORR LLP | BENJAMIN LOVELAND | 60 STATE ST | | BOSTON | MA | 02109 | 617-526-6000 | 617-526-5000 | benjamin.loveland@wilmerhale.com |
| ATTORNEYS FOR CREDITORS CASPIAN CAPITAL LP, CITIGROUP FINANCIAL PRODUCTS INC., CORRE PARTNERS MANAGEMENT LLC, EMPYREAN CAPITAL PARTNERS, LP, JEFFERIES LLC, PRIVET FUND MANAGEMENT LLC, QPB HOLDINGS LTD., WBOX2014-3 LTD., & WOLVERINE FLAGSHIP FUND TRADING LIMITED | WILMER CUTLER PICKERING HALE AND DORR LLP | PHILIP D. ANKER & ANDREW GLANTZ | 7 WORLD TRADE CENTER | 250 GREENWICH ST | NEW YORK | NY | 10007 | 212-230-8800 | 212-230-8888 | philip.anker@wilmerhale.com |