UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **GT ADVANCED TECHNOLOGIES INC.,** *et al.*, | : | **Case No. 14-11916-CJP** |
| | : | **(Jointly Administered)** |
| | : | |
| Reorganized Debtors.[1] | : | RE: Docket No. 4428 |
| | : | |

**CERTIFICATE OF COUNSEL UNDER 28 U.S.C. § 1746 REQUESTING ENTRY, WITHOUT A HEARING, OF ORDER GRANTING REORGANIZED DEBTORS' MOTION FOR FINAL DECREE CLOSING THE CHAPTER 11 CASES OF GT ADVANCED TECHNOLOGIES INC. AND GT ADVANCED TECHNOLOGIES LIMITED PURSUANT TO BANKRUPTCY CODE SECTION 350(a), BANKRUPTCY RULE 3022, AND LBR 3022-1**

Pursuant to 28 U.S.C. § 1746, and in accordance with paragraph 19 of this Court's case management procedures set forth in the *Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 1015(c) and 9007, Implementing Certain Notice and Case Management Procedures* [Docket No. 83] (the "Case Management Order"), the undersigned hereby certifies as follows:

1.   On July 17, 2019, the Reorganized Debtors filed the *Reorganized Debtors' Motion for Final Decree Closing the Chapter 11 Cases of GT Advanced Technologies, Inc. and GT Advanced Technologies Limited Pursuant to Bankruptcy Code Section 350(a), Bankruptcy Rule 3022, and LBR 3022-1* [Docket No. 4428] (the "Motion to Close"). The deadline for parties in interest to file objections or responses to the Motion to Close was August 1, 2019 at 4:00 p.m. Eastern (the "Objection Deadline").

---

[1] The Reorganized Debtors, along with the last four digits of each reorganized debtor's tax identification number, as applicable, are:  GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), and GT Advanced Technologies Limited (1721).  The Reorganized Debtors' corporate headquarters are located at 5 Wentworth Drive, Unit 1, Hudson, NH 03501.

1

2. On July 17, 2019, Kurtzman Carson Consultants LLC, the Reorganized Debtors' noticing agent, served copies of the Motion to Close, all exhibits related thereto, and the proposed Final Decree on (a) the master Electronic Mail service list in this case via Electronic Mail, and (b) the master mail service list in this case via Overnight Mail. See Docket No. 4431.

3. The Objection Deadline has now passed and, to the best of my knowledge, no responses to the Motion to Close were filed with the Court. The Reorganized Debtors received an informal response from counsel to the Office of the United States Trustee (the "UST"), and after consultations between counsel, the concerns of the UST have been addressed and resolved by agreement of the parties to delete the final sentence of paragraph 2 of the proposed Final Decree. Clean and redline versions of the revised proposed Final Decree are attached hereto as **Exhibit A** and **Exhibit B**, respectively. No other responses to the Motion to Close have been served on counsel to the Reorganized Debtors to date.

4. The Case Management Order provides that the Court may approve the relief requested in a pleading without a hearing provided that (a) any objection or response filed by the applicable objection deadline has been resolved by agreement, and (b) after the applicable objection deadline, the attorney for the moving party files with the Court a certificate stating that any objections to the pleading have been resolved by agreement, along with an order granting the relief requested in the applicable pleading.

5. Accordingly, for the reasons set forth in the Motion to Close, the Reorganized Debtors request that the revised proposed Final Decree filed herewith as **Exhibit A** be approved and entered in accordance with the procedures described in the Case Management Order.

**I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated:  August 2, 2019                          Respectfully submitted,

*/s/ Jeremy R. Fischer*
Jeremy R. Fischer (BNH #07143)
DRUMMOND WOODSUM
1001 Elm Street, #303
Manchester, New Hampshire 03101
Telephone: (603) 716-2895
E-mail: jfischer@dwmlaw.com

    - and -

Michael S. Stamer (admitted *pro hac vice*)
Brad M. Kahn (admitted *pro hac vice*)
Joanna F. Newdeck (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
E-mail: mstamer@akingump.com
         bkahn@akingump.com
         jnewdeck@akingump.com

*Counsel to the Reorganized Debtors*

**<u>Exhibit A</u>**

**Final Decree – Clean Version**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

------------------------------------------------------------X
:
*In re:* : Chapter 11
:
**GT ADVANCED TECHNOLOGIES INC.**, *et al.*, : Case No. 14-11916-CJP
:
Reorganized Debtors.[1] : Jointly Administered
:
------------------------------------------------------------x

**FINAL DECREE CLOSING THE CHAPTER 11 CASES OF GT ADVANCED TECHNOLOGIES INC. AND GT ADVANCED TECHNOLOGIES LIMITED PURSUANT TO BANKRUPTCY CODE SECTION 350(a), BANKRUPTCY RULE 3022, AND LBR 3022-1**

Upon the Motion (the "Motion")[2] of the Remaining Debtors for entry of the *Final Decree Closing the Chapter 11 Cases of GT Advanced Technologies Inc. and GT Advanced Technologies Limited Pursuant to Bankruptcy Code Section 350(a), Bankruptcy Rule 3022, and LBR 3022-1*, and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Remaining Debtors, their

---

[1] The Reorganized Debtors, along with the last four digits of each reorganized debtor's tax identification number, as applicable, are: GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), and GT Advanced Technologies Limited (1721). The Reorganized Debtors' corporate headquarters are located at 5 Wentworth Drive, Unit 1, Hudson, NH 03501.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

estates and creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED.

2. The chapter 11 cases of GT Advanced Technologies Inc. (Case No. 14-11916), and GT Advanced Technologies Limited (Case No. 14-11920) are hereby closed for all purposes in accordance with the provisions of section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and LBR 3022-1, without prejudice to the rights of the Reorganized Debtors or any other party in interest to seek to reopen such cases for good cause shown; <u>provided</u>, <u>however</u>, that the Bankruptcy Court shall retain jurisdiction as is provided for in the Plan.

3. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

4. The requirement set forth in LBR 7102(b)(2) that any motion filed shall have an accompanying memorandum of law is waived.

5. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Final Decree.

Dated: _____, 2019

                                                            _____
                                                            HONORABLE CHRISTOPHER J. PANOS
                                                            UNITED STATE BANKRUPTCY JUDGE

**Exhibit B**

**Final Decree – Redline Version**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

-----------------------------------------------------------x
                     :
*In re:*               :  **Chapter 11**
                     :
**GT ADVANCED TECHNOLOGIES INC.,** *et al.,* :  **Case No. 14-11916-CJP**
                     :
    **Reorganized Debtors.**[1]      :  **Jointly Administered**
                     :
-----------------------------------------------------------x

**FINAL DECREE CLOSING THE CHAPTER 11 CASES OF GT ADVANCED TECHNOLOGIES INC. AND GT ADVANCED TECHNOLOGIES LIMITED PURSUANT TO BANKRUPTCY CODE SECTION 350(a), BANKRUPTCY RULE 3022, AND LBR 3022-1**

    Upon the Motion (the "Motion")[2] of the Remaining Debtors for entry of the *Final Decree Closing the Chapter 11 Cases of GT Advanced Technologies Inc. and GT Advanced Technologies Limited Pursuant to Bankruptcy Code Section 350(a), Bankruptcy Rule 3022, and LBR 3022-1*, and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Remaining Debtors, their

---

[1] The Reorganized Debtors, along with the last four digits of each reorganized debtor's tax identification number, as applicable, are: GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), and GT Advanced Technologies Limited (1721). The Reorganized Debtors' corporate headquarters are located at 5 Wentworth Drive, Unit 1, Hudson, NH 03501.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

estates and creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED.

2. The chapter 11 cases of GT Advanced Technologies Inc. (Case No. 14-11916), and GT Advanced Technologies Limited (Case No. 14-11920) are hereby closed for all purposes in accordance with the provisions of section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and LBR 3022-1, without prejudice to the rights of the Reorganized Debtors or any other party in interest to seek to reopen such cases for good cause shown; <u>provided</u>, <u>however</u>, that the Bankruptcy Court shall retain jurisdiction as is provided for in the Plan.

3. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

4. The requirement set forth in LBR 7102(b)(2) that any motion filed shall have an accompanying memorandum of law is waived.

5. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Final Decree.

Dated: _____, 2019

_____
HONORABLE CHRISTOPHER J. PANOS
UNITED STATE BANKRUPTCY JUDGE

**Deleted:** For the avoidance of doubt, no fees and charges shall be due to the U.S. Trustee under 28 U.S.C. § 1930 in respect of the Remaining Debtors for any period as of the date of the entry of this Order.