## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

------------------------------------------------------------x
                                                    :

*In re:*                                          :     Chapter 11

**GT ADVANCED TECHNOLOGIES INC.,** *et al.***,**   :     Case No. 14-11916 (CJP)

           **Reorganized Debtors.**[1]          :

                                                   :     Jointly Administered
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

       On August 9, 2019, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via Overnight Mail upon the service list attached hereto as **Exhibit B**:

- **Certificate of Counsel Under 28 U.S.C. § 1746 Requesting Entry, Without a Hearing, of Order Granting Reorganized Debtors' Motion for Final Decree Closing the Chapter 11 Cases of GT Advanced Technologies Inc. and GT Advanced Technologies Limited Pursuant to Bankruptcy Code Section 350(a), Bankruptcy Rule 3022, and LBR 3022-1** [Docket No. 4432]

Dated: August 9, 2019

                                                                          /s/   Travis R. Buckingham
                                                                         Travis R. Buckingham
                                                                         KCC
                                                                         2335 Alaska Ave
                                                                         El Segundo, CA 90245
                                                                         Tel 310.751.2622

---

[1] The Reorganized Debtors, along with the last four digits of each debtor's tax identification number, as applicable, are: GT Advanced Technologies Inc. (6749) and GT Advanced Technologies Limited (1721). The Debtors' corporate headquarters are located at 5 Wentworth Drive, Unit 1, NH 03051.

# Exhibit A

**Exhibit A**
MSL/2002 List
Served via Electronic Mail

| PARTY DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| COUNSEL TO DIP LENDERS | AKIN GUMP STRAUSS HAUER & FELD LLP | BRAD M. KAHN | bkahn@akingump.com |
| COUNSEL TO REORGANIZED DEBTORS; & EUGENE I. DAVIS, AS LITIGATION TRUSTEE | AKIN GUMP STRAUSS HAUER & FELD LLP | MICHAEL S. STAMER, ESQ. & BRAD M. KAHN, ESQ. | bkahn@akingump.com; mstamer@akingump.com |
| APPLE INC. | APPLE INC. | ATTN: JESSICA L. FINK, SENIOR RESTRUCTURING COUNSEL | JFINK@APPLE.COM |
| ATTORNEYS FOR THE AD HOC COMMITTEE | BERNKOPF GOODMAN LLP | PETER B. MCGLYNN & JASON A. MANEKAS | pmcglynn@bg-llp.com; jmanekas@bg-llp.com |
| COUNSEL FOR SUMITOMO ELECTRIC USA INC | BLAKELEY & BLAKELEY LLP | SCOTT E BLAKELEY | seb@blakeleyllp.com |
| ATTORNEYS FOR DUNCAN HARWOOD | CHERYL C. DESHAIES | | cdeshaies@deshaieslaw.com |
| FEE EXAMINER | CIARDI CIARDI & ASTIN | JOSEPH J. MCMAHON, JR. | jmcmahon@ciardilaw.com |
| COUNSEL FOR TWIN CREEKS TECHNOLOGIES, INC. | CLEVELAND WATERS & BASS PA | DAVID W. RAYMENT & WILLIAM B. PRIBIS | raymentd@cwbpa.com; pribisw@cwbpa.com |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND COUNSEL TO SANMINA CORPORATION AND SANMINA-SCI SYSTEMS (KUNSHAN) CO. LTD. | DEVINE, MILLIMET & BRANCH, PA | STEVEN E. GRILL, MATTHEW R. JOHNSON, COLIN P. MAHER & CHARLES R. POWELL | mjohnson@devinemillimet.com; cmaher@devinemillimet.com; cpowell@devinemillimet.com |
| ATTORNEYS FOR ARGO PARTNERS; CONTRARIAN CAPITAL MANAGEMENT, LLC; ASM CAPITAL V, LP; BOWERY INVESTMENT MANAGEMENT, LLC; TANNOR PARTNERS CREDIT FUND, LP | DONAHUE, TUCKER & CIANDELLA, PLLC | LIZABETH M. MACDONALD & CHRISTOPHER T. HILSON | lmacdonald@dtclawyers.com; chilson@dtclawyers.com |
| COUNSEL TO SANMINA CORPORATION | DRINKER BIDDLE & REATH LLP | ROBERT K. MALONE & MARITA S. ERBECK | Robert.Malone@dbr.com; Marita.Erbeck@dbr.com |
| COUNSEL FOR CERTAIN UNAFFILIATED HOLDERS OF THE DEBTORS' 3.00% CONVERTIBLE SENIOR NOTES DUE 2017, AND 3.00% CONVERTIBLE SENIOR NOTES DUE 2020; FIDELITY CONVERTIBLES SECURITIES INVESTMENT TRUST; FIDELITY DEVONSHIRE TRUST: FIDELITY EQUITY-INCOME FUND; & FIDELITY FINANCIAL TRUST: FIDELITY CONVERTIBLE SECURITIES FUND | DRUMMOND WOODSUM | BENJAMIN E. MARCUS | bmarcus@dwmlaw.com |
| COUNSEL TO REORGANIZED DEBTORS; & EUGENE I. DAVIS, AS LITIGATION TRUSTEE | DRUMMOND WOODSUM | JEREMY R. FISCHER, ESQ. | jfischer@dwmlaw.com |
| COUNSEL FOR POWERTEC ENERGY CORP. | DUANE MORRIS LLP | JOHN ROBERT WEISS | jrweiss@duanemorris.com |
| INTERESTED PARTY | EDWARD STARSKI | | estarski@gmail.com |
| ATTORNEYS FOR MIDLAND PRECISION MACHINING INC; DYNAMIC MOTION CONTROL, INC.; SGL CARBON FAR EAST LTD.; & SGL CARBON LLC | FORD & MCPARTLIN PA | EDMOND J FORD | eford@fordlaw.com |
| COUNSEL FOR SGL CARBON FAR EAST LTD; & SGL CARBON LLC | FORD & MCPARTLIN PA | RYAN M. BORDEN | rborden@fordlaw.com |
| COUNSEL TO DECCO, INC. | GAGLIUSO & GAGLIUSO PA | KELLY J. GAGLIUSO | kgagliuso@gagliuso.com |
| COUNSEL TO METRO WALLS, INC. | GAGLIUSO & GAGLIUSO PA | RICHARD C. GAGLIUSO & KELLY J. GAGLIUSO | rgagliuso@gagliuso.com; kgagliuso@gagliuso.com |
| ATTORNEYS FOR CREDITOR, ADVANCED PROCESS SYSTEMS, LLC; & CO-COUNSEL FOR CITIGROUP FINANCIAL PRODUCTS INC. | GREENBAUM, ROWE, SMITH & DAVIS, LLP | ATTN: NANCY ISAACSON | nisaacson@greenbaumlaw.com |
| ATTORNEYS FOR GRANITE STATE PLUMBING AND HEATING, LLC | HINCKLEY, ALLEN & SNYDER LLP | DANIEL M. DESCHENES | ddeschenes@hinckleyallen.com |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | JOSEPH CORRIGAN | Bankruptcy2@ironmountain.com |
| COUNSEL FOR HeBei HENGBO CERAMIC MATERIALS CO., LTD. | JAMES BATES BRANNAN GROOVER LLP | J WILLIAM BOONE & DOROTEYA N WOZNIAK | bboone@jamesbatesllp.com; dwozniak@jamesbatesllp.com |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KELLEY DRYE & WARREN, LLP | JAMES S. CARR, JASON R. ADAMS, JENNIFER RAVIELE & WILLIAMS S. GYVES | jadams@kelleydrye.com; Jraviele@KelleyDrye.com; wgyves@kelleydrye.com |
| COUNSEL TO CERTAIN UNAFFILIATED CREDITORS OF THE DEBTORS | KELLY LAW PLLC | JAMES D. KELLY | jim@kellylawnh.com |
| COUNSEL FOR INDENTURE TRUSTEE FOR THE DEBTORS' 3.00% CONVERTIBLE SENIOR NOTES DUE 2017, AND 3.00% CONVERTIBLE SENIOR NOTES DUE 2020 | LOEB & LOEB LLP | WALTER H. CURCHACK & VADIM J. RUBINSTEIN | wcurchack@loeb.com; vrubinstein@loeb.com |

**Exhibit A**
MSL/2002 List
Served via Electronic Mail

| PARTY DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| ATTORNEYS FOR UNITED PARCEL SERVICE, INC. AND UPS SUPPLY CHAIN SERVICES, INC. | MCLANE MIDDLETON, PROFESSIONAL ASSOCIATION | CHRISTOPHER M. DUBE | christopher.dube@mclane.com |
| ATTORNEY FOR DEPARTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE | ATTN STEVEN A GINTHER, BANKRUPTCY UNIT | nhecf@dor.mo.gov |
| PUBLIC SERVICE COMPANY OF NEW HAMPSIRE | NORTHEAST UTILITIES SERVICE COMPANY | HONOR S HEALTH | honor.health@nu.com |
| ATTORNEYS FOR WILLIAM K. HARRINGTON, US TRUSTEE | OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 1 | ANN MARIE DIRSA & GERALDINE KARONIS | ann.marie.dirsa@usdoj.gov; Geraldine.L.Karonis@usdoj.gov |
| COUNSEL TO CITIGROUP FINANCIAL SERVICES, INC. | ORR & RENO PA | JAMES F. LABOE | jlaboe@orr-reno.com |
| ATTORNEYS FOR STEEL-CRAFT CORP OF HARTFORD; FOR CITIGROUP FINANCIAL SERVICES, INC.; FOR MCCARTHY BUILDING COMPANIES, INC.; & KERRY LOGISTICS (HONG KONG) LIMITED AND KERRY FREIGHT (HONG KONG) LIMITED) | ORR & RENO PA | LISA SNOW WADE | lwade@orr-reno.com |
| ATTORNEYS FOR DOW JONES & COMPANY, INC | ORR & RENO PA | LISA SNOW WADE & JEFFREY C. SPEAR | lwade@orr-reno.com; jcs@orr-reno.com |
| COUNSEL TO CITIGROUP FINANCIAL SERVICES, INC. | ORRICK, HERRINGTON & SUTCLIFFE LLP | LAURA D. METZGER & RANIERO D'AVERSA | lmetzger@orrick.com; rdaversa@orrick.com |
| COUNSEL TO CITIGROUP FINANCIAL PRODUCTS, INC. | ORRICK, HERRINGTON & SUTCLIFFE LLP | PETER J. AMEND | pamend@orrick.com |
| ATTORNEYS FOR THE AD HOC COMMITTEE | POLSINELLI PC | CHRISTOPHER A. WARD, SHANTI M. KATONA & JARRETT VINE | cward@polsinelli.com; skatona@polsinelli.com; jvine@polsinelli.com |
| ATTORNEYS FOR THE AD HOC COMMITTEE | POLSINELLI PC | DAVID BARRACK | dbarrack@polsinelli.com |
| ATTORNEYS FOR APPLE, INC. | PRETI, FLAHERTY, BELIVEAU & PACHIOS, PLLP | JOHN M SULLIVAN & GREGORY A MOFFETT | jsullivan@preti.com; gmoffett@preti.com |
| ATTORNEYS FOR HARRINGTON INDUSTRIAL PLASTICS, LLC DBA HARRINGTON PURE/E&S TECHNOLOGIES & G4S SECURE SOLUTIONS (USA), INC. | PRIMMER PIPER EGGLESTON & CRAMER PC | THOMAS J. PAPPAS | tpappas@primmer.com |
| COUNSEL FOR ROSENDIN ELECTRIC | RUTAN & TUCKER, LLP | JOHN L. ANTRACOLI | JAntracoli@rutan.com |
| ATTORNEYS FOR AIRGAS USA, LLC; & PLANSEE SE and PLANSEE USA LLC | SHEEHAN PHINNEY BASS & GREEN PA | CHRISTOPHER M. CANDON | ccandon@sheehan.com |
| ATTORNEYS FOR CREDITORS CASPIAN CAPITAL LP, CITIGROUP FINANCIAL PRODUCTS INC., CORRE PARTNERS MANAGEMENT LLC, EMPYREAN CAPITAL PARTNERS, LP, JEFFERIES LLC, PRIVET FUND MANAGEMENT LLC, QPB HOLDINGS LTD., WBOX2014-3 LTD., & WOLVERINE FLAGSHIP FUND TRADING LIMITED | SHEEHAN PHINNEY BASS & GREEN PA | JAMES L. LAMONTAGNE | jlamontagne@sheehan.com; ntoli@sheehan.com |
| ATTORNEY FOR STARR INDEMNITY & LIABILITY COMPANY | STARR INDEMNITY & LIABILITY COMPANY | ROSS M. CHINITZ | ross.chinitz@starrcompanies.com |
| INTERESTED PARTY | STATE OF NEW HAMPSHIRE, DEPARTMENT OF EMPLOYMENT SECURITY | WALTER L. MARONEY | usbc@nhes.nh.gov |
| ATTORNEY FOR STEEL-CRAFT CORP. OF HARTFORD | STEEL-CRAFT CORP. OF HARTFORD | c/o MICHAEL D. JANKOWSKI | mjankowski@reinhartlaw.com |
| SPECIAL LITIGATION COUNSEL FOR THE REORGANIZED DEBTORS | SULLIVAN & WORCESTER LLP | JEANNE P. DARCEY, NATHANIEL R.B. KOSLOF & MATTHEW E. LANE | jdarcey@sandw.com; nkoslof@sandw.com; mlane@sandw.com |
| SPECIAL LITIGATION COUNSEL FOR THE REORGANIZED DEBTORS | SULLIVAN & WORCESTER LLP | JEFFREY R. GEIT & ANDREW T. SOLOMON | jgleit@sandw.com; |
| ATTORNEYS FOR GT ADVANCED TECHNOLOGIES, INC., AND GTAT CORPORATION | SULLOWAY & HOLLIS, P.L.L.C. | CHRISTOPHER J. PYLES | cpyles@sulloway.com |
| ATTORNEYS FOR GREEN LEAF CONSTRUCTION, LLC; CI-DESIGN, INC.; ADVANCED PROCESS SYSTEMS, LLC; & PLANSEE SE | TAMPOSI LAW GROUP PC | PETER N. TAMPOSI AND KIM DESISTO | peter@thetamposilawgroup.com; |
| ATTONERYS FOR EME TECHNOLOGIES, INC. | THE LAW OFFICES OF CHRISTINE A. ROBISON, APC | CHRISTINE A. ROBISON | crobison@crobisonlaw.com |

**Exhibit A**
MSL/2002 List
Served via Electronic Mail

| PARTY DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| INDENTURE TRUSTEE FOR THE DEBTORS' 3.00% CONVERTIBLE SENIOR NOTES DUE 2017, AND 3.00% CONVERTIBLE SENIOR NOTES DUE 2020 | U.S. BANK NATIONAL ASSOCIATION | ATTN: HAZRAT R. HANIFF & BARRY IHRKE | HAZRAT.HANIFF@USBANK.COM; BARRY.IHRKE@USBANK.COM |
| SEC | U.S. SECURITIES AND EXCHANGE COMMISSION | | SECBankruptcy-OGC-ADO@SEC.GOV |
| COUNSEL TO THE CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM; & BANKRUPTCY COUNSEL FOR THE SECUTRITIES PLAINTIFFS | VICTOR W. DAHAR PA | ELEANOR DAHAR | edahar@att.net |
| COUNSEL TO PLANSEE SE AND PLANSEE USA LLC | VOGEL BACH & HORN, LLP | HEIKE M. VOGEL & ERIC H. HORN | hvogel@vogelbachpc.com; ehorn@vogelbachpc.com |
| ATTORNEYS FOR APPLE, INC. AND PLATYPUS DEVELOPMENT LLC | WEIL GOTSHAL & MANGES LLP | GARY T. HOLTZER, MICHAEL F. WALSH, ROBERT J. LEMONS, MARK I. BERNSTEIN & BLAIRE CAHN | gary.holtzer@weil.com; michael.walsh@weil.com;robert.lemons@weil.com; |
| COUNSEL FOR INTERSTATE ELECTRICAL SERVICES CORPORATION | WELTS, WHITE & FONTAINE, PC | JACK S. WHITE | jwhite@lawyersnh.com |
| COUNSEL FOR TURNER TOOLING CO., INC.; CREDITOR PC CONNECTION SALES CORP.; WRISLEY ABRASIVES LLC; & TERA XTAL TECHNOLOGY CORP. | WILLIAM S. GANNON PLLC | WILLIAM S. GANNON | bgannon@gannonlawfirm.com |
| ATTORNEYS FOR CREDITORS CASPIAN CAPITAL LP, CITIGROUP FINANCIAL PRODUCTS INC., CORRE PARTNERS MANAGEMENT LLC, EMPYREAN CAPITAL PARTNERS, LP, JEFFERIES LLC, PRIVET FUND MANAGEMENT LLC, QPB HOLDINGS LTD., WBOX2014-3 LTD., & WOLVERINE FLAGSHIP FUND TRADING LIMITED | WILMER CUTLER PICKERING HALE AND DORR LLP | BENJAMIN LOVELAND | benjamin.loveland@wilmerhale.com |
| ATTORNEYS FOR CREDITORS CASPIAN CAPITAL LP, CITIGROUP FINANCIAL PRODUCTS INC., CORRE PARTNERS MANAGEMENT LLC, EMPYREAN CAPITAL PARTNERS, LP, JEFFERIES LLC, PRIVET FUND MANAGEMENT LLC, QPB HOLDINGS LTD., WBOX2014-3 LTD., & WOLVERINE FLAGSHIP FUND TRADING LIMITED | WILMER CUTLER PICKERING HALE AND DORR LLP | PHILIP D. ANKER & ANDREW GLANTZ | philip.anker@wilmerhale.com; |

# Exhibit B

**Exhibit B**
MSL/2002 List
Served via Overnight Mail

| PARTY DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| ATTORNEY FOR SUMITOMO (SHI) CRYOGENICS OF AMERICA, INC.; QCM TECHNOLOGIES, INC.; & NAUMANN/HOBBS MATERIAL HANDLING CORPORATION II, INC. | BERNSTEIN SHUR SAWYER & NELSON PA | JENNIFER ROOD | 670 N COMMERCIAL ST | SUITE 108 | PO BOX 1120 | MANCHESTER | NH | 03105 |
| COUNSEL FOR INDENTURE TRUSTEE FOR THE DEBTORS' 3.00% CONVERTIBLE SENIOR NOTES DUE 2017, AND 3.00% CONVERTIBLE SENIOR NOTES DUE 2020 | CLEVELAND WATERS & BASS PA | STEVEN M. NOTINGER | 2 CAPITAL PLAZA, 5TH FLOOR | PO BOX 1137 | | CONCORD | NH | 03302-1137 |
| INTERESTED PARTY | GE CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC f/d/b/a IKON FINANCIAL SERVICES | CHRISTINE R. ETHERIDGE | BANKRUPTCY ADMINISTRATION | 1738 BASS ROAD | PO BOX 13708 | MACON | GA | 31208-3708 |
| ATTORNEYS FOR DIAMOND MATERIALS TECH, INC., MEYER BURGER TECHNOLOGY AG, AND MBT SYSTEMS LTD. | GREENBERG TRAURIG, PA | ROBERT A. SORIANO | 101 E KENNEDY BLVD | SUITE 1900 | | TAMPA | FL | 33602-5148 |
| IRS | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KELLEY DRYE & WARREN, LLP | JAMES S. CARR | 101 PARK AVENUE | | | NEW YORK | NY | 10178 |
| ATTORNEYS FOR HANGZHOU DAHE THERMO-MAGNETICS CO. | MESMER & DELEAULT, PLLC | JOSHUA N. MESMER | 41 BROOK ST | | | MANCHESTER | NH | 03104 |
| COUNSEL FOR DCM TECH, INC.; & INTEGO GmbH | PIERCE ATWOOD LLP | LAWRENCE M. EDELMAN | ONE NEW HAMPSHIRE AVE | SUITE 350 | | PORTSMOUTH | NH | 03801 |
| COUNSEL FOR PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE | PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE | CHRISTOPHER J. ALLWARDEN | SENIOR COUNSEL, LAW DEPARTMENT | 780 No. COMMERCIAL ST | PO BOX 330 | MANCHESTER | NH | 03105-0330 |
| AUTHORIZED AGENT FOR RSA SECURITY, LLC, A DIVISION OF EMC CORPORATION | RSA SECURITY, LLC, A DIVISION OF EMC CORPORATION | c/o RECEIVABLE MANAGEMENT SERVICES (RMS) | ATTN RONALD L. ROWLAND, AGENT | 307 INTERNATIONAL CIRCLE | SUITE 270 | HUNT VALLEY | MD | 21030 |
| COUNSEL FOR ROSENDIN ELECTRIC | RUTAN & TUCKER, LLP | CAROLINE DJANG | 611 ANTON BLVD | SUITE 1400 | | COSTA MESA | CA | 92626 |
| US ATTORNEYS OFFICE DISTRICT OF NEW HAMPSHIRE | US ATTORNEYS OFFICE DISTRICT OF NEW HAMPSHIRE | | 53 PLEASANT STREET, 4TH FLOOR | | | CONCORD | NH | 03301 |
| ATTORNEYS FOR APPLE, INC. AND PLATYPUS DEVELOPMENT LLC | WEIL GOTSHAL & MANGES LLP | MARK I. BERNSTEIN | 767 FIFTH AVENUE | | | NEW YORK | NY | 10153-0119 |

In re GT Advanced Technologies, Inc., et al.
Case No. 14-11916

Page 1 of 1