UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

---------------------------------------------------------------X
:
*In re:*                                                    : Chapter 11
:
**GT ADVANCED TECHNOLOGIES INC.**, *et al.*,  : Case No. 14-11916-CJP
:
Reorganized Debtors.[1]                       : Jointly Administered
:
---------------------------------------------------------------x

**FINAL DECREE CLOSING THE CHAPTER 11 CASES OF GT ADVANCED TECHNOLOGIES INC. AND GT ADVANCED TECHNOLOGIES LIMITED PURSUANT TO BANKRUPTCY CODE SECTION 350(a), BANKRUPTCY RULE 3022, AND LBR 3022-1**

Upon the Motion (the "Motion")[2] of the Remaining Debtors for entry of the *Final Decree Closing the Chapter 11 Cases of GT Advanced Technologies Inc. and GT Advanced Technologies Limited Pursuant to Bankruptcy Code Section 350(a), Bankruptcy Rule 3022, and LBR 3022-1*, and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Remaining Debtors, their

---

[1] The Reorganized Debtors, along with the last four digits of each reorganized debtor's tax identification number, as applicable, are: GT Advanced Technologies Inc. (6749), GTAT Corporation (1760), and GT Advanced Technologies Limited (1721).  The Reorganized Debtors' corporate headquarters are located at 5 Wentworth Drive, Unit 1, Hudson, NH 03501.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

estates and creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED.

2. The chapter 11 cases of GT Advanced Technologies Inc. (Case No. 14-11916), and GT Advanced Technologies Limited (Case No. 14-11920) are hereby closed for all purposes in accordance with the provisions of section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and LBR 3022-1, without prejudice to the rights of the Reorganized Debtors or any other party in interest to seek to reopen such cases for good cause shown; _provided_, _however_, that the Bankruptcy Court shall retain jurisdiction as is provided for in the Plan.

3. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

4. The requirement set forth in LBR 7102(b)(2) that any motion filed shall have an accompanying memorandum of law is waived.

5. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Final Decree.

Dated: August 12, 2019

/s/ Christopher J. Panos
CHRISTOPHER J. PANOS
UNITED STATE BANKRUPTCY JUDGE