Office of the United States Trustee
Region 1
Quarterly Post-Confirmation Summary Report
For the Period Ending August 12, 2019

IN RE: GT Advanced Technologies Inc.,et,al

    GT Advanced Technologies Inc. and
    GT Advanced Technologies Limited             CASE NO. 14-11916 (HJB)
    REORGANIZED DEBTOR(S)

Confirmation Date:                      March 8, 2016

Disbursing Agent: (if applicable)        Delaware Trust Company

**1.) BEGINNING OF QUARTER CASH BALANCE:**    $(1,233,283)

    **Cash Receipts this quarter:**

| | |
|---|---:|
| From business operations | $ 72 |
| From loan proceeds | |
| From contributed capital | |
| From tax refunds | $ |
| From other sources (identify) Preference Claims | $ |

**2.) TOTAL CASH RECEIPTS**                    $ 72

    **Cash Disbursements this Quarter:*** 

| | |
|---|---:|
| Plan payments - Administrative | $ |
| Plan payments - Secured Creditors | $ |
| Plan payments - Priority Creditors | $ |
| Plan payments - Unsecured Creditors | $ |
| Plan payments - Other | $ |
| Other payments | $ 32,815 |

**3.) TOTAL CASH DISBURSEMENTS**          $ 32,815

**4.) INTER DEBTOR TRANSFERS**             $

**5.) END OF QUARTER CASH BALANCE:**    $ (1,266,026) *
    (line 1 + line 2 - line 3 – line 4 = line 5)

1

*Amount reflects the net debits from the distribution agent account from which cash distributions are made to creditors of the remaining Debtor entities. Actual cash balances for each of these debtors are set forth on page 5

* **Please attach detail.** ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR OR ON BEHALF OF THE REORGANIZED DEBTOR, EITHER UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSES OF CALCULATING QUARTERLY FEES.

1. Projected date of Application for Final Decree:
   **Final decree was approved on August 12, 2019 Doc # 4435**

2. Have plan payments been timely disbursed as required by the Plan? (*Please circle*) **Yes**  No

If no, explain the circumstances that have impacted the Debtor's ability to perform under the plan.

_____

_____

_____

_____

3. Is the Debtor current with all post-petition and post confirmation debt?  **Yes**  No.  If No, please describe. _____

_____

_____

4. What remaining issues require resolution before an Application for Final Decree will be filed?

None

Pursuant to 28 U.S.C. §1746(2), I hereby declare under penalty of perjury that the information contained in this document is true, complete, and correct to the best of my knowledge and belief.

AUTHORIZED INDIVIDUAL

Dated: August 23, 2019         By: *Michele Rayos*
                                      (Signature)

Name & Title: Michele Rayos
              Vice President and CFO
Address:      5 Wentworth Dr., Unit 1
              Hudson, NH 03051

2

Office of the United States Trustee
Region 1
Quarterly Post-Confirmation Summary Report
For The Period 6/30/19-8/12/19 (Limited & Inc. only)

Confirmation Date:
Disbursing Agent: (if applicable)

**DEBTOR:**

| | GT Advanced Technologies Limited | GT Advanced Technologies Inc. | Consolidated |
|---|---|---|---|
| 1.) Beginning Cash Balance | (676,404) | (556,879) | (1,233,283) |
| Cash Receipts | | | |
| From Business Operations | 72 | - | 72 |
| From Loan Proceeds | - | - | - |
| From contributed capital | - | - | - |
| From tax refunds | - | - | - |
| From other sources (identify) | - | - | - |
| 2.) Total Cash receipts | 72 | - | 72 |
| Cash Disbursements* | | | |
| Plan payments - Administrative | - | - | - |
| Plan payments - Secured Creditors | - | - | - |
| Plan payments - Priority Creditors | - | - | - |
| Plan payments - Unsecured Creditors | - | - | - |
| Plan payments - Other | - | - | - |
| Other payments | (32,815) | - | (32,815) |
| 3.) Total Cash Disbursements | (32,815) | - | (32,815) |
| Inter debtor transfers | - | - | - |
| paydown of note (principal only) | - | - | - |
| 4.) Ending Cash Balance | (709,147) | (556,879) | (1,266,026) |
| (line 1 + line 2 - line 3 = line 4) | | | |

* **Please attach detail.** ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR OR ON BEHALF OF THE REORGANIZED DEBTOR, EITHER UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSES OF CALCULATING QUARTERLY FEES

GT ADVANCED TECHNOLOGIES INC, et al.,
Debtor

Case No. 14-11916
Reporting Period 06/30/19-08/12/19

## BANK ACCOUNT RECONCILIATIONS

| Entity | Bank | Account No. [2] | Description | Beginning Bank Balance | Ending Bank Balance |
|---|---|---|---|---|---|
| GT Advanced Technologies Limited | Bank of America US | 7350 | Deposit Account | 63,350 | 63,333 |
| GT Advanced Technologies Limited | Bank of America Hong Kong | 2014 | Deposit Account | 13,368 | 13,231 |
| GT Advanced Technologies Limited | Bank of America Hong Kong | 2022 | Deposit Account | 224,781 | 192,163 |
| **Total Debtors Bank Cash** | | | | $ 301,498 | $ 268,727 |

| | | |
|---|---|---|
| GT ADVANCED TECHNOLOGIES INC. et al., | Case No. | 14-11916 |
| Debtor | Reporting Period | 7/1/19 - 8/15/19 |

LITIGATION TRUST SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| ENTITY NAME | BEGINNING CASH BALANCE | BANK CASH RECEIPTS | BANK CASH DISBURSEMENTS | ENDING CASH BALANCE |
|---|---|---|---|---|
| Litigation Trust | $ 1,812,747 | $ - | $ (49,931) | $ 1,762,815 |

**NOTE:**
Pursuant to paragraph 8 of the Stipulation with the U.S. Trustee (Docket No. 3579),
cash disbursements by the Litigation Trustee are not subject to quarterly fees under 28 U.S.C. § 1930.